FILED

UNITED STATES DISTRICT COURT   3 47 PM '03
DISTRICT OF CONNECTICUT
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | | |
|---|---|---|
| CARMELO GAGLIARDI | : | CIVIL ACTION NO. |
| Plaintiff | | |
| V. | : | 3:02 CV 478 (EBB) |
| | : | |
| EAST HARTFORD HOUSING | : | |
| AUTHORITY, ANDRE DUMAS, JOHN | | |
| ROGHN, ROBERT LINDBERK, UNION | : | |
| REPRESENTATIVE and ROBERT | | |
| COUNIHAN | | |
| Defendants | : | OCTOBER 16, 2003 |

**MOTION FOR EXTENSION OF TIME
REGARDING SCHEDULING ORDER**

Pursuant to Local Rule 7(b), the defendants, East Hartford Housing Authority, Andre Dumas, Robert Counihan, Terry Madigan and Jeffrey Arn, respectfully request that the court grant an extension of time from October 29, 2003 to December 29, 2003 to complete discovery in the above-mentioned matter. Further, the defendants request an extension of time to file dispositive motions from September 15, 2003 to November 14, 2003 and the joint trial memorandum from October 29, 2003 to December 29, 2003. Attorney for plaintiff, Erin O'Neil-Baker objects to this requested extension. Attorney for co-defendant, J. William Gagne, Jr. has not responded to our requests in this regard.

This extension is requested for good cause in that counsel for the undersigned defendants, Attorney Kevin Coles, who will conduct depositions in this matter, is currently involved in a trial in the Judicial District of Fairfield, at Bridgeport, in the matter of <u>PSG, Inc. v. SKW Real Estate Ltd. Partnership</u>, Docket No. CV 95 032247S. This trial began on August 22, 2003 and is expected to continue through the month of October.

Counsel for all parties have been contacted and consent to this requested extension. This is the third request for extension of time filed by the undersigned with respect to these deadlines. The first extension of time was sought, by motion dated April 3, 2003, due to plaintiff's amendment of his counterclaim and filing of a request for temporary restraining order and temporary injunction. The second extension of time was sought, by motion dated July 25, 2003, due to vacation schedule and the anticipation of the above-mentioned trial.

THE DEFENDANTS
EAST HARTFORD HOUSING AUTHORITY,
ANDRE DUMAS, ROBERT COUNIHAN, TERRY
MADIGAN AND JEFFREY ARN

By: *Catherine L. Creager*
Catherine L. Creager
Coles, Baldwin & Craft, LLC
1261 Post Road
Fairfield, CT 06824
(203) 319-0800
Federal Bar No. 23645

## CERTIFICATION

    I hereby certify that a copy of the foregoing has been forwarded this date to the following counsel of record:

Erin I. O'Neil-Baker, Esq.  
James S. Brewer, Esq.  
818 Farmington Avenue  
West Hartford, CT 06119

J. William Gagne, Esq.  
J. William Gagne & Associates  
1260 Silas Deane Highway  
Wethersfield, CT 06109

*Catherine L. Creager* (signature)  
Catherine L. Creager