FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CARMELO GAGLIARDI | : | CIVIL ACTION NO. |
| Plaintiff | | |
| V. | : | 3:02 CV 478 (EBB) |
| EAST HARTFORD HOUSING AUTHORITY, ANDRE DUMAS, JOHN ROGHN, ROBERT LINDBERK, UNION REPRESENTATIVE and ROBERT COUNIHAN | : | |
| Defendants | : | OCTOBER 16, 2003 |

**MOTION FOR EXTENSION OF TIME**
**REGARDING SCHEDULING ORDER**

Pursuant to Local Rule 7(b), the defendants, East Hartford Housing Authority, Andre Dumas, Robert Counihan, Terry Madigan and Jeffrey Arn, respectfully request that the court grant an extension of time from October 29, 2003 to December 29, 2003 to complete discovery in the above-mentioned matter. Further, the defendants request an extension of time to file dispositive motions from September 15, 2003 to November 14, 2003 and the joint trial memorandum from October 29, 2003 to December 29, 2003. Attorney for plaintiff, Erin O'Neil-Baker objects to this requested extension. Attorney for co-defendant, J. William Gagne, Jr. has not responded to our requests in this regard.

This extension is requested for good cause in that counsel for the undersigned defendants, Attorney Kevin Coles, who will conduct depositions in this matter, is currently involved in a trial in the Judicial District of Fairfield, at Bridgeport, in the matter of PSG Inc. v. SKW Real Estate Ltd. Partnership, Docket No. CV 95 032247S. This trial began on August 22, 2003 and is expected to continue through the month of October.