FILED
Nov 14  11 55 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CARMELO GAGLIARDI,** | : | **CASE NO.** |
| Plaintiff | : | **3:02-CV-478 (EBB)** |
| | : | |
| V. | : | |
| | : | |
| **EAST HARTFORD HOUSING** | : | |
| **AUTHORITY ET AL.,** | : | |
| Defendants | : | **NOVEMBER 13, 2003** |

## MOTION TO DISMISS

Pursuant to Fed.R.Civ.Pro. 12(b)(1) and 12(b)(6) and D.Conn. L.Civ.R. 7, defendant Robert Lindberk and AFSCME, Council 4, Local 1303-353 hereby move to dismiss the instant action as against them on the following grounds:

1. This Court lacks jurisdiction over the plaintiff's claimed breach of the duty of fair representation because any cause of action brought by the plaintiff against the defendant must arise out of Conn. Gen. Stat. §7-470 et seq., and the plaintiff alleges no federal question or other basis for jurisdiction as against the defendant.

2. Even if this Court had jurisdiction to consider the plaintiff's claimed breach of the duty of fair representation, the plaintiff has failed to allege facts to state such a claim;

3. This Court lacks jurisdiction over the plaintiff's claimed intentional infliction of emotional distress. Such is a state cause of action and the plaintiff has failed to allege facts to state such a claim;

1

4. There exists a shield of immunity for union officials, such as Robert Lindberk, who are sued in their individual capacities.

A memorandum of law in support hereof is attached hereto.

DEFENDANT,

By /s/
J. William Gagne, Jr.
Law Office of J. William Gagne, Jr.
& Associates, P.C.
1260 Silas Deane Highway
Wethersfield, CT 06109
(860) 522-5049
Federal Bar No. ct02126

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed by U.S. Mail, first class, postage prepaid on November 13, 2003 to the following:

James S. Brewer, Esquire
Erin O'Neil, Esquire
818 Farmington Avenue
West Hartford, CT 06119
(860) 523-4055

Kevin Coles, Esquire
Coles, Baldwin & Craft, LLC
1261 Post Road
P.O. Box 577
Fairfield, CT 06430
(203) 319-0800

J. William Gagne, Jr.