UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CARMELO GAGLIARDI | : | CIVIL ACTION NO. |
|     Plaintiff | | |
| V. | : | 3:02 CV 478 (EBB) |
| | : | |
| EAST HARTFORD HOUSING AUTHORITY, ANDRE DUMAS, JOHN ROGHN, ROBERT LINDBERK, UNION REPRESENTATIVE and ROBERT COUNIHAN | : | |
|     Defendants | : | NOVEMBER 13, 2003 |

## MOTION FOR EXTENSION OF TIME REGARDING SCHEDULING ORDER

Pursuant to Local Rule 7(b), the defendants, East Hartford Housing Authority, Andre Dumas, Robert Counihan, Terry Madigan and Jeffrey Arn, respectfully request that the court grant an extension of time from November 14, 2003 to December 1, 2003 to file dispositive motions. Further the defendants request an extension of time to file the joint trial memorandum from December 29, 2003 to February 27, 2004.

Counsel for all parties have been contacted regarding their consent to this motion. Attorney for plaintiff, Erin O'Neil-Baker has not responded to our requests in this regard. Attorney for co-defendant, J. William Gagne, Jr. consents to this motion.

This extension is requested for good cause in that counsel for the undersigned defendants have been working diligently on a motion for summary judgment but have been unable to complete said motion. An extension of time to file dispositive motions will not delay the case and may result in an early resolution of the matter.

Furthermore, the present deadline of December 29, 2003 to file the joint trial memorandum is the same date for the completion of discovery. An extension of time to

file the joint trial memorandum is necessary to provide sufficient time for counsel to review all potential evidence that may be produced through the discovery deadline.

This is the fourth request for extension of time filed by the undersigned with respect to these deadlines. The first extension of time was sought, by motion dated April 3, 2003, due to plaintiff's amendment of his counterclaim and filing of a request for temporary restraining order and temporary injunction. The second extension of time was sought, by motion dated July 25, 2003, due to vacation schedule and the anticipation of counsel's involvement at the trial of the matter <u>PSG, Inc. v. SKW Real Estate Ltd. Partnership</u>, Docket No. CV 95 032247S. The third extension of time was sought, by motion dated October 16, 2003, due to the above-mentioned trial.

>THE DEFENDANTS
>EAST HARTFORD HOUSING AUTHORITY,
>ANDRE DUMAS, ROBERT COUNIHAN, TERRY
>MADIGAN AND JEFFREY ARN
>
>By: *(signature)*
>Catherine L. Creager
>Coles, Baldwin & Craft, LLC
>1261 Post Road
>Fairfield, CT 06824
>(203) 319-0800
>Federal Bar No. 23645

## CERTIFICATION

I hereby certify that a copy of the foregoing has been forwarded this date to the following counsel of record:

| | |
|---|---|
| Erin I. O'Neil-Baker, Esq. | J. William Gagne, Esq. |
| James S. Brewer, Esq. | J. William Gagne & Associates |
| 818 Farmington Avenue | 1260 Silas Deane Highway |
| West Hartford, CT 06119 | Wethersfield, CT 06109 |

*Catherine L. Creager*
Catherine L. Creager