UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 14   1 53 PM '03

| | | |
|---|---|---|
| CARMELO GAGLIARDI<br>Plaintiff | : | CIVIL ACTION NO. |
| V. | : | 3:02 CV 478 (EBB) |
| EAST HARTFORD HOUSING AUTHORITY, ANDRE DUMAS, JOHN ROGHN, ROBERT LINDBERK, UNION REPRESENTATIVE and ROBERT COUNIHAN<br>Defendants | :<br><br><br>:<br><br>: | <br><br><br><br><br>NOVEMBER 13, 2003 |

**MOTION FOR EXTENSION OF TIME REGARDING SCHEDULING ORDER**

Pursuant to Local Rule 7(b), the defendants, East Hartford Housing Authority, Andre Dumas, Robert Counihan, Terry Madigan and Jeffrey Arn, respectfully request that the court grant an extension of time from November 14, 2003 to December 1, 2003 to file dispositive motions. Further the defendants request an extension of time to file the joint trial memorandum from December 29, 2003 to February 27, 2004.

Counsel for all parties have been contacted regarding their consent to this motion. Attorney for plaintiff, Erin O'Neil-Baker has not responded to our requests in this regard. Attorney for co-defendant, J. William Gagne, Jr. consents to this motion.

This extension is requested for good cause in that counsel for the undersigned defendants have been working diligently on a motion for summary judgment but have been unable to complete said motion. An extension of time to file dispositive motions will not delay the case and may result in an early resolution of the matter.

Furthermore, the present deadline of December 29, 2003 to file the joint trial memorandum is the same date for the completion of discovery. An extension of time to