## UNITED STATE DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARMELO GAGLIARDI,<br>    PLAINTIFF | : CIVIL ACTION NO.<br>: 3:02CV478(EBB) |
| v. | : |
| EAST HARTFORD HOUSING<br>AUTHORITY, and in their individual<br>and official capacities, ANDRE DUMAS,<br>JOHN ROGHN, ROBERT COUNIHAN<br>and ROBERT LINDBERK,<br>    DEFENDANTS | :<br>: December 3, 2003 |

### MOTION FOR EXTENSION OF TIME

The Plaintiff, pursuant to LOCAL R. CIV. P. 9(b) and FED. R. CIV. P. 6, hereby moves for an extension of time in which to respond to Motion for Summary Judgment. The Plaintiff's requests an extension of 30 days until and including January 21, 2003 to respond. The defendant's counsel does not object.

BY:  _____
Erin I. O'Neil
818 Farmington Avenue
West Hartford, CT 06119
Federal Bar #ct 23073
Tel.: (860)523-4055
Fax: (860) 233-4215

## CERTIFICATION

    This is to certify that the foregoing has been sent, postage pre-paid, on December 3, 2003 to all counsel and pro se parties of record:

Attorney Kevin Coles
Coles, Baldwin & Craft, LLC
1261 Post Road, P.O. Box 577
Fairfield, CT 06430


J. William Gagne
J. William Gagne & Associates
1260 Silas Deane Highway
Wethersfield, CT 06109

Clerk of the District Court
New Haven District Court
141 Church Street
New Haven, CT 06510

Erin O'Neil

Case 3:02-cv-00478-EBB    Document 69    Filed 12/04/2003    Page 2 of 2