UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CARMELO GAGLIARDI,<br>PLAINTIFF | : | CIVIL ACTION NO.<br>3:02CV478(EBB) |
| v. | : | |
| EAST HARTFORD HOUSING<br>AUTHORITY, and in their individual<br>and official capacities, ANDRE DUMAS,<br>JOHN ROGHN, ROBERT COUNIHAN<br>and ROBERT LINDBERK,<br>DEFENDANTS | : | December 3, 2003 |

## MOTION FOR EXTENSION OF TIME

The Plaintiff, pursuant to LOCAL R. CIV. P. 9(b) and FED. R. CIV. P. 6, hereby moves for an extension of time in which to respond to Motion for Summary Judgment. The Plaintiff's requests an extension of 30 days until and including January 21, 2003 to respond. The defendant's counsel does not object.

BY: _____
Erin I. O'Neil
818 Farmington Avenue
West Hartford, CT 06119
Federal Bar #ct 23073
Tel.: (860)523-4055
Fax: (860) 233-4215