UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CARMELO GAGLIARDI | : | CIVIL ACTION NO. |
| Plaintiff | | |
| V. | : | 3:02 CV 478 (EBB) |
| | : | |
| EAST HARTFORD HOUSING | : | |
| AUTHORITY, ANDRE DUMAS, JOHN | | |
| ROGHN, ROBERT LINDBERK, UNION | : | |
| REPRESENTATIVE and ROBERT | | |
| COUNIHAN | | |
| Defendants | : | December 15, 2003 |

## MOTION TO EXTEND TIME TO DEPOSE PLAINTIFF

Pursuant to Rules 26(b)(2) and 30(d)(2) of the Federal Rules of Civil Procedure, Defendants respectfully request an extension of the allotted time conduct the deposition of Plaintiff, Carmelo Gagliardi. Said request is made for good cause as explained below.

This action arises out of an on going dispute between Defendant East Hartford Housing Authority and Plaintiff, said dispute being the subject of multiple grievances and hearings during the period of 1989 to the present. The gravamen of the underlying actions is Plaintiff's allegation that EHHA failed to promote him to the position of Maintenance Mechanic. Plaintiff's deposition commenced on December 5, 2003 and lasted approximately 1½ hours. Due to the scope and nature of Plaintiff's deposition, the undersigned respectfully request additional time to complete Plaintiff's deposition to a total of up to 20 hours.

The Federal Rules of Civil Procedure limit the time period for the examination of a single witness to seven hours, unless "otherwise authorized by the court or stipulated by the parties." Fed.R.Civ.Pro. 30(d)(2). The court must allow additional time consistent with Rule 26(b)(2) if needed for a fair examination of the deponent . . . ." Miller v. Waseca Medical Center, 205 F.R.D. 537, 538 (D.Minn. 2002), citing, Fed.R.Civ.Pro. 30(d)(2).

In the present matter, the scope of Plaintiff's deposition is based upon the allegations of Plaintiff's complaint, which contains eight counts and encompasses the

beginning of his employment with EHHA on December 7, 1978 to the present, a period of 25 years. Among Plaintiff's allegations are that he requested a promotion to the position of Maintenance Mechanic on at least eleven occasions and appealed one denial all the way to the Superior Court. (Plaintiff's Complaint, March 14, 2003, Count One, paras. 13 and 28.) He alleges that he was denied workers' compensation benefits in 1993. (Plaintiff's Complaint, March 14, 2003, Count One, para. 26.) Plaintiff also alleges that he filed at least 35 grievances between 2000 and 2001 against the EHHA. (Plaintiff's Complaint, March 14, 2003, Count One, para. 31.) He further claims that his constitutional rights were abridged by Defendants and he that suffered severe emotional distress based on the above alleged events. In regard to these and other allegations, Plaintiff will be asked to review documents selected from the over 1,700 pages of documents already produced in this matter.

    In making this request for additional time to depose Plaintiff, Defendants are not seeking to harass or intimidate him. Defendants will address only questions relating directly to the broad scope of Plaintiff's claims. This request is made solely on the ground that it would be fundamentally unfair to permit Plaintiff to bring a suit with such a complex factual history and be insulated from examination on his factual allegations based on the artificial barrier imposed by Rule 30.

    Based upon the scope and nature of Plaintiff's allegations and the numerous documents in this matter, Defendants anticipate that additional time will be needed to depose Plaintiff. The court has the authority to grant additional time for Plaintiff's examination. "A trial court enjoys wide discretion in its handling of pre-trial discovery . . . ." <u>Cruden v. Bank of New York</u>, 957 F.2d 961, 972 (2d Cir. 1992).

For the above reasons, Defendants respectfully request a period of up to a total of 20 hours to complete Plaintiff's deposition.

THE DEFENDANTS
EAST HARTFORD HOUSING AUTHORITY, ANDRE DUMAS, ROBERT COUNIHAN, TERRY MADIGAN AND JEFFREY ARN

By: _____
Kevin A. Coles
Coles, Baldwin & Craft, LLC
1261 Post Road, P. O. Box 577
Fairfield, CT 06824
Phone: (203) 319-0800
Fax: (203) 319-1210
Federal Bar No. 04350

**CERTIFICATION**

I hereby certify that a copy of the foregoing has been forwarded this date to the following counsel of record:

James S. Brewer, Esq.  
818 Farmington Avenue  
West Hartford, CT 06119

J. William Gagne & Associates  
1260 Silas Deane Highway  
Wethersfield, CT 06109

Kevin A. Coles

4