UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CARMELO GAGLIARDI<br>Plaintiff | : | CIVIL ACTION NO. |
| V. | : | 3:02 CV 478 (EBB) |
| EAST HARTFORD HOUSING<br>AUTHORITY, ANDRE DUMAS, JOHN<br>ROGHN, ROBERT LINDBERK, UNION<br>REPRESENTATIVE and ROBERT<br>COUNIHAN | : | |
| Defendants | : | December 15, 2003 |

### MOTION TO EXTEND TIME TO DEPOSE PLAINTIFF

Pursuant to Rules 26(b)(2) and 30(d)(2) of the Federal Rules of Civil Procedure, Defendants respectfully request an extension of the allotted time conduct the deposition of Plaintiff, Carmelo Gagliardi. Said request is made for good cause as explained below.

This action arises out of an on going dispute between Defendant East Hartford Housing Authority and Plaintiff, said dispute being the subject of multiple grievances and hearings during the period of 1989 to the present. The gravamen of the underlying actions is Plaintiff's allegation that EHHA failed to promote him to the position of Maintenance Mechanic. Plaintiff's deposition commenced on December 5, 2003 and lasted approximately 1½ hours. Due to the scope and nature of Plaintiff's deposition, the undersigned respectfully request additional time to complete Plaintiff's deposition to a total of up to 20 hours.

The Federal Rules of Civil Procedure limit the time period for the examination of a single witness to seven hours, unless "otherwise authorized by the court or stipulated by the parties." Fed.R.Civ.Pro. 30(d)(2). The court must allow additional time consistent with Rule 26(b)(2) if needed for a fair examination of the deponent . . . ." Miller v. Waseca Medical Center, 205 F.R.D. 537, 538 (D.Minn. 2002), citing, Fed.R.Civ.Pro. 30(d)(2).

In the present matter, the scope of Plaintiff's deposition is based upon the allegations of Plaintiff's complaint, which contains eight counts and encompasses the