UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CARMELO GAGLIARDI, | : | CIVIL ACTION NO. |
| PLAINTIFF | : | 3:02CV478(EBB) |
| v. | | |
| EAST HARTFORD HOUSING AUTHORITY, and in their individual and official capacities, ANDRE DUMAS, JOHN ROGHN, ROBERT COUNIHAN and ROBERT LINDBERK, | | |
| DEFENDANTS | : | December 16, 2003 |

### OBJECTION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO DEPOSE PLAINTIFF

Pursuant to Rules 26(b)(2) and 30(d)(2) of the Federal Rules of Civil Procedure the plaintiff object to the defendants' Motion for Extension of Time to Depose Plaintiff. The plaintiff objects to the defendant motion on the ground the defendant should be limited to seven hours for deposition. Any further time requested by the defendants is meant only to harass and inconvenience the plaintiff. The plaintiff has in the past had to file for a protective order to defend against the harassment by the defendants. Furthermore, the counsel for the defendants never contacted plaintiff's counsel to obtain the plaintiffs position on the motion.

PLAINTIFF,

BY: *[signature]*
James S. Brewer
Erin I. O'Neil
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT  06119
(860) 523-4055
Fed. ct# 23073

## CERTIFICATION

This is to certify that the foregoing has been sent, postage pre-paid, on December 16, 2003 to all counsel and pro se parties of record:

Attorney Kevin Coles
Coles, Baldwin & Craft, LLC
1261 Post Road, P.O. Box 577
Fairfield, CT 06430


J. William Gagne
J. William Gagne & Associates
1260 Silas Deane Highway
Wethersfield, CT 06109

Clerk of the District Court
New Haven District Court
141 Church Street
New Haven, CT 06510

_____
Erin O'Neil