UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

CARMELO GAGLIARDI, : CIVIL ACTION NO.
        PLAINTIFF : 3:02CV478(EBB)

v.

EAST HARTFORD HOUSING
AUTHORITY, and in their individual
and official capacities, ANDRE DUMAS,
JOHN ROGHN, ROBERT COUNIHAN
and ROBERT LINDBERK,
        DEFENDANTS : December 19, 2003

## MOTION FOR RECONSIDERATION & OBJECTION TO DEFENDANT'S REQUEST TO EXTEND TIME TO DEPOSE PLAINTIFF

On December 17, 2003, the Court granted defendants' request for an extension of time to depose the plaintiff. This ruling came only two days after defendant filed the motion. Pursuant to Rule 26(b) of the Federal Rules of Civil Procedure, when ruling on a motion to extend time, "[t]he court may act upon its own initiative after reasonable notice or pursuant to a motion under Rule 26(c)." Fed. R. Civ. Pro. 26(b)(2). No motion has been made under Rule 26(c). The court has not allowed plaintiff "reasonable notice" to object to the defendant's motion as the motion was granted two days after plaintiff received notice of the initial motion. Therefore, pursuant to Rule 9(e) of the Local Rules of Civil Procedure plaintiff requests that the court reconsider its ruling of December 17, 2003.

The court should also reconsider its ruling because defendant has not shown good cause to extend time. Defendants' currently have a dispositive motion pending; therefore the utility in deposing the plaintiff is questionable. Defendants have also requested thirteen hours of testimony beyond that allowed by Fed. R. Civ. Pro. 30. The time requested by the defendants is

meant only to harass and inconvenience the plaintiff. The plaintiff has in the past had to file for a protective order to defend against the harassment by the defendants. Twenty hours of deposition time is an undue burden on plaintiff which substantially outweighs any likely benefits and is therefore impermissible under Fed. R. Civ. Pro. 26(b)(2). Furthermore, the counsel for the defendants never contacted plaintiff's counsel to obtain the plaintiffs position on the motion.

For the foregoing reasons, plaintiff respectfully requests this court reconsider its order granting defendants' motion to extend time and upon reconsideration deny the motion.

                                            PLAINTIFF
                                            CARMELO GAGLIARDI

                                            BY: _____
                                            Erin I. O'Neil
                                            818 Farmington Avenue
                                            West Hartford, CT 06119
                                            Federal Bar #ct 23073
                                            Tel.: (860)523-4055
                                            Fax: (860) 233-4215

## **CERTIFICATION**

This is to certify that the foregoing has been sent, postage pre-paid, on December 19, 2003 to all counsel and pro se parties of record:

Attorney Kevin Coles
Coles, Baldwin & Craft, LLC
1261 Post Road, P.O. Box 577
Fairfield, CT 06430


J. William Gagne
J. William Gagne & Associates
1260 Silas Deane Highway
Wethersfield, CT 06109

Clerk of the District Court
New Haven District Court
141 Church Street
New Haven, CT 06510

_____
Erin O'Neil

Case 3:02-cv-00478-EBB    Document 74    Filed 12/22/2003    Page 3 of 3