UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARMELO GAGLIARDI,<br>PLAINTIFF | : CIVIL ACTION NO.<br>: 3:02CV478(EBB) |
| v. | : |
| EAST HARTFORD HOUSING<br>AUTHORITY, and in their individual<br>and official capacities, ANDRE DUMAS,<br>JOHN ROGHN, ROBERT COUNIHAN<br>and ROBERT LINDBERK,<br>DEFENDANTS | :<br>: December 16, 2003 |

**OBJECTION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO DEPOSE PLAINTIFF**

Pursuant to Rules 26(b)(2) and 30(d)(2) of the Federal Rules of Civil Procedure the plaintiff object to the defendants' Motion for Extension of Time to Depose Plaintiff. The plaintiff objects to the defendant motion on the ground the defendant should be limited to seven hours for deposition. Any further time requested by the defendants is meant only to harass and inconvenience the plaintiff. The plaintiff has in the past had to file for a protective order to defend against the harassment by the defendants. Furthermore, the counsel for the defendants never contacted plaintiff's counsel to obtain the plaintiffs position on the motion.

PLAINTIFF,

BY_____
James S. Brewer
Erin I. O'Neil
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06119
(860) 523-4055
Fed. ct# 23073