UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CARMELO GAGLIARDI,** | : | **CASE NO.** |
| Plaintiff | : | 3:02-CV-478 (EBB) |
| V. | : | |
| **EAST HARTFORD HOUSING AUTHORITY ET AL.,** | : | |
| Defendants | : | **SEPTEMBER 16, 2003** |

### SECOND REQUEST FOR EXTENSION OF TIME TO RESPOND TO REQUESTS FOR PRODUCTION

The Defendant, Robert Lindberk, respectfully requests that the Court grant an extension of time to October 9, 2003 to complete responses to requests for production dated July 25, 2003. Counsel for Robert Lindberk has been unable to reach Mr. Lindberk to ascertain his responses to the requests for production. This is our second request for an extension and Erin O'Neil, counsel for plaintiff, has no objection.

RESPECTFULLY SUBMITTED,
DEFENDANT,
ROBERT LINDBERK

By: _____
His Attorney
J. William Gagne, Jr.
Law Office of J. William Gagne, Jr.
  & Associates, P.C.
1260 Silas Deane Highway
Wethersfield, CT 06109
(860) 522-5049
Federal Bar No. ct02126