UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CARMELO GAGLIARDI<br>Plaintiff<br>V.<br><br>EAST HARTFORD HOUSING<br>AUTHORITY, ANDRE DUMAS, JOHN<br>ROGHN, ROBERT LINDBERK, UNION<br>REPRESENTATIVE and ROBERT<br>COUNIHAN<br>Defendants | :<br><br>:<br><br>:<br><br>:<br><br>:<br>: | CIVIL ACTION NO.<br><br>3:02 CV 478 (EBB)<br><br><br><br><br><br>JANUARY 2, 2004 |

**DEFENDANTS EAST HARTFORD HOUSING AUTHORITY,
ANDRE DUMAS, and ROBERT COUNIHAN NOTICE OF
4th SUPPLEMENTAL COMPLIANCE WITH RULE 26(a)(1)**

The defendants, East Hartford Housing Authority, Andre Dumas and Robert Counihan, hereby give notice that they have provided to the plaintiff supplemental compliance with Rule 26(a)(1) on January 2, 2004.

THE DEFENDANTS
EAST HARTFORD HOUSING AUTHORITY, ANDRE
DUMAS, ROBERT COUNIHAN, TERRY MADIGAN
AND JEFFREY ARN

By: _____
Kevin A. Coles
Coles, Baldwin & Craft, LLC
1261 Post Road, P. O. Box 577
Fairfield, CT 06824
Phone: (203) 319-0800
Fax: (203) 319-1210
Federal Bar No. 04350