FILED
Jan 15  2 45 PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CARMELO GAGLIARDI, | : | CIVIL ACTION NO. |
| PLAINTIFF | : | 3:02CV478 (EBB) |
| vs. | : | |
| | : | |
| THE EAST HARTFORD HOUSING | : | |
| AUTHORITY, and in their individual | : | |
| official capacities ANDRE DUMAS, JOHN | : | |
| ROGHN, ROBERT COUNIHAN and | : | |
| ROBERT LINDBERK, | : | |
| DEFENDANTS. | : | JANUARY 13, 2004 |

## MOTION FOR PROTECTIVE ORDER

The plaintiff, Carmelo Gagliardi, moves for a protective order against the continued deposition of the plaintiff beyond the allotted seven hours pursuant to Federal Rules of Evidence 26(c). The Housing Authority defendants: Dumas, Arns, Madigan, Counihan and the East Hartford Housing Authority, filed a motion to depose the plaintiff for twenty hours. The court granted this motion over the plaintiff's objection dated December 16, 2003.

The plaintiff now files this Motion for a Protective Order to protect the plaintiff from submitting to a deposition longer than seven hours because of his aggravated medical condition and because this extended period of time is meant only to harass, annoy and embarrass the plaintiff. The defendants have not shown good cause to depose the plaintiff for any time over seven hours. Additionally, the defendants have a history of harassing and annoying the plaintiff

1

through the deposition process, as is more detailed in the attached memorandum and affidavit.

The plaintiff respectfully requests that the court grant the plaintiff's motion for protective order.

THE PLAINTIFF
CARMELO GAGLIARDI

BY: _____
Erin O'Neil, Esq.
Brewer & O'Neil
818 Farmington Avenue
West Hartford, CT 06119
(203)523-4055
Federal Bar #CT 23073
His Attorney

2

## **CERTIFICATION**

This is to certify that the foregoing has been sent, postage pre-paid, on January 13, 2004 to all counsel and pro se parties of record:

Attorney Kevin Coles
Coles, Baldwin & Craft, LLC
1261 Post Road, P.O. Box 577
Fairfield, CT 06430

J. William Gagne
J. William Gagne & Associates
1260 Silas Deane Highway
Wethersfield, CT 06109

Clerk
US District Court
141 Church Street
New Haven, CT 06510

_____
Erin O'Neil