UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

CARMELO GAGLIARDI,
      Plaintiff,

vs.

THE EAST HARTFORD HOUSING
AUTHORITY, and in their individual
official capacities ANDRE DUMAS, JOHN
ROGHN, ROBERT COUNIHAN,
JEFF ARNS, TERRY MADIGAN and
ROBERT LINDBERK,
      Defendants.

CIVIL ACTION NO.
3:02CV478 (EBB)

January 2, 2004

## PLAINTIFF'S AFFIDAVIT IN SUPPORT OF MOTION FOR PROTECTIVE ORDER

**State of Connecticut)**
              ) ss:   West Hartford, January 2, 2004
**County of Hartford )**

I, Carmelo Gagliardi, being duly sworn, hereby depose and state, upon knowledge, information and belief that:

1. I am over the age of eighteen and believe in the obligation of an oath.

2. In the past the defendants have harassed and intimidated me.

3. I have a medical condition that includes anxiety, depression and high blood pressure.

4. To be subjected to 20 hours of deposition would cause me great stress, anxiety and high blood pressure. (See attached Doctor's Letters.)

5. These conditions prevent me from being deposed at length by the defendants.

*[signature]*

Carmelo Gagliardi

Subscribed and sworn before me this 2nd day of January, 2004.

*[signature]*

Erin I. O'Neil

Commissioner of the Superior Court

## CERTIFICATION

This is to certify that the foregoing has been sent, postage pre-paid, on January 13, 2004 to all counsel and pro se parties of record:

Attorney Kevin Coles
Coles, Baldwin & Craft, LLC
1261 Post Road, P.O. Box 577
Fairfield, CT 06430

J. William Gagne
J. William Gagne & Associates
1260 Silas Deane Highway
Wethersfield, CT 06109

Clerk
US District Court
141 Church Street
New Haven, CT 06510

Erin O'Neil



*University of Connecticut Health Center*
*John Dempsey Hospital*

...iatry Outpatient Services

Date: 10/24/03

To whom it may concern

    This is to confirm that Mr. Carmelo Gagliardi (DOB: 2/12/1941) is in treatment with me in the outpatient clinic at University of Connecticut Health Center. I evaluated Mr. Gagliardi today. Based on my evaluation, Mr. Gagliardi can return to work without any restrictions starting 10/27/03.

Please feel free to contact me at # (860) 679-6700 with any questions.

Sincerely,

Jayesh Kamath MD PhD

An Equal Opportunity Employer

10 Falcon Notch, East Wing
Farmington, Connecticut 06030-xxxx

Telephone: 860-xxx-xxxx

03 OCT 21 AM 9:01
HOUSING AUTHORITY
...HARTFORD

**University of Connecticut Health Center**
*John Dempsey Hospital*

Psychiatry Outpatient Services

Date: 10/07/03

To whom it may concern

    This is to confirm that Mr. Carmelo Gagliardi (DOB: 2/12/1941) is in treatment with me in the outpatient clinic at University of Connecticut Health Center. I evaluated Mr. Gagliardi today. Based on my evaluation, I would recommend him to stay out of work till his next evaluation on 10/24/03. We are currently actively adjusting his medications and have seen gradual improvement in his condition.

Please feel free to contact me at # (860) 679-6700 with any questions.

Sincerely,

Jayesh Kamath MD PhD

An Equal Opportunity Employer

10 Talcott Notch, East Wing
Farmington, Connecticut 06030-6410

Telephone: (860) 679-6700
Facsimile: (860) 679-6736

**University of Connecticut Health Center**
*John Dempsey Hospital*

Psychiatry Outpatient Services

Date: 09/23/03

To whom it may concern

This is to confirm that Mr. Carmelo Gagliardi (DOB: 2/12/1941) is in treatment with me in the outpatient clinic at University of Connecticut Health Center. Mr. Gagliardi has experienced significant worsening of psychiatric symptoms in the past month. I would strongly recommend for Mr. Gagliardi to stay off of work at this time due to his current mental status.

Please feel free to contact me at # (860) 679-6700 with any questions.

Sincerely,

Jayesh Kamath MD PhD

*An Equal Opportunity Employer*

10 Talcott Notch, East Wing
Farmington, Connecticut 06030-6410

Telephone: (860) 679-6700
Facsimile: (860) 679-6736



# University of Connecticut Health Center
*John Dempsey Hospital*

Psychiatry Outpatient Services

Date: 01/05/04

To whom it may concern

This is to confirm that Mr. Carmelo Gagliardi (DOB: 2/12/1941) is in treatment with me in the outpatient clinic at University of Connecticut Health Center. Recently, Mr. Gagliardi had severe exacerbation of his mental illness requiring emergent intervention and management. He is only partially stable at this time. I strongly recommend that Mr. Gagliardi be not exposed to any stressful situations as such situations can lead to exacerbation of his illness.

Please feel free to contact me at # (860) 679-6700 with any questions.

Sincerely,

Jayesh Kamath MD PhD

*An Equal Opportunity Employer*

10 Talcott Notch, East Wing
Farmington, Connecticut 06030-6410

Telephone: (860) 679-6700
Facsimile: (860) 679-6736

1