UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARMELO GAGLIARDI,<br>        PLAINTIFF<br>vs.<br><br>THE EAST HARTFORD HOUSING<br>AUTHORITY, and in their individual<br>official capacities ANDRE DUMAS, JOHN<br>ROGHN, ROBERT COUNIHAN and<br>ROBERT LINDBERK,<br>        DEFENDANTS. | CIVIL ACTION NO.<br>3:02CV478 (EBB)<br><br><br><br><br><br><br>JANUARY 13, 2004 |

FILED

## AFFIDAVIT OF GOOD FAITH

STATE OF CONNECTICUT    }
                                     } ss. Hartford
COUNTY OF HARTFORD     }

I, ERIN I. O'NEIL, having been duly sworn, states:

1. I am over the age of eighteen (18) and believe in and understand the obligations of an oath.

2. In an attempt to resolve this matter regarding the extended deposition of the plaintiff, I contacted Attorney Kevin Coles to determine if he was still considering pursuing the deposition of the plaintiff for twenty hours.

3. I was unable to ascertain his position as to the plaintiff's deposition and this motion.

_____
Erin I. O'Neil

Dated at West Hartford, Connecticut, JANUARY 13, 2004.

_____
Commissioner of Superior Court
James S. Brewer

## CERTIFICATION

This is to certify that the foregoing has been sent, postage pre-paid, on January 13, 2004 to all counsel and pro se parties of record:

Attorney Kevin Coles
Coles, Baldwin & Craft, LLC
1261 Post Road, P.O. Box 577
Fairfield, CT 06430

J. William Gagne
J. William Gagne & Associates
1260 Silas Deane Highway
Wethersfield, CT 06109

Clerk
US District Court
141 Church Street
New Haven, CT 06510

*Erin O'Neil*

