UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CARMELO GAGLIARDI, | : | CIVIL ACTION NO. |
| PLAINTIFF | : | 3:02CV478(EBB) |
| v. | | |
| EAST HARTFORD HOUSING AUTHORITY, and in their individual and official capacities, ANDRE DUMAS, JOHN ROGHN, ROBERT COUNIHAN and ROBERT LINDBERK, | | |
| DEFENDANTS | : | December 3, 2003 |

## MOTION FOR EXTENSION OF TIME

The Plaintiff, pursuant to LOCAL R. CIV. P. 9(b) and FED. R. CIV. P. 6, hereby moves for an extension of time in which to respond to Motion for Summary Judgment. The Plaintiff's motion is currently due January 21, 2004, however, the deposition of the plaintiff, which is the subject of a Motion for Protective Order, has not taken place and is currently scheduled for February 3, 2004. The plaintiff requests three weeks from the conclusion of the plaintiff's deposition to respond to the Motion for Summary Judgment so that the undersigned can obtain a copy of the deposition transcript and use it as necessary in the plaintiff's opposition. The undersigned has contacted Attorney Coles to obtain his position on this motion but he was not available.

BY: _____
Erin I. O'Neil
818 Farmington Avenue
West Hartford, CT 06119
Federal Bar #ct 23073
Tel.: (860)523-4055
Fax: (860) 233-4215

## CERTIFICATION

     This is to certify that the foregoing has been sent, postage pre-paid, on January 19, 2004 to all counsel and pro se parties of record:

Attorney Kevin Coles
Coles, Baldwin & Craft, LLC
1261 Post Road, P.O. Box 577
Fairfield, CT 06430


J. William Gagne
J. William Gagne & Associates
1260 Silas Deane Highway
Wethersfield, CT 06109

Clerk of the District Court
New Haven District Court
141 Church Street
New Haven, CT 06510

                                                                                              _/s/ Erin O'Neil_
                                                                                              Erin O'Neil

Case 3:02-cv-00478-EBB   Document 84   Filed 01/22/2004   Page 2 of 2