mot

84

Conclusion on befor 3/1/04.

1/23/04 Granted, 16 and of action. Plaintiff's deposition on about to

## UNITED STATE DISTRICT COURT
## DISTRICT OF CONNECTICUT

CARMELO GAGLIARDI,
                    PLAINTIFF

v.

EAST HARTFORD HOUSING
AUTHORITY, and in their individual
and official capacities, ANDRE DUMAS,
JOHN ROGHN, ROBERT COUNIHAN
and ROBERT LINDBERK,
                    DEFENDANTS

:
:
:

:

CIVIL ACTION NO.
3:02CV478(EBB)

December 3, 2003

FILED

## MOTION FOR EXTENSION OF TIME

    The Plaintiff, pursuant to LOCAL R. CIV. P. 9(b) and FED. R. CIV. P. 6, hereby moves for

an extension of time in which to respond to Motion for Summary Judgment. The Plaintiff's

motion is currently due January 21, 2004, however, the deposition of the plaintiff, which is the

subject of a Motion for Protective Order, has not taken place and is currently scheduled for

February 3, 2004. The plaintiff requests three weeks from the conclusion of the plaintiff's

deposition to respond to the Motion for Summary Judgment so that the undersigned can obtain

a copy of the deposition transcript and use it as necessary in the plaintiff's opposition.

The undersigned has contacted Attorney Coles to obtain his position on this motion but he

was not available.

                                       BY: _____

                                      Erin I. O'Neil
                                      818 Farmington Avenue
                                      West Hartford, CT 06119
                                      Federal Bar #ct 23073
                                      Tel.: (860)523-4055
                                      Fax: (860) 233-4215