# UNITED STATE DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARMELO GAGLIARDI,<br>PLAINTIFF | CIVIL ACTION NO.<br>3:02CV478(EBB) |
| v. | |
| EAST HARTFORD HOUSING<br>AUTHORITY, and in their individual<br>and official capacities, ANDRE DUMAS,<br>JOHN ROGHN, ROBERT COUNIHAN<br>and ROBERT LINDBERK,<br>DEFENDANTS | December 19, 2003 |

## MOTION FOR RECONSIDERATION & OBJECTION TO DEFENDANT'S REQUEST TO EXTEND TIME TO DEPOSE PLAINTIFF

On December 17, 2003, the Court granted defendants' request for an extension of time to depose the plaintiff. This ruling came only two days after defendant filed the motion. Pursuant to Rule 26(b) of the Federal Rules of Civil Procedure, when ruling on a motion to extend time, "[t]he court may act upon its own initiative after reasonable notice or pursuant to a motion under Rule 26(c)." Fed. R. Civ. Pro. 26(b)(2). No motion has been made under Rule 26(c). The court has not allowed plaintiff "reasonable notice" to object to the defendant's motion as the motion was granted two days after plaintiff received notice of the initial motion. Therefore, pursuant to Rule 9(e) of the Local Rules of Civil Procedure plaintiff requests that the court reconsider its ruling of December 17, 2003.

The court should also reconsider its ruling because defendant has not shown good cause to extend time. Defendants' currently have a dispositive motion pending; therefore the utility in deposing the plaintiff is questionable. Defendants have also requested thirteen hours of testimony beyond that allowed by Fed. R. Civ. Pro. 30. The time requested by the defendants is