UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARMELO GAGLIARDI,<br>       PLAINTIFF<br>vs.<br><br>THE EAST HARTFORD HOUSING<br>AUTHORITY, and in their individual<br>official capacities ANDRE DUMAS, JOHN<br>ROGHN, ROBERT COUNIHAN and<br>ROBERT LINDBERK,<br>       DEFENDANTS. | CIVIL ACTION NO.<br>3:02CV478 (EBB)<br><br><br><br><br><br><br>JANUARY 13, 2004 |

## MOTION FOR PROTECTIVE ORDER

The plaintiff, Carmelo Gagliardi, moves for a protective order against the continued deposition of the plaintiff beyond the allotted seven hours pursuant to Federal Rules of Evidence 26(c). The Housing Authority defendants: Dumas, Arns, Madigan, Counihan and the East Hartford Housing Authority, filed a motion to depose the plaintiff for twenty hours. The court granted this motion over the plaintiff's objection dated December 16, 2003.

The plaintiff now files this Motion for a Protective Order to protect the plaintiff from submitting to a deposition longer than seven hours because of his aggravated medical condition and because this extended period of time is meant only to harass, annoy and embarrass the plaintiff. The defendants have not shown good cause to depose the plaintiff for any time over seven hours. Additionally, the defendants have a history of harassing and annoying the plaintiff

1