**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| CARMELO GAGLIARDI | : | CIVIL ACTION NO. |
| Plaintiff | | |
| V. | : | 3:02 CV 478 (EBB) |
| | | |
| EAST HARTFORD HOUSING | : | |
| AUTHORITY, ANDRE DUMAS, JOHN | | |
| ROGHN, ROBERT LINDBERK, UNION | : | |
| REPRESENTATIVE and ROBERT | | |
| COUNIHAN | | |
| Defendants | : | FEBRUARY 27, 2004 |

## MOTION FOR EXTENSION OF TIME
## REGARDING SCHEDULING ORDER

Pursuant to Local Rule 7(b), the defendants, East Hartford Housing Authority,

Andre Dumas, Robert Counihan, Terry Madigan and Jeffrey Arn, respectfully request

that the court grant an extension of time from February 27, 2004 to March 30, 2004 to

complete the deposition of the plaintiff in the above-mentioned matter.   This extension

is requested because the plaintiff was reluctant to continue his deposition until the court

ruled on his motion for protective order.

Counsel for all parties have been contacted and consent to this requested

extension.  This is the fourth request for extension of time filed by the undersigned with

respect to these deadlines.

THE DEFENDANTS
EAST HARTFORD HOUSING AUTHORITY,
ANDRE DUMAS, ROBERT COUNIHAN, TERRY
MADIGAN AND JEFFREY ARN

By:
Kevin A. Coles
Coles, Baldwin & Craft, LLC
1261 Post Road
Fairfield, CT 06824
(203) 319-0800
Federal Bar No. 04350

## CERTIFICATION

I hereby certify that a copy of the foregoing has been forwarded this date to the following counsel of record:

Erin I. O'Neil-Baker, Esq.
James S. Brewer, Esq.
818 Farmington Avenue
West Hartford, CT 06119

J. William Gagne, Esq.
J. William Gagne & Associates
1260 Silas Deane Highway
Wethersfield, CT 06109

Kevin A. Coles

2