

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED MAR 1  2 58 PM '04

| | | |
|---|---|---|
| CARMELO GAGLIARDI | : | CIVIL ACTION NO. |
| Plaintiff | | NEW HAVEN, CONN. |
| V. | : | 3:02 CV 478 (EBB) |
| EAST HARTFORD HOUSING AUTHORITY, ANDRE DUMAS, JOHN ROGHN, ROBERT LINDBERK, UNION REPRESENTATIVE and ROBERT COUNIHAN | : | |
| Defendants | : | FEBRUARY 27, 2004 |

## MOTION FOR EXTENSION OF TIME REGARDING SCHEDULING ORDER

Pursuant to Local Rule 7(b), the defendants, East Hartford Housing Authority, Andre Dumas, Robert Counihan, Terry Madigan and Jeffrey Arn, respectfully request that the court grant an extension of time from February 27, 2004 to March 30, 2004 to complete the deposition of the plaintiff in the above-mentioned matter. This extension is requested because the plaintiff was reluctant to continue his deposition until the court ruled on his motion for protective order.

Counsel for all parties have been contacted and consent to this requested extension. This is the fourth request for extension of time filed by the undersigned with respect to these deadlines.

FILED MAR 4  4 12 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

THE DEFENDANTS
EAST HARTFORD HOUSING AUTHORITY,
ANDRE DUMAS, ROBERT COUNIHAN, TERRY
MADIGAN AND JEFFREY ARN

By: _____
Kevin A. Coles
Coles, Baldwin & Craft, LLC
1261 Post Road
Fairfield, CT 06824
(203) 319-0800
Federal Bar No. 04350