FILED

APR 19  3 59 PM '04

U.S. DISTRICT COURT
HARTFORD, CONN.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CARMELO GAGLIARDI, | : | CIVIL ACTION NO. |
| PLAINTIFF | : | 3:02CV478 (EBB) |
| vs. | : | |
| | : | |
| THE EAST HARTFORD HOUSING | : | |
| AUTHORITY, and in their individual | : | |
| official capacities ANDRE DUMAS, JOHN | : | |
| ROGHN, ROBERT COUNIHAN and | : | |
| ROBERT LINDBERK, | : | |
| DEFENDANTS. | : | APRIL 19, 2004 |

## MOTION FOR PROTECTIVE ORDER

The plaintiff, Carmelo Gagliardi, moves for a protective order pursuant to the Federal

Rules of Civil Procedure 26(c) against the continued deposition of the plaintiff beyond the March

30, 2004 deadline previously extended from April 30, 2003.  The Housing Authority defendants:

Dumas, Arns, Madigan, Counihan and the East Hartford Housing Authority, filed a motion to

extend the time to complete the deposition of the plaintiff in the above-mentioned matter.  The

court granted this motion dated March 4, 2004.

The plaintiff now files this Motion for a Protective Order to protect the plaintiff from

submitting to further depositions beyond the discovery period.  Furthermore, the plaintiff has

been deposed on three prior occasions, as is more detailed in the attached memorandum and

affidavit.  The plaintiff respectfully requests that the court grant the plaintiff's motion for

1

protective order.

THE PLAINTIFF
CARMELO GAGLIARDI

BY:  *Alyssa S. Vigue*
Attorney Alyssa S. Vigue
Brewer & O'Neil
818 Farmington Avenue
West Hartford, CT 06119
(860)523-4055
Federal Bar # ct25178

## CERTIFICATION

This is to certify that a copy of the foregoing motion has been mailed, postage prepaid, on

April 19, 2004 to:

Kevin Coles, Esq.
Coles, Baldwin & Craft, LLC
1261 Post Road
P.O. Box 577
Fairfield, CT 06430

2

J. William Gagne, Esq.
J. William Gagne & Associates
1260 Silas Deane Highway
Wethersfield, CT  06109


Clerk
United States District Court
District of Connecticut
141 Church Street
New Haven, CT 06510

Alyssa S. Vigue

3

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| CARMELO GAGLIARDI, | : | CIVIL ACTION NO. |
| PLAINTIFF | : | 3:02CV478 (EBB) |
| vs. | : | |
| | : | |
| THE EAST HARTFORD HOUSING | : | |
| AUTHORITY, ET AL., | : | |
| DEFENDANTS. | : | APRIL 19, 2004 |

**PLAINTIFF MEMORANDUM IN SUPPORT OF**
**THE MOTION FOR PROTECTIVE ORDER**

The plaintiff, Carmelo Gagliardi, moves for a protective order against the continued

deposition of the plaintiff beyond the discovery deadline pursuant to Federal Rules of Civil

Procedure 26(c). The plaintiff requests that the court prohibit the defendants from deposing the

plaintiff longer than the discovery deadline allowed.

**I.      STATEMENT OF FACTS RELEVANT TO THE PRESENT MOTION**

The plaintiff brought this action against his employer, the East Hartford Housing

Authority. The original discovery deadline for this matter was April 30, 2003. During the

discovery period the plaintiff had been noticed for his deposition numerous times, the plaintiff

having had appeared at the office of Attorney Gagne on two separate occasions to be deposed to

1

find out that the deposition had been canceled. In order to attend the depositions the plaintiff was required to use his vacation days from work. Neither the undersigned, nor the plaintiff was informed of these cancellations until appearing for the depositions. The defendants have repeatedly requested extensions of time for the discovery deadline. The defendant has now been deposed on December 5, 2003, February 3, 2004 and March 29, 2004.

The Housing Authority defendants filed a motion to extend the deposition of the plaintiff to be held up to twenty hours, thirteen hours beyond the allowed time under the Federal Rules of Civil Procedure. The court granted the defendants motion.

The plaintiff suffers from a stress and anxiety related panic disorder and hypertension for which he is under treatment. The plaintiff is under the care of medical doctors as well as a psychiatrist, Dr. Jayesh Kamath. The plaintiff's symptoms have been exacerbated during November and December, 2003 requiring him to be out of work during those months.

