AO 458 (Rev. 5/85) Appearance

# United States District Court

_____ DISTRICT OF CONNECTICUT _____

Plaintiff, Carmelo Gagliardi

APPEARANCE

CASE NUMBER:    3:02CV478

VS.

Defendants, The East Hartford Housing Authority, and in their individual and official capacities, Andre Dumas, John Roghn, Robert Counihan and Robert Lindberk

To the Clerk of this Court and all parties of record:

Enter my appearance as additional counsel in this case for the Plaintiff

Alyssa S. Vigue
Fed Bar #ct25178

| April 19, 2004 | *(signature)* |
|---|---|
| **DATE** | **SIGNATURE** |

Alyssa S. Vigue
*Print Name*

818 FARMINGTON AVE.,
WEST HARTFORD, CT 06119
*Address*

860-523-4055
*Phone Number*

## **CERTIFICATION**

This is to certify that a copy of the foregoing motion has been mailed, postage prepaid, on April 19, 2004 to:

Kevin Coles, Esq.
Coles, Baldwin & Craft, LLC
1261 Post Road
P.O. Box 577
Fairfield, CT 06430

J. William Gagne, Esq.
J. William Gagne & Associates
1260 Silas Deane Highway
Wethersfield, CT  06109

Clerk
United States District Court
District of Connecticut
141 Church Street
New Haven, CT 06510

Alyssa S. Vigue