UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CARMELO GAGLIARDI<br>Plaintiff | : | CIVIL ACTION NO. |
| V. | : | 3:02 CV 478 (EBB) |
| EAST HARTFORD HOUSING<br>AUTHORITY, ANDRE DUMAS, JOHN<br>ROGHN, ROBERT LINDBERK, UNION<br>REPRESENTATIVE and ROBERT<br>COUNIHAN | : : | |
| Defendants | : | APRIL 20, 2004 |

**OBJECTION TO PLAINTIFF'S**
**MOTION FOR PROTECTIVE ORDER DATED APRIL 19, 2004**

The defendants, East Hartford Housing Authority, Andre Dumas, Robert Counihan, Terry Madigan and Jeffrey Arn object to the plaintiff's Motion for Protective Order, dated April 19, 2004 for several reasons as set forth in their Memorandum attached hereto.

WHEREFORE, these defendants respectfully request that the court sustain their objection to the plaintiff's Motion for Protective Order.

                              THE DEFENDANTS
                              EAST HARTFORD HOUSING AUTHORITY, ANDRE
                              DUMAS, ROBERT COUNIHAN, TERRY MADIGAN
                              AND JEFFREY ARN

                              By: _____
                              Kevin A. Coles
                              Coles, Baldwin & Craft, LLC
                              1261 Post Road, P. O. Box 577
                              Fairfield, CT 06824
                              Phone: (203) 319-0800
                              Fax: (203) 319-1210
                              Federal Bar No. 04350

## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been forwarded this date to the following counsel of record:

James S. Brewer, Esq.  
818 Farmington Avenue  
West Hartford, CT 06119

J. William Gagne & Associates  
1260 Silas Deane Highway  
Wethersfield, CT 06109

_____  
Kevin A. Coles

## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CARMELO GAGLIARDI | : | CIVIL ACTION NO. |
| Plaintiff | | |
| V. | : | 3:02 CV 478 (EBB) |
| | : | |
| EAST HARTFORD HOUSING AUTHORITY, ANDRE DUMAS, JOHN ROGHN, ROBERT LINDBERK, UNION REPRESENTATIVE and ROBERT COUNIHAN | : | |
| Defendants | : | APRIL 20, 2004 |

### MEMORANDUM IN SUPPORT OF DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

The undersigned defendants hereby oppose the plaintiff's motion for protective order, dated April 19, 2004, which seeks to prevent further depositions of the plaintiff.

Rule 26(c) provides, in relevant part, that "for good cause shown" a court may "make any order which justice requires to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense," including that the discovery not be had or that it be had only by a method other than that selected by the party seeking discovery. Fed.R.Civ.P. 26(c)(1), (3). "In other words, although a party seeking a deposition need not demonstrate the propriety of its request, judges may prevent the proposed deposition when the facts and circumstances are such that it creates an inappropriate burden or hardship." In re Subpoena Issued to Dennis Friedman, 350 F.3d 65, 69-70 (2003).

In the motion for protective order, the plaintiff puts forth the same arguments he advanced in his previous motion for protective order. The plaintiff argues that he suffers from stress and anxiety related panic disorder and hypertension. (Plaintiff's

Memorandum in Support of Motion for Protective Order, April 19, 2002, pg. 2). The plaintiff also argues that the defendants should not use the twenty hours of deposition time permitted by the court and that further depositions are unnecessary. (Plaintiff's Memorandum in Support of Motion for Protective Order, April 19, 2002, pp. 2 and 3). These arguments are essentially a request for the court to reconsider its prior rulings and should not be considered.

Furthermore, in support of their motion for protective order, the plaintiff baldly asserts that "the defendants have canceled the plaintiff's deposition numerous times with out notifying him or his counsel of such cancellation." (Plaintiff's Memorandum in Support of Motion for Protective Order, April 19, 2002, pg. 3). While, the defendants concede that one such cancellation may have occurred, there is no merit to the plaintiff's claim that this happened "numerous times." Furthermore, counsel for the defendants traveled to attend the plaintiff's deposition on April 6, 2004, only to learn that it was cancelled.[1]

The plaintiff also argues that the deadline for completion of depositions expired on March 30, 2004 and the defendants did not request an extension. (Plaintiff's Memorandum in Support of Motion for Protective Order, April 19, 2002, pg. 2). Much of the delay in deposition scheduling was due to the plaintiff's reluctance to attend a deposition until a ruling on his first motion for protective order. The plaintiff's last

---

[1] Plaintiff's counsel states that a cancellation notice was sent prior to the deposition, however, counsel for the defendants has no record of this notice.

2

deposition was on March 29, 2004, during which time the plaintiff requested a continuation due to his fatigue. The continued deposition was scheduled for April 6, 2004, which was cancelled by plaintiff's counsel and re-noticed for April 20, 2004. The defendants did not file a request to extension of time for the completion of depositions based on the representations and actions of plaintiff's counsel.

To date, the defendants have expended less than half the hours of deposition time of the plaintiff ordered by the court. The plaintiff should not be permitted to circumvent the court's prior rulings with dilatory and repetitive tactics.

Wherefore, the defendants respectfully request that the court deny the plaintiff's motion for protective order.

THE DEFENDANTS
EAST HARTFORD HOUSING AUTHORITY, ANDRE DUMAS, ROBERT COUNIHAN, TERRY MADIGAN AND JEFFREY ARN

By: Kevin A. Coles
Coles, Baldwin & Craft, LLC
1261 Post Road, P. O. Box 577
Fairfield, CT 06824
Phone: (203) 319-0800
Fax: (203) 319-1210
Federal Bar No. 04350

## CERTIFICATION

I hereby certify that a copy of the foregoing has been forwarded this date to the following counsel of record:

| | |
|---|---|
| James S. Brewer, Esq.<br>818 Farmington Avenue<br>West Hartford, CT 06119 | J. William Gagne & Associates<br>1260 Silas Deane Highway<br>Wethersfield, CT 06109 |

Kevin A. Coles