UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CARMELO GAGLIARDI<br>    Plaintiff | : | CIVIL ACTION NO. |
| V. | : | 3:02 CV 478 (EBB) |
| EAST HARTFORD HOUSING AUTHORITY, ANDRE DUMAS, JOHN ROGHN, ROBERT LINDBERK, UNION REPRESENTATIVE and ROBERT COUNIHAN<br>    Defendants | :<br><br>:<br><br>: | <br><br><br><br>APRIL 19, 2004 |

**MOTION FOR EXTENSION OF TIME**
**REGARDING SCHEDULING ORDER**

Pursuant to Local Rule 7(b), the defendants, East Hartford Housing Authority, Andre Dumas, Robert Counihan, Terry Madigan and Jeffrey Arn, respectfully request that the court grant an extension of time from March 30, 2004 to June 30, 2004 to complete the deposition of the plaintiff in the above-mentioned matter. This extension is requested for the following reasons:

1. On December 3, 2003, the defendants filed their motion for summary judgment as to counts one, two, four, five, six, seven and eight of the plaintiff's complaint. (Docket Nos. 66-68.)

2. On December 4, 2003, the plaintiff requested an extension of time to respond to the defendants' motion for summary judgment on the grounds that additional time was necessary to complete the plaintiff's deposition and then to compose a response. (Docket No. 69.)

3. The defendants took the first deposition of the plaintiff, Carmello Gagliardi on December 5, 2003. (The deposition was noticed by the defendants on November 11, 2003.)

4. The court granted the plaintiff's extension of time to respond to the defendants' motion for summary judgment. (Docket No. 70.)

5. By motion dated December 15, 2003 (Docket No. 71), the defendants requested additional time to depose the plaintiff, up to twenty hours, due to the complexity of the issues involved in the matter as well as the large amount of documentary evidence.

6. The court granted the defendants' motion. (Docket No. 72.)

7. The plaintiff requested reconsideration of the court's decision, but this request was denied. (Docket Nos. 74 and 75.)

8. On January 15, 2004, the plaintiff filed a motion for protective order to prevent further depositions. (Docket Nos. 80 through 83.)

9. On January 22, 2004, the plaintiff again requested additional time, up to three weeks following the conclusion of the plaintiff's deposition, to respond to the defendants' motion for summary judgment. (Docket No. 84.)

10. The court granted the plaintiff's motion for extension of time and required that the plaintiff's deposition be completed on or before March 1, 2004. (Docket No. 85.)

11. The defendants conducted the second deposition of the plaintiff on February 3, 2004.

12. On February 20, 2004, the court denied the plaintiff's motion for protective order (Docket No. 89), thus allowing the defendants to depose the plaintiff for a total of up to twenty hours.

13. By motion dated February 27, 2004 (Docket No. 90), the defendants requested an extension of time, until March 30, 2004, to continue to depose the plaintiff

on the ground that time had passed due to the reluctance of the plaintiff to continue his deposition until his motion for protective order was ruled upon. (Docket No. 90.)

14. The defendants' motion for extension of time was granted by the court on March 4, 2004 (Docket No. 91.)

15. Due to scheduling conflicts, the parties were unable to find a convenient date to continue the plaintiff's deposition until March 29, 2004.

16. On March 29, 2004, the plaintiff's deposition continued.

17. After a few hours of testimony on that date, the deposition was stopped at the request of plaintiff's counsel's due to her client's fatigue. It was mutually agreed by both counsel at that time that the deposition would continue at the earliest available date.

18. Defense counsel agreed to accommodate the plaintiff's health and well being in scheduling and by limiting the number of hours of each session of the deposition.

19. The continuation of the March 29, 2004 deposition was scheduled for April 6, 2004.

20. On April 6, 2004, plaintiff's counsel asked defendants' counsel to cancel the continued deposition due to a family emergency.

21. Defense counsel re-noticed the deposition for April 20, 2004.

22. On April 19, 2004, counsel for the defendants received the attached correspondence from plaintiff's counsel stating that she plans to take advantage of the last scheduling order. (Docket No. 91.)

23. To date, the plaintiff's depositions have comprised slightly over nine hours, leaving almost eleven hours of deposition time available to the defendants.

Wherefore, although counsel for the defendants was proceeding under an agreement with plaintiff's counsel that the deposition would continue, it is now necessary to request an extension of time from the court to continue the plaintiff's deposition.

Counsel for all parties have been contacted. Plaintiff's attorney, Erin O'Neil-Baker does not consent to the requested extension. J. William Gagne, attorney for Robert Lindberk individually and in his official capacity, consents to this requested extension because he is awaiting the conclusion of our deposition of the plaintiff to begin his deposition of the plaintiff.

This is the fifth request for extension of time filed by the undersigned with respect to these deadlines.

>THE DEFENDANTS
>EAST HARTFORD HOUSING AUTHORITY,
>ANDRE DUMAS, ROBERT COUNIHAN, TERRY
>MADIGAN AND JEFFREY ARN
>
>By: _____
>Kevin A. Coles
>Coles, Baldwin & Craft, LLC
>1261 Post Road
>Fairfield, CT 06824
>(203) 319-0800
>Federal Bar No. 04350

## CERTIFICATION

I hereby certify that a copy of the foregoing has been forwarded this date to the following counsel of record:

| | |
|---|---|
| Erin I. O'Neil-Baker, Esq. | J. William Gagne, Esq. |
| James S. Brewer, Esq. | J. William Gagne & Associates |
| 818 Farmington Avenue | 1260 Silas Deane Highway |
| West Hartford, CT 06119 | Wethersfield, CT 06109 |

Kevin A. Coles

# BREWER & O'NEIL, LLC

ATTORNEYS AT LAW
818 Farmington Avenue
West Hartford, CT 06119
(860) 523-4055
Facsimile (860) 233-4215

JAMES S. BREWER
jbrewer@brewerandoneil.com

ERIN I. O'NEIL
eoneil@brewerandoneil.com

<u>VIA FACSIMILE ONLY</u>

April 19, 2004

Kevin Coles
Coles, Baldwin & Craft, LLC
1261 Post Road
P.O. Box 577
Fairfield, CT 06430

RE: Gagliardi v. East Hartford Housing Authority, et al.
NO.: 3:02CV478 (EBB)

Dear Kevin:

Upon my review of the above case, I noticed that the deadline to depose the plaintiff was March 30, 2004. Further, the plaintiff has been deposed for three days. Therefore, the plaintiff will not appear for the deposition scheduled for tomorrow. Please confirm with my office that the deposition will not go forward by this afternoon to avoid the need to file a Motion for Protective Order.

Sincerely,

Erin I. O'Neil

EON/sl