UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARMELO GAGLIARDI,<br>PLAINTIFF<br>vs.<br><br>THE EAST HARTFORD HOUSING<br>AUTHORITY, and in their individual<br>official capacities ANDRE DUMAS, JOHN<br>ROGHN, ROBERT COUNIHAN and<br>ROBERT LINDBERK,<br>DEFENDANTS. | CIVIL ACTION NO.<br>3:02CV478 (EBB)<br><br><br><br><br><br><br>APRIL 19, 2004 |

### MOTION FOR PROTECTIVE ORDER

The plaintiff, Carmelo Gagliardi, moves for a protective order pursuant to the Federal Rules of Civil Procedure 26(c) against the continued deposition of the plaintiff beyond the March 30, 2004 deadline previously extended from April 30, 2003. The Housing Authority defendants: Dumas, Arns, Madigan, Counihan and the East Hartford Housing Authority, filed a motion to extend the time to complete the deposition of the plaintiff in the above-mentioned matter. The court granted this motion dated March 4, 2004.

The plaintiff now files this Motion for a Protective Order to protect the plaintiff from submitting to further depositions beyond the discovery period. Furthermore, the plaintiff has been deposed on three prior occasions, as is more detailed in the attached memorandum and affidavit. The plaintiff respectfully requests that the court grant the plaintiff's motion for

1