UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARMELO GAGLIARDI, <br> Plaintiff | : CASE NO. <br> : 3:02CV-478 (EBB) |
| V. | : |
| EAST HARTFORD HOUSING <br> AUTHORITY ET AL., <br> Defendants | : <br> : JULY 2, 2004 |

FILED
'50 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

REQUEST FOR EXTENSION OF TIME
TO DEPOSE PLAINTIFF CARMELO GAGLIARDI

The undersigned counsel for Defendant, Robert Lindberk, respectfully requests that the Court grant an extension of time to July 22, 2004 to conduct its deposition of the Plaintiff, Carmelo Gagliardi. The undersigned has been unable to reach Erin O'Neill, counsel for Plaintiff, for her position on this request. Attorney Kevin Coles, counsel for Defendants East Hartford Housing Authority, Andre Dumas, Robert Counihan, Terry Madigan and Jeffrey Arn, has no objection to this request. This is the first request for an extension filed by the undersigned counsel.

RESPECTFULLY SUBMITTED,
DEFENDANT,
ROBERT LINDBERK,

By: _____
J. William Gagne, Jr., Law Office of
J. William Gagne, Jr. & Associates, P.C.
1260 Silas Deane Highway
Wethersfield, CT 06109
(860) 522-5049
Federal Bar No. ct02126
e-mail: jwgagne@snet.net

## CERTIFICATION

I hereby certify that on this day, a copy of the foregoing was mailed by U.S. Mail, first class, postage prepaid to the following:

Erin O'Neil, Esquire
818 Farmington Avenue
West Hartford, CT 06119
(860) 523-4055

Kevin Coles, Esquire
Coles, Baldwin & Craft, LLC
1261 Post Road
P.O. Box 577
Fairfield, CT 06430
(203) 319-0800

_____
J. William Gagne, Jr.