UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CARMELO GAGLIARDI, | : | CIVIL ACTION NO. |
| PLAINTIFF | : | 3:02CV478(EBB) |
| v. | | |
| EAST HARTFORD HOUSING AUTHORITY, and in their individual and official capacities, ANDRE DUMAS, JOHN ROGHN, ROBERT COUNIHAN and ROBERT LINDBERK, | | |
| DEFENDANTS | : | JULY 14, 2004 |

**PLAINTIFF'S OBJECTION TO DEFENDANT'S
MOTION FOR EXTENSION OF TIME TO DEPOSE THE PLAINTIFF**

The plaintiff brought this action against his employer, the East Hartford Housing Authority and the Union Defendants. The discovery period of this litigation began in September, 2002. The Housing Authority defendants, deposed the plaintiff for twenty (20) hours, the final day of deposition was on May 6, 2004. During the five days that the plaintiff was deposed, the depositions took place at Attorney William Gagne's office. On the first day that the plaintiff was deposed, Attorney Gagne deposed the plaintiff. Further, Attorney Gagne had numerous opportunities to depose the plaintiff during the five days that the plaintiff was being deposed but did not attend the depositions although the depositions took place at his office.

The discovery deadline was extended for the Housing Authority's defendants, but the Union defendants did not file an extension of time to extend discovery. The discovery deadline expired months ago, the Union defendants' Motion for extension has been filed months after the end of discovery.

        BY:
           Erin I. O'Neil
           818 Farmington Avenue
           West Hartford, CT 06119
           Federal Bar #ct 23073
           Tel.: (860)523-4055
           Fax: (860) 233-4215

## **CERTIFICATION**

This is to certify that the foregoing has been sent, postage pre-paid, on July 14, 2004 to all counsel and pro se parties of record:

Attorney Kevin Coles
Coles, Baldwin & Craft, LLC
1261 Post Road, P.O. Box 577
Fairfield, CT 06430

J. William Gagne
J. William Gagne & Associates
1260 Silas Deane Highway
Wethersfield, CT 06109

Clerk
US District Court
141 Church Street
New Haven, CT 06510

           _____
           Erin O'Neil