UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CARMELO GAGLIARDI,** | : | CASE NO. |
| Plaintiff | : | 3:02-CV-478 (EBB) |
| | : | |
| V. | : | |
| | : | |
| **EAST HARTFORD HOUSING** | : | |
| **AUTHORITY ET AL.,** | : | |
| Defendants | : | JULY 21, 2004 |

MODIFIED REQUEST FOR EXTENSION OF TIME
TO DEPOSE PLAINTIFF CARMELO GAGLIARDI

On July 2, 2004, the undersigned counsel for Defendant, Robert Lindberk, filed his first request for an extension of time up to and including July 22, 2004, to conduct the deposition of the Plaintiff, Carmelo Gagliardi.  A Deposition was scheduled for July 19, 2004.  On July 16, 2004 my office received a phone call from Attorney O'Neil's office stating that Attorney O'Neil would not be available to attend the deposition but would be available on July 22nd.  A deposition was then scheduled for July 22nd.  On July 19, 2004, my office received Attorney O'Neil's objection to my extension request.  Attorney O'Neil's position is quite surprising as it was discussed and Attorney O'Neil agreed to let Counsel for the Defendant Housing Authority depose the Plaintiff, Carmelo Gagliardi first and would allow Counsel for the Union to depose her client after the Housing Authority has completed its depositions of the Plaintiff.  The Defendant Housing Authority deposed the Plaintiff on several days thereby running the discovery period. There was no need for Counsel for the Union to attend those depositions because the depositions would only consist of questions regarding the Housing Authority.  Counsel for the Defendant Union needs to depose the Plaintiff with respect to Union involvement.

Counsel for the Union requests a thirty-day extension of time beyond the Court's ruling on this issue to depose the Plaintiff.

                                            RESPECTFULLY SUBMITTED,
                                            DEFENDANT,
                                            ROBERT LINDBERK

                                            By: _____
                                            J. William Gagne, Jr., Law Office of
                                            J. William Gagne, Jr. & Associates, P.C.
                                            1260 Silas Deane Highway
                                            Wethersfield, CT  06109
                                            (860) 522-5049
                                            Federal Bar No. ct02126
                                            e-mail:  jwgagne@snet.net

## CERTIFICATION

I hereby certify that on this day, a copy of the foregoing was mailed by U.S. Mail, first class, postage prepaid to the following:

Erin O'Neil, Esquire
818 Farmington Avenue
West Hartford, CT 06119

Kevin Coles, Esquire
Coles, Baldwin & Craft, LLC
1261 Post Road
P.O. Box 577
Fairfield, CT 06430

_____
J. William Gagne, Jr.

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.