UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARMELO GAGLIARDI,<br>Plaintiff | CASE NO.<br>3:02-CV-478 (EBB) |
| V. | |
| EAST HARTFORD HOUSING<br>AUTHORITY ET AL.,<br>Defendants | JULY 21, 2004 |

### MODIFIED REQUEST FOR EXTENSION OF TIME TO DEPOSE PLAINTIFF CARMELO GAGLIARDI

On July 2, 2004, the undersigned counsel for Defendant, Robert Lindberk, filed his first request for an extension of time up to and including July 22, 2004, to conduct the deposition of the Plaintiff, Carmelo Gagliardi. A Deposition was scheduled for July 19, 2004. On July 16, 2004 my office received a phone call from Attorney O'Neil's office stating that Attorney O'Neil would not be available to attend the deposition but would be available on July 22nd. A deposition was then scheduled for July 22nd. On July 19, 2004, my office received Attorney O'Neil's objection to my extension request. Attorney O'Neil's position is quite surprising as it was discussed and Attorney O'Neil agreed to let Counsel for the Defendant Housing Authority depose the Plaintiff, Carmelo Gagliardi first and would allow Counsel for the Union to depose her client after the Housing Authority has completed its depositions of the Plaintiff. The Defendant Housing Authority deposed the Plaintiff on several days thereby running the discovery period. There was no need for Counsel for the Union to attend those depositions because the depositions would only consist of questions regarding the Housing Authority. Counsel for the Defendant Union needs to depose the Plaintiff with respect to Union involvement.