UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CARMELO GAGLIARDI, | : | CIVIL ACTION NO. |
| PLAINTIFF | : | 3:02CV478(EBB) |
| | : | |
| v. | : | |
| | : | |
| EAST HARTFORD HOUSING | : | |
| AUTHORITY, and in their individual | : | |
| and official capacities, ANDRE DUMAS, | : | |
| JOHN ROGHN, ROBERT COUNIHAN | : | |
| and ROBERT LINDBERK, | : | |
| DEFENDANTS | : | AUGUST 12, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigning respectfully moves to withdraw her appearance on behalf of the plaintiff, in the above-captioned matter due to severing her employment relationship with Brewer & O'Neil. LLC.  The plaintiff continues to be represented by James S. Brewer of Brewer & O'Neil, LLC.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

PLAINTIFF, CARMELO GAGLIARDI,

BY:
Alyssa S. Vigue
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06119
Federal Bar #ct 25178
Tel.: (860)523-4055
Fax: (860) 233-4215
avigue@brewerandoneil.com

## **CERTIFICATION**

This is to certify that the foregoing has been sent, postage pre-paid, on August 12, 2004, to all counsel and pro se parties of record:

Attorney Kevin Coles
Coles, Baldwin & Craft, LLC
1261 Post Road, P.O. Box 577
Fairfield, CT 06430


J. William Gagne
J. William Gagne & Associates
1260 Silas Deane Highway
Wethersfield, CT  06109

Clerk of the District Court
New Haven District Court
141 Church Street
New Haven, CT 06510

_____

Alyssa S. Vigue