UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CARMELO GAGLIARDI,** | : | CASE NO. |
|       **Plaintiff** | : | 3:02-CV-478 (EBB) |
| | : | |
| **V.** | : | |
| | : | |
| **EAST HARTFORD HOUSING** | : | |
| **AUTHORITY ET AL.,** | : | |
|       **Defendants** | : | OCTOBER 4, 2004 |

REQUEST FOR EXTENSION OF TIME
TO FILE DISPOSITIVE MOTIONS

     The Defendant, Robert Lindberk, respectfully requests that the Court grant an extension of time up to and including December 1, 2004, to file dispositive motions. Attorney Erin O'Neill does object to this request. Attorney Kevin Coles does not object to this request. This is the first request for dispositive motion deadline extension.

                                      RESPECTFULLY SUBMITTED,
                                      **DEFENDANT,**
                                      **ROBERT LINDBERK**

By: _____
     J. William Gagne, Jr.
     J. William Gagne, Jr. & Assoc., P.C.
     1260 Silas Deane Highway
     Wethersfield, CT  06109
     (860) 522-5049
     Federal Bar No. ct02126
     e-mail:  jwgagne@snet.net

## **CERTIFICATION**

  I hereby certify that on this day, a copy of the foregoing was mailed by U.S. Mail, first class, postage prepaid to the following:

Erin O'Neil, Esquire
Brewer & O'Neil
818 Farmington Avenue
West Hartford, CT 06119
(860) 523-4055

Kevin Coles, Esquire
Coles, Baldwin & Craft, LLC
1261 Post Road
P.O. Box 577
Fairfield, CT 06430
(203) 319-0800


_____
J. William Gagne, Jr.

Clerk, U.S. District Court
141 Church Street
New Haven, CT 06510