UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

CARMELO GAGLIARDI,　　　　　　　　　　:　　CIVIL ACTION NO.
　　　　　PLAINTIFF　　　　　　　　　　　:　　3:02CV478(EBB)

v.

EAST HARTFORD HOUSING
AUTHORITY, and in their individual
and official capacities, ANDRE DUMAS,
JOHN ROGHN, ROBERT COUNIHAN
and ROBERT LINDBERK,
　　　　　DEFENDANTS　　　　　　　　　:　　October 4, 2004

## OBJECTION TO UNION DEFENDANTS' MOTION
## FOR EXTENSION OF TIME TO FILE DISPOTIVIE MOTIONS

Pursuant to Rules 26(b)(2) and 30(d)(2) of the Federal Rules of Civil Procedure the plaintiff object to the Union defendants' Motion for Extension of Time to file a dispositive Motion. The plaintiff objects to the defendants' motion on the ground the deadline for filing dispositive motions was November 14, 2003. The Union defendants had an opportunity to file a dispositive motion on November 14, 2003, which they did although it was entitled as a Motion to Dismiss, which the court ruled upon on January 8, 2004. The East Hartford Housing Authority defendants filed their Motion for Summary Judgment on December 3, 2004.

The Union defendants did not file an extension of time to file a dispositive motion until the current motion filed October 4, 2004. The Union defendants should not be allowed to have a second opportunity to file a dispositive motion when they failed to file the proper motion when dispositive motions were due and did not file an extension of time to file such motion until eleven months after the deadline to file dispositive motions. Further the Union defendants request that the court allow them to file a dispositive motion thirteen (13) months after the


dispositive motion was due.

                                        PLAINTIFF,

                                BY_____

                                Erin I. O'Neil
                                Brewer & O'Neil, LLC
                                818 Farmington Avenue
                                West Hartford, CT  06119
                                (860) 523-4055
                                Fed. ct# 23073