UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CARMELO GAGLIARDI,** | : | CASE NO. |
| Plaintiff | : | 3:02-CV-478 (EBB) |
| | : | |
| V. | : | |
| | : | |
| **EAST HARTFORD HOUSING** | : | |
| **AUTHORITY ET AL.,** | : | |
| Defendants | : | NOVEMBER 18, 2004 |

## DEFENDANT ROBERT LINDBERK'S MOTION FOR PERMISSION TO FILE MOTION FOR SUMMARY JUDGMENT

Defendant, Robert Lindberk, respectfully requests that he be allowed to file a Motion for Summary Judgment.

On November 14, 2003, Defendant East Hartford Housing Authority filed a motion for extension of time regarding scheduling order which was granted changing the deadline for filing dispositive motions to December 1, 2003 and the deadline for filing the joint trial memorandum to February 27, 2004.  Defendant, Robert Lindberk, filed his motion to dismiss on November 14, 2003, which was granted in part as to his individual capacity and denied as to his official capacity.

On April 21, 2004, Defendant East Hartford Housing Authority filed a Motion for Extension of Time Regarding Scheduling Order requesting that the time for deposing the Plaintiff be extended until June 30, 2004.  All counsel agreed that Counsel for Defendant, Robert Lindberk, would be allowed to depose Plaintiff when Defendant East Hartford Housing Authority completed his deposition of the Plaintiff.

Counsel for Defendant, Robert Lindberk, scheduled his deposition of the Plaintiff on July 19, 2004.  On July 16, 2004, Counsel received a telephone call from Attorney Erin O'Neill's office stating that she would not be able to attend the deposition, but would

be available on July 22, 2004. The deposition was then scheduled for July 22, 2004. On July 19, 2004, Defendant, Robert Lindberk's counsel received Attorney O'Neill's objection to extension request which was surprising as all Counsel had agreed to allow Counsel for Defendant Robert Lindberk depose the Plaintiff when Counsel for East Hartford Housing Authority had finalized his depositon of the Plaintiff.

The Counsel for Defendant Robert Lindberk did hold his deposition of the Plaintiff on August 16, 2004, and it was completed on August 26, 2004. The transcript of the deposition was received on October 18, 2004.

The Defendant Housing Authority deposed the Plaintiff on several days thereby running the discovery period, therefore, Defendant, Robert Lindberk, respectfully requests that he be allowed to file a motion for summary judgment.

RESPECTFULLY SUBMITTED,
DEFENDANT, ROBERT LINDBERK

By: _____
J. William Gagne, Jr., Law Office of
J. William Gagne, Jr. & Associates, P.C.
970 Farmington Avenue, Suite 207
West Hartford, CT 06107
Telephone: (860) 522-5049
Federal Bar No. ct02126
e-mail: jwgagne@snet.net

## CERTIFICATION

I hereby certify that on this day, a copy of the foregoing was mailed by U.S. Mail, first class, postage prepaid to the following:

Erin O'Neil, Esquire
818 Farmington Avenue
West Hartford, CT 06119

Kevin Coles, Esquire
Coles, Baldwin & Craft, LLC
1261 Post Road
P.O. Box 577
Fairfield, CT 06430

_____
J. William Gagne, Jr.