UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

CARMELO GAGLIARDI,                          :       CASE NO. 2004 NOV 19 P 1: 01
                        Plaintiff            :       3:02-CV-478 (EBB)
                                             :       U.S. DISTRICT COURT
           V.                                :       NEW HAVEN, CT
                                             :
EAST HARTFORD HOUSING                        :
AUTHORITY ET AL.,                            :
                        Defendants           :       NOVEMBER 18, 2004

## DEFENDANT ROBERT LINDBERK'S MOTION FOR PERMISSION TO FILE MOTION FOR SUMMARY JUDGMENT

Defendant, Robert Lindberk, respectfully requests that he be allowed to file a

Motion for Summary Judgment.

On November 14, 2003, Defendant East Hartford Housing Authority filed a

motion for extension of time regarding scheduling order which was granted changing the

deadline for filing dispositive motions to December 1, 2003 and the deadline for filing

the joint trial memorandum to February 27, 2004.  Defendant, Robert Lindberk, filed his

motion to dismiss on November 14, 2003, which was granted in part as to his individual

capacity and denied as to his official capacity.

On April 21, 2004, Defendant East Hartford Housing Authority filed a Motion for

Extension of Time Regarding Scheduling Order requesting that the time for deposing the

Plaintiff be extended until June 30, 2004.  All counsel agreed that Counsel for Defendant,

Robert Lindberk, would be allowed to depose Plaintiff when Defendant East Hartford

Housing Authority completed his deposition of the Plaintiff.

Counsel for Defendant, Robert Lindberk, scheduled his deposition of the Plaintiff

on July 19, 2004.  On July 16, 2004, Counsel received a telephone call from Attorney

Erin O'Neill's office stating that she would not be able to attend the deposition, but would