UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CARMELO GAGLIARDI, | : | CIVIL ACTION NO. |
| PLAINTIFF | : | 3:02CV478(EBB) |

v.

EAST HARTFORD HOUSING
AUTHORITY, and in their individual
and official capacities, ANDRE DUMAS,
JOHN ROGHN, ROBERT COUNIHAN
and ROBERT LINDBERK,
             DEFENDANTS     :     November 23, 2004

## OBJECTION TO UNION DEFENDANTS' SECOND MOTION
## FOR EXTENSION OF TIME TO FILE DISPOTIVIE MOTIONS

     Pursuant to Rules 26(b)(2) and 30(d)(2) of the Federal Rules of Civil Procedure the plaintiff object to the Union defendants' Motion for Extension of Time to file a dispositive Motion. The plaintiff objects to the defendants' motion on the ground the deadline for filing dispositive motions was November 14, 2003. The Union defendants had an opportunity to file a dispositive motion on November 14, 2003, which they did although it was entitled as a Motion to Dismiss, which the court ruled upon on January 8, 2004. The East Hartford Housing Authority defendants filed their Motion for Summary Judgment on December 3, 2004.

     The Union defendants did not file an extension of time to file a dispositive motion until the current motion filed October 4, 2004. The Court granted the Union's first Motion but then vacated the court ruling. On November 19, 2004, the Union Defendants filed a Second Motion for Extension of Time to File Dispositive Motions raising the same issues as the First Motion. The plaintiff objected to such motion. The court however, granted the defendant's Motion November 22, 2004.

The Union defendants should not be allowed to have a second opportunity to file a dispositive motion when they failed to file the proper motion when dispositive motions were due and did not file an extension of time to file such motion until eleven months after the deadline to file dispositive motions.  Further the Union defendants request that the court allow them to file a dispositive motion thirteen (13) months after the dispositive motion was due.  Therefore, the plaintiff requests that the court again vacate its Order granting the Union Defendant's the ability to file a dispositive motion at this late date.

PLAINTIFF,

BY __/s/ Erin O'Neil____

Erin I. O'Neil
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT  06119
(860) 523-4055
Fed. ct# 23073

**CERTIFICATION**

This is to certify that the foregoing has been sent, postage pre-paid, on November 23,

2004 to all counsel and pro se parties of record:

Attorney Kevin Coles
Coles, Baldwin & Craft, LLC
1261 Post Road, P.O. Box 577
Fairfield, CT 06430


J. William Gagne
J. William Gagne & Associates
1260 Silas Deane Highway
Wethersfield, CT  06109

Clerk
US District Court
141 Church Street
New Haven, CT 06510

             _____/s/ Erin O'Neil____
               Erin O'Neil