UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CARMELO GAGLIARDI,** | **CASE NO. 3:02-** |
| Plaintiff | **CV-478 (EBB)** |
| **V.** | |
| **EAST HARTFORD HOUSING AUTHORITY ET AL.,** | |
| Defendants | **DECEMBER 28, 2004** |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56(a), the Defendant Robert Linberk, in his official capacity, and the American Federation of State, County and Municipal Employees, Local 1303-353 (should this Court determine that the Union is a party to the instant case)[1] hereby move this Court to enter summary judgment in their favor as to Counts Three and Seven of the Plaintiffs Amended Complaint dated March 14, 2003.

As more particularly set forth in the documents submitted in support of this motion, there is no genuine issue of material fact, and the Defendants are entitled to judgment as a matter of law for the following reasons:

1. As to Count Three: The Plaintiff has failed to allege, and cannot prove, that the Union acted in an arbitrary or discriminatory manner, or in bad faith.

---

[1] AFSCME, Council 4, Local 1303-353 was never served, nor is the Union listed in the caption of the case. However, the Plaintiff testified at his deposition on December 5, 2003 that the Union is a defendant in the instant case. *See* **Exhibit A, p.41-42.** Despite deposition testimony that the Union was listed as a defendant in the original complaint, and just omitted in the Amended Complaint, the Union was never listed in any case caption, nor served. *See* **Exhibits M, P and Q.**

2. As to Count Three: The Plaintiff s claim for breach of the duty of fair representation is time barred.

3. As to Count Three: The Union, AFSCME, Council 4, Local 1303-353 was never served and was not included in the case caption.

4. As to Count Eight: The Plaintiff s claim of intentional infliction of emotional distress must fail because the Defendant's conduct was not extreme and outrageous as a matter of law.

WHEREFORE, it is respectfully requested that this motion for summary judgment be granted.

DEFENDANTS, ROBERT EINBERK, AFSCME, COUNCIL 4, LOCAL 1303-353
/liiiamTjagne, Jr. Office of J. Willi & Associates, P.C. 970 Farmington

By _____
J
Law                am Gagne, Jr.

Avenue, Suite 207 West Hartford, CT 06107 Phone: (860)522-5049
Fax: (860)561-6204 Federal Bar No. ct02126

## CERTIFICATION

      I hereby certify that a copy of the foregoing was mailed by U.S. Mail, first class, postage prepaid on December 30, 2004 to the following:

James S. Brewer, Esquire Erin O'Neil, Esquire 818 Farmington Avenue West Hartford, CT 06119 (860) 523-4055

Kevin Coles, Esquire Coles, Baldwin & Craft, LLC 1261 Post Road P.O. Box 577 Fairfield, CT 06430 (203)319-0800

J. William Gagne, Jr.