UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CARMELO GAGLIARDI,** | CASE NO. 3:02- |
| Plaintiff | CV-478 (EBB) |
| V. | |
| **EAST HARTFORD HOUSING AUTHORITY ET AL.,** | |
| Defendants | DECEMBER 28, 2004 |

### AFFIDAVIT OF ROBERT LINBERK

The undersigned represents:

1. I make this statement based upon my own knowledge and information.

2. I believe in the obligation of an oath.

3. I am over 21 years of age.

4. I am a defendant in the above-entitled action.

5. I am Staff Representative for AFSCME, Council 4, Local 1303-353.

6. I provide labor services to AFSCME, Council 4, Local 1303-353.

7. I do not hold an official position with AFSCME, Council 4, Local 1303-353.

8. On June 6, 2000, I met with Carmelo Gagliardi, J. William Gagne, Jr. and William Kluytenaar at the State of Connecticut Board of Labor Relations before the start of a hearing on a complaint filed by the East Hartford Housing Authority regarding the continual filing of grievances on behalf of the Plaintiff due to his denial of promotion.

9. Settlement discussions ensued.

10. A settlement agreement was proposed.

11. Mr. Gagliardi was informed that he could accept the settlement agreement or proceed with the hearing that was scheduled for that day at 1:3Op.m.

12. Mr Gagliardi signed the settlement agreement of his own free act and will.

13. Attached is a true and accurate copy of such agreement.

14. Mr. Gagliardi was not coerced or pressured into signing the settlement agreement.

15. I do certify that the evidence submitted in support of this motion for summary judgment is true and accurate to the best of my knowledge.

Dated at West Hartford, Connecticut, this 2y   day of December, 2004.

                                                Robert Linberk

STATE OF CONNECTICUT    )
                        )   ss:   West Hartford
COUNTY OF HARTFORD      )

Personally appeared, Robert Linberk, known to me or satisfactorily proven to be the subscriber, who subscribed and swore to before me this •'. ^ day of December, 2004.

                                        -Notary Pubrrc-Commissioner of the
                                        Superior Court

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed by U.S. Mail, first class, postage prepaid on December 30, 2004 to the following:

James S. Brewer, Esquire Erin O'Neil, Esquire 818 Farmington Avenue West Hartford, CT 06119 (860) 523-4055

Kevin Coles, Esquire Coles, Baldwin & Craft, LLC 1261 Post Road P.O. Box 577 Fairfield, CT 06430 (203)319-0800

*J. William Gagne, Jr.*

SETTLEMENT AGREEMENT '

The parties enter into the following agreement to resolve MEPP-20,358 and 21,082:

- 1. The Union (Local 1303-353) will withdraw, with prejudice, any grievances filed by the Union or otherwise processed by the Union, involving the claim by Carmelo Gagliardi (a/k/a Carmen Gagliardi) that he should have been promoted to the Maintenance Mechanic classification on or after July 7, 1998 and through and including the present date;

- 2. The East Hartford Housing Authority (Employer) will withdraw with prejudice MEPP's 20,358 and 21,0821'

3. To date the employer has incurred approximately $7,500 in legal fees and costs. The employer will not seek to recover these fees unless the Union or Carmelo Gagliardi (a/k/a Carmen Gagliardi) violates the terms of this agreement or the July 7, 1998 MEPP 19,797 Settlement Agreement. Jf the employer has to file an MEPP and prevails in enforcing this agreement, it will be entitled to recover the $7,500 in legal fees plus any additional attorney's fees that the Board may award. ..

4 The July 7, 1998 MEPP 19,797 Settlement Agreement will remain in full force and effect and is incorporated herein by reference. The Union acknowledges the EHHA shall be entitled to future legal fees, costs and expenses incurred to enforce this agreement.

5. "in the case of any violations of this agreement, the EHHA shall be entitled to offer, and the Board shall be entitled to consider the violations that occurred in this action, i.e. grievances file by Carmelo Gagliardi (a/k/a Carmen Gagliardi) on October 9, 1998, June 10, 1999, July 26, 1999. and February 7, 2000, in assessing any damages including punitive damages.

6. This agreement shall be read into the record before the Board prior to the withdrawal of these actions, and the transcfipt°thereof shall be admissible in any MEPP formal for a violation of this agreement.

7. This agreement shall be reduced to word processed text and signed by all parties hereto within two weeks of present date. The Union shall be responsible to have this agreement so reduced to writing.

Signed this 6th day of June, 2000. FOR THE UNION

FOR THE EAST HARTFORD HOUSING

*Robert A. Linberk* (signature)
Robert A. Linberk, Staff Representative

*JoXn B. Roughan* (signature)
JoXn B. Roughan, Executive Director

*Carmelo Gagliardi* (signature)
Carmelo Gagliardi (a/k/a JZ^rnen Gagliardi), President Local 1303-353

*Carmelo Gagliardi* (signature)
Carmelo Gagliardi (a/k/a   fen Gagliardi), Individually