# EXHIBIT A

```
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
                                        x

CARMELO GAGLIARDI,

                    Plaintiff,            Case No. 3:02CV47!

            vs.

THE EAST HARTFORD HOUSING AUTHORITY
and in their individual capacities
ANDRE DUMAS, JOHN ROUGHN, ROBERT
COUNIHAN, JEFF ARNS, TERRY MADIGAN
AND ROBERT LINDBERK,

                    Defendants.
                                        x
```

      Deposition of CARMELO GAGLIARDI, taken pursuant to the Federal Rules of Civil Procedure, at the law offices of J. William Gagne & Associates, 1260 Silas Deane Highway, Wethersfield, Connecticut, before Jenny L. Albert, License #00207, a Registered Professional Reporter and Notary Public in and for the State of Connecticut, on Friday, December 5, 2003, at 11:42 a.m.

SCRIBES, INC.

A P P E A R A N C E S

BREWER & O'NEIL, LLC Attorneys for
the Plaintiff   . 818 Farmington
Avenue West Hartford, Connecticut
06119 •  :By:  ERIN I. O'NEIL, Esq.


COLES, BALDWIN & CRAFT, LLC
Attorneys for the Defendants The East Hartford Housing
Authority, Andre Dumas, John Roughn, Robert Counihan,
Jeff Arns and Terry Madigan 1261 Post Road
Fairfield, Connecticut  06430      .       .      • By:
     KEVIN COLES, Esq.


J. WILLIAM GAGNE & ASSOCIATES
Attorneys for the Defendant Robert Lindberk
1260 Silas Deane Highway
Wethersfield, Connecticut  06109
     By:   J. WILLIAM GAGNE, Esq.    .

SCRIBES, INC.

```
1                    .     A.   But I don't know, you kn
2                                about it.          .
3  •    Q. .• . Okay.              *          .
4                       . . A. . It's too far back.-    .
5                       Q.   Okay. And who interviewed
6                                position?
7                       A.   Mr. Giamalis and Dick
8  - •• v  Q.   And what position was it
9                    with the East Hartford Housing
10                      A.   Maintenance aide.
11                      Q.   Were you given a job descri
12                               time? . • • ; . .   :    .
13                      A.   Yes, I believe I
14      Q.   Was there anything in the job
15  that time that you hadn't done before?
16                      A.   Yeah.
17                      Q.   All right. What was
18                      A.   Working on boiler
19                      Q.   Anything else?
20      A.   There was probably a few oth
21  know.  I didn't, you know, I used t
22  mowers and stuff like that, and I
23  before . - . ' . ' ' •
24      Q.   Okay. Had you done any elec
25  your general experience before you
```

.                                               SCRIBES, I

18.

1                           there?
2                              A.   It wasn't my broth
3              .      Q,  • Okay.  Who was it,
4          \ <-. " A.   It had to be - - I beli
5 ".                        . Highrow.          • . •. .
6                    Q.   And what was his position
7            Hartford Housing Authority at th
8            . A.   He was like my brother, a
9                MR. COLES:  Go off the record
10                     (Discussion off the rec
11                 ,        MR. COLES:  Go back
12          Q.   Mr. Gagliardi, let me show y
13     document that is stamped 400604.  I
14                        that?                .
15                     . A .   Yes, I do.
16                          Q.   What is it?
17                    • ,A.   It's a job classifi
18                     Q.   For what position?
19              '-•.. A.   It says maintenar
20          Q.   Is that the position you held
21         joined the East Hartford Housin
22                 .    A.   Yes/ it was.    .
23  •    Q. .  Can you tell me whether or not that document
24                  is the job description that you had
25                  joined the East Hartford Housing Aut

            .              SCRIBES, INC.

1                        A.   I can't tell you
2                   Q-   Okay.  Can you tell me if i
.3       description that you had at the East
4        Authority any time from 1978 until n
5        '.••'-'   A.   Yes.  Sometime -- I'm
6        roughly -- I'm gonna say in the '8
7        document, but there's no date on it
8                   Q.   This is a copy of the same do
9        have a bunch for your counsel.  I'm
10       hold onto those and have your counse
11       as I go through them at the deposit
12       copies for Mr. Gagliardi as well.
13                 . Q.   What's your best recollecti
14                      first saw this document?
15                       A.   You know, I honestly ca
16                  Q.   Okay.  Can you read the firs
17       yourself?  It's entitled, "Nature of
18                       ask you a question.
19                       (Pause in the proceedi
20                       A.   Yeah.  Go ahead
21                  Q-   Does that paragraph entitle
22       Work," generally describe what you d
23        .  the East Hartford Housing.Auth
24                       - A .   At a journeyman'
25                  Q.   What do you mean, at a journ

                                         SCRIBES, INC.

```
 1                    A.   I mean required as a journeym
 2                         No.  I think I did ceramic tile
 3              journeyman.
 4                    Q.   Well, this paragraph
 5              Work," says in the first sentence,
 6              is manual work in performing a variet
 7              semi-skilled tasks which do not requ
 8              knowledge."  Is that a general descr
 9              did?
10                    A.   No.
11                    Q.   All right.  What would be
12              description of what you did when
13                         authority?
14              A.   I was -- when I joined the au
15              said, not too long after that, I
16              because there was nobody there th
17                    Q.   Okay.
18              A.   And they needed to do all t
19              King Court.
20              Q.   And are you telling me today
21              tile work that you did required
22              knowledge?
23              .A.   Yeah.  I'd say so.
24                    Q.   Okay.  What is a journeyma
25              A.   My re-election as a journeyma
```

