# EXHIBIT C

AFSCME LOCAL

STEP

# OFFICIAL GRIEVANCE FORM



MAMFOFFMPI OYFF

CLASSIFICATION   Maintenance Aide

WORK LOCATION          *     3-4          IMMEDIATE SUPERVISOR  F£ck Rago

TITLE

**STATEMENT OF GRIEVANCE:**

List applicable violation:    Carmen -513 "being discriminated against,  by being denied an opportunity ten advance  tee aa. Mechanic position.    While on Hay/ 22,   £9 69 ae. laborer was promoted to an aide position.

Adjustment required;          Pbr the E.Hartford Housing Authority to offer to Carmen Gagliasrdi ____ and all Aides,  t^e opportunity 'to;⁷ be -promoted- to. me'chanic positions.

I authorize the A.F.S.C.M.E. Local                    as my representative to act for me

tion of this grievance

Date  6/19/89                        Sigjiature of Ernoloye

Signature

Disposition of Grievance:

**THIS STATEMENT OF GRIEVANCE IS TO BE MADE OUT IN TRIPLICATE. ALL THREE ARE TO BE SIGNED BY THE EMPLOYEE AND/OR THE AFSCME REPRESENTATIVE HANDLING THE CASE.**

ORIGINAL TO.

COPY

COPY: LOCAL UNION GRIEVANCE FILE

**NOTE: ONE COPY OF THIS GRIEVANCE AND ITS DISPOSITION TO BE KEPT IN GRIEVANCE FILE OF LOCAL UNION.**

THE AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES          **F29**