# EXHIBIT F



GENERAUHAt **174G**

# CONTRACT

**EAST HARTFORD HOUSING AUTHORITY and**

**LOCAL 1303-353 OF COUNCIL 4
AFSCME, AFL-CIO**

**October 1,1995 through September 30,2000**

F.        Employees shall not be discharged or disciplined without just clause.

Section 13.1

The service record of an employee disciplined under the provisions of this Article shall be cleared after 1 year for warnings and 2 years on suspensions.

## ARTICLE XIV
## GRIEVANCE PROCEDURE

Section 14.0

Grievances arising out of matters covered by this Agreement and disputes and consultations of any questions arising out of the Employer-Employee relationship will be processed in the following manner at the request of either party. All grievances shall be submitted in writing and signed by the aggrieved party.

Step I - Between Union Representative, the aggrieved party and the Maintenance Superintendent. The Superintendent shall adjust the grievance at once or notify the Union Representative, in writing, of his decision within five (5) working days from the date the grievance was received by him. If the grievance is denied, the Superintendent written response shall include the reason for such denial.

Step II - If the grievance is not settled at Step I, within the required time, the Union representative may present said grievance to the Executive Director. Such appeal action from Step I of this procedure must take place within ten (10) working days of the date on which the Step I response was received by the Union Representative.

The Executive Director shall arrange a meeting within ten (10) working days from the date the grievance was submitted to him with all those concerned present to review the facts. He shall adjust the grievance at once or notify the Union Representative of his decision in writing within five *(5)* working days from the date of the meeting. If the grievance is denied, the Executive Director's written response shall include the reason for such denial.

Step III - If the grievance is not settled at Step II, within the required time, the Union may present said grievance to the Commissioners of the Housing Authority of the Town of East Hartford. Such appeal action from Step II of. this procedure must take place within the (10) working days from the date the Step II disposition was rendered. The Commissioners shall arrange a meeting within ten (10) working days from the date the grievance was submitted with all those concerned present to review the facts. The Commissioners shall adjust the grievance at once, or notify the Union Representative of their decision in writing within five (5) working days from the date of the meeting. If the grievance is denied, the Commissioners* written response shall include the reason for the denial.

Step IV - If the grievance is not settled at Step III, cither party may submit the dispute to arbitration by the Connecticut Board of Mediation and Arbitration. The moving party may request the services of a Board mediator prior to filing for arbitration. Should mediation fail to resolve the issue, said party may petition the Board to arbitrate the grievance.

Section 14.1

Officers and/or Stewards of the Union as shall be designated by the Union for purposes of adjusting grievances and/or contract negotiations shall be afforded a reasonable amount of time without loss of pay to conduct such business.

Section 14.2

The Union shall furnish the Employer with a list of its Officers, Executive Committee Members and Stewards, and shall as soon as possible notify the Employer in writing of any changes therein. Such notification shall be sent to the Executive Director. No Officer, Executive Committee Member or Steward shall be recognized by the Employer until such written notification of his appointment shall be received by the Employer from a duly authorized officer of the Union.

Section 14.3

In addition to those specified, the Union or the Employer may, at Steps II and III of the grievance procedure, have other representatives present during the presentation of grievances, provided cither party shall so advise the other a reasonable period in advance of such meeting. Employee grievances must be indicated no later than fifteen (15) working days following the incident giving rise to the alleged grievance.

## ARTICLE XV
## RETIREMENT BENEFITS

Section 15.0

All regular full-time permanent employees shall become a member of the Connecticut Municipal Employees Retirement Fund (MERF B) upon the date of hire with the Authority.

Section 15.1

The Employer and all member employees covered under this agreement, shall comply with all requirement of Connecticut Municipal Employees Retirement Fund (MERF B).

## ARTICLE XVI
## PRIOR PRACTICE

Section 16.0

Nothing in this Agreement shall be construed as abridging any rights, benefits or privilege that employees have enjoyed heretofore.

## ARTICLE XVII
## SAVINGS CLAUSE

Section 17.0

If any section, sentence, clause or phrase of this Agreement shall be held for any reason to be inoperative, void, or invalid, the validity of the remaining portion of this Agreement shall not be affected thereby, it being the intention of the parties in adopting this Agreement than no portion thereof, or provision herein, shall become inoperative or fail by reason of the invalidity of any other portion or provisions and the parties do hereby declare that it would have severally approved of and adopted the provisions contained herein, separately and apart from the other.

## ARTICLE XVIII
## DURATION

Section 18.0

This Agreement shall be effective as of October .1, 1995^ and shall remain in full force and effect through September 30, 2000 and thereafter shall continue in effect from year to year, except that it may be amended at any time by mutual agreement or upon the anniversary date of said Agreement by giving to the other party not less than one hundred twenty (120) days written notice of intention to propose amendments.

    IN WITNESS WHEREOF, the parties hereto hare set their hands this _j         day of Octtrtrer 1995.

FOR THE HOUSING AUTHORITY  
TOWN OF EAST HARTFORD

FOR LOCAL 1303-353 OF  
COUNCIL #4  
AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO

Signed: Arthur T. O'Brien,  
    Chairman

Signed: Robert H.'Kygiel, Sr.  
    President

Signed: John B. Rougnao,•  
^-^.    ExecuUvfe Director

**ff.**

Signed: Robert A. Linberk  
    Staff Representative  
    Connecticut Council #4  
    AFSCME, AFL-CIO

- 23 -