# EXHIBIT G

AFSCME LOCAL *(303 ' O.'S 3*

STEP _ . .

# OFFICIAL GRIEVANCE FORM

NAME OF EMPLOYEE Ajlld^L^kL    DEPARTMENT

CLASSIFICATION _

WORK LOCATION   |3"3    IMMEDIATE SUPERVISOR./^

TITLE . VK&

*4.3 of the contract - states that employee with highest seniority should have an opportunity and qualifies.*

**STATEMENT OF GRIEVANCE:**

List applicable violation-

Adjustment required        P£ brovKn\-tA    U)

I authorize the A.F.S.C.M.E. Local /yjQ3 "3^T3  as my representative to act for me in the disposition of this grievance

Date Signature of

Signature of Union Representative        c<        Ttite  Pre<j.i'^/

Date Presented to Management Representative     i ~    - °1 o

Signature    (J^T/

Disposition of Grievance:

^&j£<lte\

THIS STATEMENT OF GRIEVANCE IS TO BE MADE OUT IN TRIPLICATE. ALL THREE ARE TO BE SIGNED BY THE EMPLOYEE AND/OR THE AFSCME REPRESENTATIVE HANDLING THE CASE.

ORIGINAL TO.

COPY

COPY: LOCAL UNION GRIEVANCE FILE         •      /     .      -

**NOTE: ONE COPY OF THIS GRIEVANCE AND ITS DISPOSITION TO BE KEPT IN GRIEVANCE FILE OF LOCAL UNION.**

**THE AMERICAN FEDERATION OF STATE. COUNTY AND MUNICIPAL EMPLOYEES**   **F29**