# EXHIBIT I

PROCESS ANY Gi&l^Lft^^C
THE SAME ISSUE
OF THE GRIEVANCE
REFERRED TO ABOVE

7/7/98
DATE

[signature] 7/7/98        Joseph A. Sousa 7/7/98
EAST HARTFORD             LOCAL 1303-353 OF
HOUSING AUTHORITY         COUNCIL 4 AFSCME
                          AFL-CIO