# EXHIBIT L

SETTLEMENT AGREEMENT '

The parties enter into the following agreement to resolve MEPP-20,358 and 21,082:

T. The Union (Local 1303-353) will withdraw, with prejudice, any grievances filed by the Union or otherwise processed by the Union, involving the claim by Carmelo Gagliardi (a/k/a Carmen Gagliardi) that he should have been promoted to the Maintenance Mechanic classification on or after July 7, 1998 and through and including the present date;

• 2. The East Hartford Housing Authority (Employer) will withdraw with prejudice MEPP's 20,358 and 21,0321'

3. To date the employer has incurred approximately $7,500 in legal fees and costs. The employer will not seek to recover these fees unless the Union or Carmelo Gagliardi (a/k/a Carmen Gagliardi) violates the terms of this agreement or the July 7, 1998 MEPP 19,797 Settlement Agreement. If the employer has to file an MEPP and prevails in enforcing this agreement, it will be entitled to recover the $7,500 in legal fees plus any additional attorney's fees that the Board may award.

4. The July 7, 1998 MEPP 19,797 Settlement Agreement will remain in full force and effect and is incorporated herein by reference. The Union acknowledges the EHHA shall be entitled to future legal fees, costs and expenses incurred to enforce this agreement.

5. "in the case of any violations of this agreement, the EHHA shall be entitled to offer, and the Board shall be entitled to consider the violations that occurred in this action, i.e. grievances file by Carmelo Gagliardi (a/k/a Carmen Gagliardi) on October 9, 1998, June 10, 1999, July 26,1999. and February 7, 2000, in assessing any damages including punitive damages.

6. This agreement shall be read into the record before the Board prior to the withdrawal of these actions, and the transcriptlhereof shall be admissible in any MEPP formal for a violation of this agreement

7. This agreement shall be reduced to word processed text and signed by all parties hereto within two weeks of present date. The Union shall be responsible to have this agreement so reduced to writing.

Signed this 6th day of June, 2000. FORTHEUNION

FOR THE EAST HARTFORD HOUSING

JoXn B. Roughan, Executive Director

Carmelo Gagliardi (a/k/a Carmen Gagliardi), President
Local 1303-353

Carmelo Gagliardi (a/k/a Carmen Gagliardi), Individually

Robert A. Linberk, Staff Representative