# EXHIBIT N

NAME OF EMPLOYEE J ;<^/i.,.y               DEPARTMENT

CLASSIFICATION      f\L>h  •

WORK LOCATION    H.R 3        IMMEDIATE SUPERVISOR )/>! i i

TITLE __

STATEMENT OF GRIEVANCE:

Inapplicable violation: • "J ^ <'
(f.-?u")vy^r'   ^    6-L-V|                OH
    <>' I' tr\  T7->,
                          - I7)oLt/              :f^u -

                         K^VHI/fttAC,
                                          U^              Too

Adjustment required:   •TO   J7<L   V n ^ A   -for -flu  k    U              L/.r
    '.VV'y^'/nUM         0 <-. c\-

I authorize the A.F.S.C.M.E.   Local           as my representative to act for me in the disposition of this grievance

Dale   / ~ /?   ~ff_____Signature

of P                                                 Tit[s

Signature of Union Representative

Date Presented to Management Representative

Signature _                                          Title

Disposition of Grievance:

THIS STATEMENT OF GRIEVANCE IS TO BE MADE OUT IN TRIPLICATE. ALL THREE ARE TO BE SIGNED BY THE EMPLOYEE AND/OR THE AFSCME REPRESENTATIVE HANDLING THE CASE.

ORIGINAL TO_____.._____. .. … … … …._.-._…;:…._'_____
COPY_    __.._„.  •…_…:…   ;  …   …………  ……  ..___..____.._„.-.-_.
COPY. LOCAL UNION-JiRiEVANCE FILE                    .         ;

NOTE: ONE COPY OF THIS GRIEVANCE AND ITS DISPOSITION TO BE KEPT IN GRIEVANCE
      FILE OF LOCAL UNION.

                  60. :C [id &IM£r.6S   - , U'.' '• JP-M. E           "9
             fHE AMuRICAN CA,N'•'. L<t rt,\r:, '..; F £T AT F.-... ^... •' •'-. i y

# UKlli VANCE FORM

NAME OF EMPLOYEE _Carma_

CLASSIFICATION _Circle_

WORK LOCATION

TITLE

DEPARTMENT, _VY\6 u< ~F_

.IMMEDIATE SUPERVISOR. _____ kf?

**STATEMENT OF GRIEVANCE:**    />.   ^ d <OM "]p^ v

List applicable violation: (/^A-(_P

^  ./t/

_need tux_

Adjustment required: _t O ' \ ) f   /-/i r!_    k.v 7 f   TO.   *}   <i.luu<
^||

as my representative to act for me in the disposi-

I authorize the A.F.S.C.M.E. Local tion of this grievance

Dale _/— /<?— ^^_    Signature of Employee    Title.

Signature of Union Representative Qc

Date Presented to Management Representative . ... ~32>r\  |^\

Signature    Title.

Disposition of Grievance:

---

THIS STATEMENT OF GRIEVANCE IS TO BE MADE OUT IN TRIPLICATE. ALL THREE ARE TO BE SIGNED BY THE EMPLOYEE AND/OR THE AFSCME REPRESENTATIVE HANDLING THE CASE.

ORIGINAL TO____..._____—....-.. ....... ... ..-._.___ .... . _____-—

COPY__. _.._:_;.:'.:._-.:_.... . . .  .................. „.___.__..._____.___.__...-_

COPY. LOCAL UNIQ.'-J -JiRIEVANCE FILE    - •' .- :    . . ' • ' " • .' - '
"

NOTE: ONE COPY OF THIS GRIEVANCE AND ITS DISPOSITION TO BE KEPT IN GRIEVANCE
., FILE OF LOCAL UNION.    ; \ :    •

# OFFICIAL GRIEVANCE FORM

r   i n  \ -                                    '102537

NAMEQFEMPLOYFF J_£-W.-i U> °\ V^- ^ '           DEPARTMENT

CLASSIFICATION     C^

WORK LOCATION __ HR 3 3/t _____ IMMEDIATE SUPERVISOR TITLE

Cl

**STATEMENT OF GRIEVANCE:**

|  | List applicable violation: , S^f |
| --- | --- |
| ol j'yj i rl, j  /^U^Qu    " V^ r.- | Tlo H . .^ ."?> -   #-   ^ |
|  | / |

Adjustment required:

I authorize the A.F.S.C.M.E. Local _, 3 <) 5 " ^ 3 as my representative to act for me in the disposition of

```
                         Carmelo Gaghwh
Joseph a Bouse          Title  President,
       Jan 19th 1999
—————————  1/25/99     Title  Supervisor
   GRIEVANCE Denied
```

this grievance

Date   / -/ 9 " & ?_____ Signature of Employee

Signature of Union Representative

Date Presented tojylanagemerTl^e^/esentative

Signature

Disposition of Grievance:

**THIS STATEMENT OF GRIEVANCE IS TO BE** MADE **OUT IN TRIPLICATE. ALL THREE ARE TO BE SIGNED BY THE EMPLOYEE AND/OR THE** AFSCME **REPRESENTATIVE HANDLING THE CASE.**

ORIGINAL TO

COPY

COPY: LOCAL UNIO.N GRIEVANCE FILE              . .           '

NOTE: ONE COPY OF THIS GRIEVANCE AND ITS DISPOSITION TO BE KEPT IN GRIEVANCE FILE OF

LOCAL UNION.

THE AMERICAN ... EMPLOYEES

F29

**DEFENDANT'S EXHIBIT**

# OFFICIAL GRIEVANCE FORM
## 402604

NAME OF EMPLOYE E___   • DEPARTMENT
CLASSIFICATION
WORK LOCATION   .3.'^   .IMMEDIATE SUPERVISOR.
TITLE

**STATEMENT OF GRIEVANCE:**

List applicable violation: ftijP   P'H/i          />,.(' J>d m4 "jfor

Adjustment required:   \>t p/:/           TO.

