# EXHIBIT O

# MEMORANDUM

J-i:    Andre Dumas, Manager of Buildings Grounds, and Facilities ?*0m;   Carmen Gagliardi, President Local 1303-3 *Cc:*    John B. Roughan, Executive Director *$ate:*   February 9, 2000



Request for answering service faxes

I requested via a memorandum dated August 30, 1999 a copy of ALL faxes from the Answering Service on a daily bases.  I then requested via a memorandum dated January 30, 2000 for all faxes pertaining to specific dates.

I'm now requesting ALL faxes from the Answering Service for the following:
    February 5, 2000
    February 6, 2000
    February 7, 2000
    February 8, 2000 The definition for <u>ALL</u> in part states: the whole, full amount, entirely.

Thank you in advance for your cooperation.



DEFENDANT'S EXHIBIT 10 8/26/04

# Memorandum

| | |
|---|---|
| To: | Carmen Gagliardi, Union President, Local 1303-353 |
| From: | Andre Dumas, Manager Grounds and Facilities |
| cc: | John B. Roughan, Executive Director |
| Date: | Wednesday, February 09, 2000 |
| Subject: | Request for Answering Service faxes dated February 9, 2000 |

Your request for faxes states that you want "all" faxes for February 5, 2000 through February 8, 2000. You point out you have requested through a memorandum dated August 30, 1999, that "all" faxes be provided you and at a later request that "all faxes" be provided in a letter dated January 30, 2000.

Please refer to my August 31, 1999 memo response which points out the settlement agreement signed on January 20, 1999 between Mr. Roughan and the then Union President, Joseph Sousa. This settlement is once again attached for your review.

Because of this settlement, I am only authorized to provide you copies of faxes when "a question relative to overtime equalization relative to a specific occurrence, then the Union President shall contact the Maintenance Supervisor, and if necessary a copy of the pertinent facsimile will be provided to the Union President"....

Recently, I have provided you with copies of faxes on your calls and copies of green overtime sheets per several requests from you. I did this to help you sort out the numerous calls you have taken the past couple of week ends. I have also informed you verbally and in writing, (February 4, 2000 memo) that "these requests are an imposition on my time and that you should request a specific date and call location." Your latest request ignores my memorandum in total.

As I read the settlement, I see that I have not met the letter of intent and have erred in not strictly following this contractual guidance. This memo and response will correct my errors. From now on, I will only provide the facsimile that relates to a "specific occurrence" related to overtime equalization. It is your responsibility to provide me the date, the person affected, the occurrence and any other information when requesting this. Any future request must be in writing.

Since your February 9, 2000 memo does not relate to a "specific occurrence" of a concern about overtime equalization then no "pertinent" facsimile can be provided. I am denying your request based on the above facts.

02092000d.doc

• SETTLEMENT AGREEMENT

This agreement is made this ... HOUSING AUTHORITY ... 4-AFL-CIO (hereinafter ...) ... State Board of Mediation and Labor Relations, and relative to the issue of over 19,788 ... before ... State Board of ... equalization, the parties hereby agree to resolve those matters as follows:

1. When the monthly review or Supervisor, the Union President shall be ... to section 8 14 of the collective bargaining agreement ...

2. During each month, in the event that ... to overtime equalization relative to a specific ... has a question relative the Maintenance Supervisor, and if not ... -tact the Union President, in an effort to address ... provided to ...

3. The Union shall withdraw both ... members concerns, forthwith. ... mb-9899-M-8 and MPP19788

EAST HARTFORD HOUSING AUTHORITY

By, _____
John B. Roughan, Executive Director

LOCAL 1303-353 AFSCME COUNCIL 4 AFL-CIO

By. _____
Joseph Sousa, Union President



**Connecticut Department ... of ...nor**

| | |
|---|---|
| Board of Mediation and Arbitration | Catherine J. Serino, Director |
| Chair      June 15, 1999 | |
| Robin E. Miller | |
| Deputy Chair | |
| Gerald T. Weiner, Esq. | |
| Management | |
| David A. Ryan    Mr. John Roughan, Exec. Dir. | |
| Edward H. Simpson    Housing Auth. Of East Hartford | |
| Labor    546 Burnside Ave.    V | |
| Michael J. Ferrucci, Jr.   East Hartford, CT 06108 | |
| Raymond D. Shea | |

```
D  Fe§0»α-
   JUN 16 1999
Ifl
   AFSCME CT COUNCIL 4
```

       Mr. Neal Cunningham, Service Rep.
       AFSCME, Co. 4
       444 East Main St.
       New Britain; CT 06051