## II.     LEGAL ARGUMENT

Federal Rules of Civil Procedure 26(c) provides that: "Upon motion by a party or by the person from whom discovery is sought . . . the court . . . may make an order which justice requires to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense, including: (1) that the disclosure or discovery not be had; (2) that the discovery may be had only on specified terms and conditions . . . ."   The plaintiff submits that

2

his deposition should not take place because the defendants have had a year and still have yet to complete his deposition and during that time the defendants have canceled the plaintiff's deposition numerous time without notifying him or his counsel of such cancellation. Such conduct has resulted in the plaintiff using vacation days from work as well as increased stress and anxiety prior to each deposition. The plaintiff has already been deposed on three separate occasions and the discovery deadline of March 30, 2004 has passed without the defendants requesting an additional extension of time in which to complete discovery.

The plaintiff requests that further discovery not be had because further deposing of the plaintiff is an undue burden on the plaintiff which substantially outweighs any likely benefits and is therefore impermissible under Fed. R. Civ. Pro. 26(b)(2). The plaintiff respectfully requests that the court grant the plaintiff's motion for protective order.

THE PLAINTIFF
CARMELO GAGLIARDI


BY:      _Alyssa Vigue_
         Attorney Alyssa S. Vigue
         Brewer & O'Neil
         818 Farmington Avenue
         West Hartford, CT 06119
         (860) 523-4055
         Federal Bar #ct25175

3

**CERTIFICATION**

      This is to certify that a copy of the foregoing motion has been mailed, postage prepaid, on March 14, 2003 to:

Kevin Coles, Esq.
Coles, Baldwin & Craft, LLC
1261 Post Road
P.O. Box 577
Fairfield, CT 06430

J. William Gagne, Esq.
J. William Gagne & Associates
1260 Silas Deane Highway
Wethersfield, CT 06109

Clerk
United States District Court
District of Connecticut
141 Church Street
New Haven, CT 06510

Alyssa S. Vigue

4

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

CARMELO GAGLIARDI,               :     CIVIL ACTION NO.
           PLAINTIFF        :     3:02CV478 (EBB)
vs.                         :
                         :
THE EAST HARTFORD HOUSING   :
AUTHORITY, and in their individual   :
official capacities ANDRE DUMAS, JOHN :
ROGHN, ROBERT COUNIHAN and   :
ROBERT LINDBERK,          :
        DEFENDANTS.     :     APRIL 19, 2004

### AFFIDAVIT OF GOOD FAITH

STATE OF CONNECTICUT    }
                      } ss. Hartford
COUNTY OF HARTFORD     }

I, ERIN I. O'NEIL, having been duly sworn, states:

1.    I am over the age of eighteen (18) and believe in and understand the obligations of an oath.

2.    In an attempt to resolve this matter regarding the extended deposition of the plaintiff, I contacted Attorney Kevin Coles to determine if he was still considering pursuing the deposition of the plaintiff past the discovery deadline of March 30, 2004. .

3.    I was unable to ascertain his position as to the plaintiff's deposition and this motion.

_____
Erin I. O'Neil

Dated at West Hartford, Connecticut, April 19, 2004.

_____
Commissioner of Superior Court

# BREWER & O'NEIL, LLC

ATTORNEYS AT LAW
818 Farmington Avenue
West Hartford, CT 06119
(860) 523-4055
Facsimile (860) 233-4215

JAMES S. BREWER
jbrewer@brewerandoneil.com

ERIN I. O'NEIL
eoneil@brewerandoneil.com

## VIA FACSIMILE ONLY

April 19, 2004

Kevin Coles
Coles, Baldwin & Craft, LLC
1261 Post Road
P.O. Box 577
Fairfield, CT 06430

RE: Gagliardi v. East Hartford Housing Authority, et al.
    NO.: 3:02CV478 (EBB)

Dear Kevin:

Upon my review of the above case, I noticed that the deadline to depose the plaintiff was March 30, 2004. Further, the plaintiff has been deposed for three days. Therefore, the plaintiff will not appear for the deposition scheduled for tomorrow. Please confirm with my office that the deposition will not go forward by this afternoon to avoid the need to file a Motion for Protective Order.

Sincerely,

Erin I. O'Neil

EON/sl