SCRIBES, INC.

```
 1                              what you're doing.
 2                    Q.   Okay.  That's your defin
 3  ' journeyman?
 4  ..'   ' A.  Yeah. .   -       .-         .  ,. .
.'..
 5                    Q.   That you know what you're do
 6                 this document 400604, the third par
 7                 "Knowledgeability. and skill."   Ca
 8                 paragraph, please, and then I'll as
 9                         A.   What about this just
10         Q.   Two thirds of the way down
11    starts on the left-hand side saying,
12            and skill. "           .,
13                              A.   Oh.
14         "'-'- Q.   Can you read that para
15                        (Pause in the proceedi
16                         A.   Yeah.  Go ahead
17       :    Q.   Does that generally descri
18         you needed to have in order to do t
19         performed 'when you joined the East
20                    Authority?        ;
21         A.   Well, it says here journeyma
22                    required there, right?    •
23         Q.   Yeah.  I understand that.
24    required, but does this paragraph ge
25    what you were go doing when you join
```

SCRIBES, INC.

```
 1                    Hartford Housing Authority as a ma
 2              A.   No.  I knew what I had to do
 3                    mechanic's wages.      .     '
 4         '   Q.'   All right.  You got paid
 5            'A.   Yes.
 6                      Q.   And when was that?    . .
 7                         A.   When I started-
 8                             Q.   Okay.
 9          A.   -- doing the mechanic work.
10              Q.   What kind of mechanic work
11                       A.   The ceramic til
12            "    .Q.   And that's what yo
13         A.'   Yeah.  For a whole year, a y
14         Q.   And you got paid mechanic's
15       A.   Yes.  Any time I did a mechan
16                            for it.        .
17                      Q..   And when was that,
18         A.   I can't tell you the date.
19       authority would have all that th
20         Q.   Okay.  But this was a repla
21       bathrooms or refurbishment of the ba
22           Court that took place sometime
23         •   A.   Yes.  Maybe even earlier.
24       just -- I can't remember going back
25              took place not too long after
```

. ,                             SCRIBES, INC.   .

```
                              Yes .
 1        A.      Q.   Did you join the union when you started
 2           your
       employment at the East Hartford Housing Authority?
 4                                          A.   I had to.
 5                            Q.   So you've been a member of
 6                       you'joined the East Hartford Housing
 7                                          the present time?
 8                            A.   Yes.      • • • . . .
 9                            Q.   And what was Mr. Caffr
10                            A.   He was a business
11        Q.   All right.   And what did he
12                       agent insofar as you were
13        A.   You know, I can't honestly
14     wasn't really involved in anything l
15     even -- you know, I had other things
16                                     time into that.
17        Q.   Okay.   Let me show you what'
18                       bates stamped 400504.  Do you r
19                                          A.   Yes.
2.0                                         Q.   What is this?
21                       A.   It's a job classification fo
22           mechanic. .        . - - • ' . ' • ' •
23                            Q.   And when did you first see t
24        ,  A'.   Basically, I seen this,
25                       around Jimmy Jackson wanting to be
```

```
 1                    joined the East Hartford Housi
 2                              A.   No.
 3             '      MR. GAGNE:  Could we go
 4      . '      for a minute?       .
•5                   ."    MR. COLES:  Su
 6                    (Discussion off the re
 7           ,  . MR. GAGNE:  Can we go on
•8           '•".--          again?  It's
 9                    EXAMINATION BY MR. GAGNE
10         Q.   Carmelo, I'm confused by yo
11      maybe you or your attorney can cl
12    brought against Robert Lindberk indi
13      capacity, and then in the third cou
14      the defendant union, 1303, dash, 35
15        listed as defendants in the capti
16        lawsuit against Local 1303, dash,
17         A.   Yes.  I believe that's wha
18      attorney wrote it up.         ,
19      :    Q.   Well, I want to get it cl
20       is it just against Robert Lindberk
21                    MS. O'NEIL:   Both
22             • . . A.    It's both. '
23    --•''•      '     MR. GAGNE:  It's
24        .      dash, 353 is a defendant ev
25        .      not listed in the caption
```

•   .             SCR

```
 1                      .    :^       MS. O'NEIL:  On that -
 2                              MR. GAGNE:  I'm looking at t
 3,                      '     complaint.          ,  :
 4                     ; -        . ...MS. O'NEIL:  Yeah.
 5              have the union listed.  So that
 6                          ,       an error on that
 7                   ,  • •  MR. GAGNE:  So the union
 8                  • - .    MS. O'NEIL:  Yeah.  .
 9                                BY MR. GAGNE:
10         Q.   And Robert Lindberk is a def
11         I guess you were saying individu
12                               official capacity?
13                          A.  . (No audible resp
14                          Q.   Hmm?
15                          A.   Yes. . : • . • '
16                         MR. GAGNE:  Okay.  Want t
17         "another date?  ••   .  .
18                         .   MR. COLES:  Hmm
19          . '         MR. GAGNE:  Want to set
20                   ; - • or do you want to go
21              : -        -   MR. COLES:  We can
22              thought we were going unt
23                 .       (Discussion off the' rec
24             . deposition will be continued a
25                      •             (Jurat on page 4

                                        .    SCRIBES,
```