1 authorize the A.F.S.C.M.E. Local
tion of this grievance

___— 7<?~<?<?_____ Signature of Emplnyas

Signature of Union Representative

Date Presented to Manag^ment/Re^resentative

Signature   S//^^.

Disposition of Grievance:          tfcfa , l^f 1 , 7/7/V* /

THIS STATEMENT OF GRIEVANCE IS TO BE MADE OUT IN TRIPLICATE. ALL THREE ARE TO BE SIGNED BY THE EMPLOYEE AND/OR THE AFSCME REPRESENTATIVE HANDLING THE CASE.

ORIGINAL TO_____ —-....-....-._..._..__.__.. .. ..._____:_
COPY ___._..._..__   ..._...._.... .. ...   ............ ........   ._._..__.__ _____-.-__
COPY: LOCAL UNION GRIEVANCE FILE   .••

NOTE: ONE COPY OF THIS GRIEVANCE AND ITS DISPOSITION TO BE KEPT IN GRIEVANCE
.   FILE OF LOCAL UNION.   .
THE -\   I. r:X!PLOYHES   F29

**DEFENDANT'S EXHIBIT**

Joseph a Sousa           Title President
Jan 19th 1999

# OFFICIAL GRIEVANCE FORM

NAME OF EMPLOYEE: Carmelo Gugliemi

CLASSIFICATION: Aide

WORK LOCATION: 3A

H R 3.'

TITLE: &d[> /> f>./ O

402603

DEPARTMENT

IMMEDIATE SUPERVISOR: Mike Seamon

**STATEMENT OF GRIEVANCE:**

3-99 a mechanic was called to go out Sanding – Violation of the contract 5.3 - B – I was not called out when available.

need pay

Adjustment required: To be paid double time for the hours that were worked – make whole

I authorize the A.F.S.C.M.E. Local 1303-353 as my representative to act for me in the disposition of this grievance

/s/ Carmelo Gugliemi

List applicable violation: ./"

Date _____ Signature of Employee. Signature

Management Representative _____ Jan 19th 1999

/s/ Mike Seamon  1/25/99  Title: Supervisor

Disposition of Grievance: CARMEN WAS ON VACATION AND RETURNED ON 1/4/9
GRIEVANCE DENIED

Union Representative Sfo°^ <"• AT^-A^ Date Presented t
Signature

8    0    ^
SIGNED BY THE EMPLOYEE AND/OR THE AFSCME REPRESENTATIVE HANDLING THE CASE

ORIGINAL TO _____
COPY

OUT IN TRIPLICATE. ALL THREE ARE TO BE

COPY: LOCAL UNION GRIEVANCE FILE

NOTE: ONE COPY OF THIS GRIEVANCE AND ITS DISPOSITION TO BE KEPT IN GRIEVANCE FILE OF LOCAL UNION.

THE AMERICAN '•• OErtAF!,--. ,;FST^TF. .J;';^: v.-,-,D.VU'I'OPAi. =V.P<sub>L</sub>OYEES   F29

DEFENDANT'S EXHIBIT

402547

NAME OF EMPLOYEE

CLASSIFICATION       A    ,        v   J

WORK LOCATION   M R   3   ^-^           IMMFniATFRIIPFRVIR^R J/4____L£ ___ ?f "  1 • ' r !

TITLE   VV\G v^4~ •   ^ <   ʌ  .

STATEMENT OF GRIEVANCE:   ,   '    .                                                       ... '.
List applicable vie
lati^ry ,/,,   i; o L'f ico.U   4/   .^."frriiL  ^ ? - .<3 t f\   J   T^,

| ) lx j *t  6t "' | I^irfc,  C^U'f ^U^ a  suf.Q  OM <L  ~'lu  .SYrtX^  /v^^c ' |
|---|---|
| KVf- '    -1   ," OU  A U A | _ l  _ 0 ,-> f (  P }    j '         i       f)\  i ' i |
| r?M   V~lf  .4!. '  hI_>  TA.M | i¹ i/ ^ utt.c ,/-( h ^ il  ^ 'i/vt ^>/y"  c>k //.uft'"^*. <j-ᵘ lob  - ^ |

Adjustment ro_{n,,;}roH-            tv-(jW
     yf    l./U;t
              A?

**I authorize the A.F.S.C.M.E. Local ,/ 'tion of this   as my representative to act for me in the disposi-
grievance**
Date                        Signature of FrnpInyas /   6?/~~/*~*e/0  /    _Gagliardi_
Signature of Union Representative ..'^C^bftW ,O~-                       Title
                                   U     i
Date Presented to Management Representative
Signature _ _____ _                                                Title.

Disposition of Grievance:

THIS STATEMENT OF GRIEVANCE IS TO BE MADE OUT IN TRIPLICATE. ALL THREE ARE TO BE
SIGNED BY THE EMPLOYEE AND/OR THE AFSCME REPRESENTATIVE HANDLING THE CASE.

ORIGINAL TO_____..... ....... ....-....__.-..__..__... _____
COPY_ . .____.. . __„ _ ....... ... ..................... .-_•;_____....-—
COPY: LOCAL UNIOfJ GRIEVANCE FILE

NOTE: ONE COPY OF THIS GRIEVANCE AND ITS DISPOSITION TO BE KEPT IN GRIEVANCE
      FILE OF LOCAL UNION.                                .

         THE AMERICAN      AT SO'. .;F STAFF. ..T LT, ; Y A',0 ^'!!''i                 F29