     **Re:**    East Hartford Housing Auth./Co. 4/L. 1303-353
           Case No. 9899-M-137-Carmelo Gagliardi-Overtime Equalization
               (011999CG-1) Case No. 9899-M-138--Carmelo Gagliardi-
           Improperly Compensated
               (30199CG-1) Case No. 9899-M-139—Carmelo Gagliardi-
           Improperly Compensated
               (3199CG-2) Case No. 9899-M-140~Carmelo Gagliardi-
           Denied OT/Discrimination
               (011999CG-2 Case No. 9899-M-141--Carmelo Gagliardi-
           Denied OT/Discrmination
               (011999CG-3) '' Case No. 9899-M-142—Carmelo Gagliardi-
           Improperly Compensated
               (011999CG-4)

The Board received the Union's request for mediation assistance on the aforementioned grievances.

**Mr. Thomas F. Sweeney** has been assigned to the case. **Mr. Sweeney** can be reached at <u>860-887-3331,</u> or his office at <u>566-4394.</u>

Thank you for your cooperation.

                                                           Very truly yours,

                                                           ^QJ^C

                                                           Catherine J. Senno
                                                           Director

     cc:     State Mediator, Thomas F. Sweeney



DEFENDANT'S EXHIBIT 11 8-26-04



**State of Connecticut**

*working for a better future.*

| | |
|---|---|
| Board of Mediation and Arbitration | Catherine J. Serino, Director |

Chair: June 15, 1999
Robin E. Miller

Deputy **Chair**
Gerald T. Weiner, Esq.

Management
David A. Ryan  Mr. John Roughan, Exec. Dir.
Edward H. Simpson  Housing Auth. Of East Hartford
Labor  546 Burnside Ave.
Michael J. Ferrucci, Jr.  East Hartford, CT 06108
Raymond D. Shea

Mr. Neal Cunningham, Service Rep.
AFSCME, Co. 4
444 East Main St.
New Britain, CT 06051

**Re:** East Hartford Housing Auth./Co. 4/L. 1303-353
Case No. 9899-M-143~Carmelo Gagliardi-Denied OT/Discrimination
(011999CG-5) Case No. 9899-M-144-Carmelo Gagliardi-
Denied OT/Discrimination
(011999CG-7)
Case No. 9899-M-145-Carmelo Gagliardi-Denied OT/Discrimination
(011999CG-8)
Case No. 9899-M-146— Carmelo Gagliardi-Improper Leave Accrual
(011999CG-9)
Case No. 9899-M-147--Carmelo Gagliardi-Improperly Compensated
(030899CG-3)
Case No. 9899-M-148— Carmelo Gagliardi-Improperly Compensated
(030899CG-2)

The Board received the Union's request for mediation assistance on the afore mentioned grievances.

Mr. Thomas F. Sweeney has been assigned to the case. Mr. Sweeney can be reached at 860-887-3331 or his office at 566-4394.

Thank you for your cooperation.

Very truly yours,

Catherine J. Serino
Director

cc: State Mediator, Thomas F. Sweeney

DEFENDANT'S EXHIBIT



**Connecticut Department of Labor**

*W»tUit£ with yottjbr m ttttttrfiituFC.*

| | | |
|---|---|---|
| Board of Mediation and Arbitration | | Catherine J. Serino, Director |
| Chair | June 15, 1999 | |
| Robin E. Miller | | |
| Deputy Chair | | |
| Gerald T. Weiner, Esq. | | |
| Management | | |
| David A. Ryan | Mr. John Roughan, Exec. Dir. | |
| Edward H. Simpson | Housing Auth. Of East Hartford | |
| Labor | 546 Burnside Ave. | |
| Michael J. Ferrucci. Jr. | East Hartford, CT 061 08 | |
| Raymond D. Shea | | |

Mr. Neal Cunningham, Service Rep.
AFSCME, Co. 4
444 East Main St.
New Britain, CT 06051

    **Re:**    East Hartford Housing Auth./Co. 4/L. 1303-353
            Case No. 9899-M-149--CarmeIo Gagliardi-Improperly Compensated
                 (012599CG-3) Case No. 9899-M-150--BI1I Hebert-Improperly Compensated
                 (11299BH) Case No. 9899-M-151--CIass Action-Preventing Conduct of
                 Union Business,    (31099-Union) Case No. 9899-M-152--Brian Ayotte—Improperly Compensated
                 (030999BA-1)

The Board received the Union's request for mediation assistance on the afore-mentioned grievances.

Mr. Thomas F. Sweeney has been assigned to the case. Mr. Sweeney can be reached at 860-887-3331, or his office at 566-4394.

Thank you for your cooperation.

                 Very truly yours,

                 Catherine J. Serino
                   Director

        State Mediator, Thomas F. Sweeney

An Equal Opportunity/Affinnativc Action 'Employer
. x-aox



DEFENDANT'S EXHIBIT 11-15 8-26-04

EXECUTIVE BOARD

President
Lois O'Ctinnn:
Local 4 7R
Stale ufCT-SCSU

Secretary
Clarke King
Local 17 Hi
Sty of Hartford

Vice-President
Robert Duranl, ]r. Local 15(15
Slate of CT-Corrections
Cyntiiia l^an
Local 749
Stale of CT - Judicial

Maurecn E. Gailagher
Milford Mental Health Center
Gary Gourlev
Local 1522
Cily of Bridgeport
Thomas Leiloux
Local 2830
Town of Newinglon

William Moriarty Local
City of Wiilerbury

Nancy Newton
Local 3145
American Red Crosi

Joseph C. Kusso
Local 4GB
City of Miiidletown

Sebastian Stevens
Local 184
Metropolitan
His! Comm

Shirlnv WiHiamsor: Local 714
Slate (if CT Snci-i! Sr!'vn.!'>

Executive Directoi
Mii:harl IMMl'lll i.i.

June 10, 1999

Ms. Catherine J. Serino,
Director
Board of Mediation and Arbitration
38 Wolcott Hill Road
Wethersfield, CT 06109

Re: East Hartford Housing Authority
And
Local 1303-353 of Council 4
AFSCME. AFL-CIO

Request for Mediation

Dear Ms. Serino:

In accordance with the collective bargaining agreement between the parties, the Union requests mediation of the following grievances:

| | | |
|---|---|---|
| Carmelo Gagliardi | Overtime Equalization | 011999CG-1 |
| Carmelo Gagliardi | Improperly Compensated | 30199CG-1 |
| Carmelo Gagliardi | Improperly Compensated | 3199CG-2 |
| Carmelo Gagliardi | Denied OT/Discrimination | 011999CG-2 |
| Carmelo Gagliardi | Denied OT/Discrimination | 011999CG-3 |
| Carmelo Gagliardi | Improperly Compensated | 011999CG-4 |
| Carmelo Gagliardi | Denied OT/Discrimination | 011999CG-5 |
| Carmelo Gagliardi | Denied OT/Discrimination | 011999CG-7 |
| Carmelo Gagliardi | Denied OT/Discrimination | 011999CG-8 |
| Carmelo Gagliardi | Improper Leave Accrual | 011999CG-9 |
| Carmelo Gagliardi | Improperly Compensated | 030899CG-3 |
| Carmelo Gagliardi | Improperly Compensated | 030899CG-2 |
| Carmelo Gagliardi | Improperly Compensated | 012599CG-3 |
| Bill Hebert | Improperly Compensated | 11299BH |
| Class Action | Preventing Conduct of Union Business | 31099-Union |
| Brian Ayotte | Improperly Compensated | 030999BA-1 |

Thank you in advance for your cooperation.

Sincerely,

Neal Cunningham
Service Representative

NC/bw

EXHIBIT 1

Cc: John Rouujian, Rxecutive Director

AFSCMI- Cnnni.vlii-ul Council 4, AFL-CIO
444 !-ast Main Stn-ot a Now Britain, CT 06051 « 860-224-4000 H 203-776-1674 NI;\v i IAVHN « ,SdO-224-3t)41 FAX
o-niail: w(.'bnistcr"Hhi-no\v-afscme,ct4.org B wvvw.tlii'-no\v-afsctiux:t4.ori

NAME OF EMPLOYEE J^

CLASSIFICATION

WORK LOCATION    MR   .0^x4-           IMMFniATF.qilPFRVISOR   VMvlx.^    ^fi M-^ /

TITLE   Ywa uU    r*-^(ju

STATEMENT OF C
List applicable violc   5RIEVANCE:'
J75U   Vvo.   frj   ^finn-   ()\A   ]-7 b.   ,O.S^{TH}   AT   M ;<?o PiM   AM^\ ,.<:up-tr'j .v^

an.M A f r o u'   ^/   .ST r)   4   ,-r. w   <^.f ^ :.   ^ 'jL. *.

Adjustment require   pttL-d',   -s/<;ir T///   nA:t.k \nJs \\n^f>, 1   l.wu ,r $ T   /. H= VA)  D2..

\\dl.f    fi.4 ' .S^y/f-fr/   U-t   -^"//.^   <^)^"hyj-c / .   ^^ ^2,^

141 £ r i //J ^')

1 authorize the A.F.S.C.M.E. *Lor.al /JtfJ "Jj^J* as my rpprespntative to act for mo in th« disnosi-

**tion of this grievance** Date

7  -^f- " *ty.*?*

Signature of Fmplr.ypp   (

Title

J^XL, r/

Disposition of Grievance:

THIS STATEMENT OF GRIEVANCE IS TO BE MADE OUT IN TRIPLICATE. ALL THREE ARE TO BE SIGNED BY THE EMPLOYEE AND/OR THE AFSCME REPRESENTATIVE HANDLING THE CASE.

ORIGINAL TO_____

COPY _____

COPY. LOCAL UNION GRIEVANCE FILt .

NOTE: ONE COPY OF THIS GRIEVANCE AND ITS DISPOSITION TO BE KEPT IN GRIEVANCE
         FILE OF LOCAL UNION.

THE AMLR 1C AN '·'. OEHA \\C. '. .;f f,r A f F. •..';':.,:< : v .-,'JL/ f-.'U ^"jP-M. EMPLOYEES            F29

Signature of Union Representative


**DEFENDANT'S EXHIBIT**

Date Presented to Management Representative

Signature _____

O

'1?

**DEFENDANT'S EXHIBIT**
11-E
8/26/04

-O

Ms.

TAAJfk..

•i

ol  o
D   C5

CARMELO GAGLIARDI
CARMELO GAGLIARDI

-J

/$kAVuJ->6/l    06--Z.
v f

u

i\

AFSCME inrAI

STEP /



# OFFICIAL GRIEVANCE FORM

NAME OF EMPLOYEE _AA_                    DEPARTMENT

CLASSIFICATION

WORK LOCATION                    IMMEDIATE SUPERVISOR

TITLE _____

**STATEMENT OF GRIEVANCE:**

ist applicable violation:.        } X  ^Lf.ritfv\          Ou.

                                                                                           to
                     _Jan_                                                             Q

Adjustment required: JT IQCu^i¹   \r> ^A   vflfliQ. fl^T- ttu_              u-..
                  o

---

I authorize the A.F.S.C.M.E. Local _L: lion
of this grievance

Date /".

                                        as my representative to act for me in the disposi-
                Signature of Employee.
                                                                Title. _Taylor_ S

ignature of Union Representative _____ Date Presented to Management    Title.

Representative Signature _____

Disposition of Grievance:

**DEFENDANT'S EXHIBIT**
11-F
8-26-04

**THIS STATEMENT OF GRIEVANCE IS TO BE MADE OUT IN TRIPLICATE. ALL
THREE ARE TO BE SIGNED BY THE EMPLOYEE AND/OR THE AFSCME REPRESENTATIVE
HANDLING THE CASE.**

ORIGINAL TO _____
COPY

COPY: LOCAL UNION GRIEVANCE FILE                    - " > - •         '

**NOTE: ONE COPY OF THIS GRIEVANCE AND ITS DISPOSITION TO BE KEPT IN GRIEVANCE FILE
    OF LOCAL UNION.**

F29

# OFFICIAL GRIEVANCE FORM

NAME OF EMPLOYEE     Tf.h^ t              DEPARTMENT

CLASSIFICATION    VWa ^1 •

WORK LOCATION TITLE              .IMMEDIATE SUPERVISOR.

**STATEMENT OF GRIEVANCE:**

List applicable violation: \AolcatoVv.  3- I .  j                '11 fr
                                       ^

f-                              7S-A I -

Adjustment required:  .I o  pC.   WkAt   ( A )

**I authorize the A.F.S.C.M.E. Local /3Q.V3.S3_ as my representative to act for me in the disposition of this grievance**

Date  /_>                        ure of Epiployee
Signature of Union Representativ                Title
                                                Date Presented to Management Representative
Signature                                       Title.

Disposition of Grievance:

**THIS STATEMENT OF GRIEVANCE IS TO BE MADE OUT IN TRIPLICATE. ALL THREE ARE TO BE SJGNED BY THE EMPLOYEE AND/OR THE AFSCME REPRESENTATIVE HANDLING THE CASE.**

ORIGINAL TO_____...... ..... ...;... .  _._.____       _____

COPY _____.___.     _„__;..:.  .  ...  ....          _    _____ _   __

COPY: LOCAL UNION GRIEVANCE FILE    ' • " ' '^ '• •'• . .

NOTE: ONE **COPY** OF THIS GRIEVANCE AND ITS DISPOSITION TO  BE KEPT IN GRIEVANCE FILE OF LOCAL UNION.

THE AMERICAN ''. OF^A fii?-.  jff,T A T F.  ..V:_:.:       ANDMUNICIPAL EMPLOYEES         F29

DEFENDANT 'S

STEP 1

# OFFICIAL GRIEVANCE FORM

NAME OF EMPLOYEE-GRIEVANCE  OF UNION  1303-353          DEPARTMENT'  MAINTENANCE

. CLASSIFICATION        MAINTENANCE  .• _____-

WORK LOCATION   HIGHLANDS_____IMMEDIATE SUPERVISOR ᴹᴵᴷᴱ SEAMON_____

TITLE     MAINTENANCE_____  ___                     ____

STATEMENT OF GRIEVANCE:

List applicable violation:   HOUSING AUTHORITY IN   VIOLATION OF CONTRACT INCLUDING
BUT NOT LIMITED TO .ARTICLE I SECTION I ARTICLE XVI SECTION 16.0 THE SUPERVIS
MIKE SEAMON IS NOT ALLOWING THE UNION PRESIDENT TO CONDUCT UNION BUSINESS AS IT
HAS IN THE PAST.

Adjustment required: (CEASE AND DESIST) ALLOW THE UNION TO CONDUCT ITS BUSINE;
LIKE IT HAS FOR THE PAST 20 YEARS. (MAKE WHOLE)

I authorize the A.F.S.C.M.E. Local 1303-353       as my representative to act (or me in the disposition of this grievance

Date V^WcJrv Ag^N^^I       Signature of Employee_____

Signature of Union Representative _____._____ Title   PRESIDENT

Date Presented to Management Representative „     ____;_____

Signature _____;_____'._____ Title

**DEFENDANT'S EXHIBIT**
11-H
18-26-04

Disposition of Grievance:_____-_.•  r⋅•'•   "  -

THIS STATEMENT OF GRIEVANCE IS TO BE MADE OUT IN TRIPLICATE. ALL
THREE ARE TO BE SIGNED BY THE EMPLOYEE AND/OR THE AFSCME REPRESENTATIVE HANDLING THE CASE.

ORIGINAL TO_____.

COPY _____   _____

COPY: LOCAL UNION GRIEVANCE FILE     .'         '   _  .   •  "              :

NOTE: ONE COPY OF THIS GRIEVANCE AND ITS DISPOSITION TO BE KEPT IN GRIEVANCE FILE OF LOCAL UNION.

THE AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES

STEP

# OFFICIAL GRIEVANCE FORIV

NAME OF EMPLOYEE   BRIAN AYOTTE   '_____ v __   HFPARTMFNT   MAINTENANCE

CLASSIFICATION   MAINTENANCE AIDE _____

-V WORK LOCATION   ELMS VILLAGE         IMMEDIATE SUPERVISOR   MIKE SEAMQN .

TITLE ^^MAINTENANCE AIDE _____

STATEMENT OF GRIEVANCE:

List applicant violation-   HOUSINrG AUTHORITY IN VIOLATION OF CONTRACT INCLUDING BUT NOT LIMITED TO ARTICLE IX SECTION 9.3. GRIEVANT WAS CALLED IN FOR A NO HEAT CALL ON FEB 28th 1999 AT 126 COLUMBUS CIR.EXT. GRIEVANT COMPLETED THE THE NO HEAT CALL AND REQUESTED MECHANICS RATE OF PAY BUT WAS DENIED.

Adjustment required:   PAY GRIEVANT THE DIFFERENCE IN PAY (MAKE WHOLE

Date o~/  //_____  Signature of

Signature of Union Representative

I authorize the A.F.S.C.M.E. Local   1303-353   as my representative to act (or me in the disposi lion of this grievance

/~~/(

Date Presented to Management Representative

Title   PRESIDENT

_____

Signature _____ Title

Disposition of Grievance: _____ :., i' _____ :

**DEFENDANT'S EXHIBIT**

**1 I**

THIS STATEMENT OF GRIEVANCE IS TO BE MADE OUT IN TRIPLICATE. ALL THREE ARE TO BE SIGNED BY THE EMPLOYEE AND/OR THE AFSCME REPRESENTATIVE HANDLING THE CASE

ORIGINALTO _____

COPY ___._____.._____

COPY: LOCAL UNION GRIEVANCE FILE   ..'. .       '••'-.'      V ."V '

NOTE: ONE COPY OF THIS GRIEVANCE AND ITS DISPOSITION TO BE KEPT IN GRIEVANCE FILE OF LOCAL UNION.