NAME OF EMPLOYEE Z

CLASSIFICATION WORK

DEPARTMENT.

LOCATION TITLE__                    /£-

.IMMEDIATE SUPERVISOR *3%*

STATEMENT OF GRIEVANCE:

List applicable violation:

Adjustment required:

**I authorize the A.F.S.C.M.E. Local** *,/3#-3*                    **as my representative to act for me in the disposi-tion of this grievance**

Signature of Employee.

Date.

Signature of Union Representative _____;_____

ure of Fmnir.pp (. /Sr&m&r    Title
Title
.

Date Presented to Management Representative

Disposition of Grievance: _____

THIS STATEMENT OF GRIEVANCE IS TO BE MADE OUT IN TRIPLICATE. ALL THREE ARE TO BE SIGNED BY THE EMPLOYEE AND/OR THE AFSCME REPRESENTATIVE HANDLING THE CASE.

ORIGINAL TO_____..... .. ... ...._. ._.…._._.._.._...._..._____

COPY __.              .            _ . „ . . . . .    ...    ........... ........... . ._____ - _____—-__

COPY: LOCAL UNION GRIEVANCE FILE              '        :    .  ,            '.•'.    '            .-:

NOTE: ONE COPY OF THIS GRIEVANCE AND ITS DISPOSITION TO BE KEPT IN GRIEVANCE
        FILE OF LOCAL UNION.                                    -

THE AMERICAN '•'. DEHA r:.".'. .;F ST ATF. •..';:,:, : r V/G            EMPLOYEES              F29

DEFENDANT'S
*h*    EXHIBIT


# OFFICIAL GRIEVANCE FORM

NAME OF EMPLOYFF I    *C/rmt??*        *t i t r r /*        DEPARTMENT

CLASSIFICATION        *tf*

WORK LOCATION        ^ *JtJ Yt*        IMMmiATP SUPERVISOR

TITLE _

**STATEMENT OF GRIEVANCE:**

List applicable violation: _____

Adjustment required:    ^    ^ /tA/7~"   7~"   Ai5      #/</  /$-/

---

**I authorize the A.F.S.C.M.E. Local   /J^ "^I/   as my representative to act for me in the disposition of this grievance**

Date   -J^."/ "99_____Signature of Employee— *Carmela Gagliardi*

^.                                                          _____ Title _____

Signature of Union Representative _____

Date Presented to Management Representative _____ Signature

_____ Title.

Disposition of Grievance:        •_____

**THIS STATEMENT OF GRIEVANCE IS TO BE MADE OUT IN TRIPLICATE. ALL THREE ARE TO BE SIGNED BY THE EMPLOYEE AND/OR THE AFSCME REPRESENTATIVE HANDLING THE CASE.**

ORIGINAL TO_____.._____..... - ... .....-....-...._.-.._..__„.. J_____——

COPY          ..        _._. .      ..•'....'."•• ......._._.. ....... ._ __.._ _ _____-...-——

COPY: LOCAL UNION-J^-IEVANCE FILE

NOTE: ONE COPY OF THIS GRIEVANCE AND ITS DISPOSITION TO BE KEPT IN GRIEVANCE
       FILE OF LOCAL UNION.                                    .



*'jj&AFSCME.*
*>•' hi th\* putrtte t\*rvtc&*

# OFFICIAL GRIEVANCE FORM

NAME OF EMPLOYEE^

CLASSIFICATION WORK

LOCATION TITLE__

DEPARTMENT

IMMEDIATE SUPERVISOR

*/j*

**STATEMENT OF GRIEVANCE:**

List applicable violation-

Adjustment required:                    */\*#./, t?*

**I authorize the A.F.S.C.M.E. Local lion of this grievance**          ₐₛ **my representative to act for me in the disposi-**

o3te    '∧"/ "        ∧

Signature of Employae

Signature of Union Representative _____ Date

Presented to Management Representative Signature

Title _

_____

Disposition of Grievance:

THIS STATEMENT OF GRIEVANCE IS TO BE MADE OUT IN TRIPLICATE. ALL THREE ARE TO BE SIGNED BY THE EMPLOYEE AND/OR THE AFSCME REPRESENTATIVE HANDLING THE CASE.

ORIGINAL T0__ ___ „_ _ . ___ _..... .- ...- ..'...,.....__ ..-.-.. _ ....-... _ _____ : _

COPY

COPY: LOCAL UNION GRIEVANCE RLE  :  •    "        .                    ,   .

NOTE: ONE COPY OF THIS GRIEVANCE AND ITS DISPOSITION TO BE KEPT IN GRIEVANCE
        FILE OF LOCAL UNION.                                    :

THE AMCRICAN '•'. DEHA fii" •'.   jf f.T A T F. -Ji'LN .' V -ViD f.'O '.'" : i?AL  rl.VPLOYEES

F29

**DEFENDANT'S
EXHIBIT**

1  - U

v-r JL Ji¹

# LfKiii VANCE FORM

NAME OF EMPLCVgC J   *fr-VW4* Lo    /1-ftft. U^ Q- '               DEPARTMENT.

CLASSIFICATION     *C\ \*

WORK LOCATION      I'M K ^ 3/t_____IMMEDIATE SUPERVISOR J££I^L ^ A U^O U
TITLE     (Ak>LL                    .

**STATEMENT OF GRIEVANCE^**

List applicable violation:  -S -K; T10 V* .   ^ '•• ,3 -   # ~   ^L

..b^ d nn'^^j ¡
                    D

Adjustment required:

I authorize **the A.F.S.C.M.E. Local _ *lc>0* ,) .".O V.) as my representative to act for me in the disposition of this grievance**

Dale  */ ~/9 " f J*_____ Signature of Employe
Signature of Union Representative  �'--^xjLf^>^- <^~-_ ^x^*-*-^-_____. Title

Date Presented to Management Representative __

Signature _____ Title. Disposition of

Grievance: _____

THIS STATEMENT OF GRIEVANCE IS TO BE MADE OUT IN TRIPLICATE. ALL THREE ARE TO BE SIGNED BY THE EMPLOYEE AND/OR THE AFSCME REPRESENTATIVE HANDLING THE CASE.

ORiGINAL TO_____._____..,.  . ..'. ... ..... ..: . ._ . _ . _ _ _ .._. . J_____——

COPY _   .    __._..    ._„._.'„.''-..   ...  •.:................... „__._.„_____.__....-——

COPY LOCAL UNIOf-J"-;,ⁱilE'/ANCE FILE •              -  .. :       . ;

NOTE: ONE COPY OF THIS GRIEVANCE AND ITS DISPOSITION        TO  BE KEPT IN GRIEVANCE
        FILE OF LOCAL UNION.   "••'   -  ..     ,          -  .. .


DEFENDANT'S
EXHIBIT
11-m
8-26-04

# ur*i(JlAL GRIEVANCE FORM

NAMEOFEMMYEE                                          DEPARTMENT

CLASSIFICATION .

WORK LOCATION .- /M.R                   .IMMEDIATE SUPERVISOR^
TITLE

**STATEMENT OF GRIEVANCE:**

List applicable violation: "D/A/*          LVt £ T? ()                              ¡¡
                             ;t/u

a ; iftr P/M -' -Lo u.*. l ⸝⸝⸝                              /⸝
t
                        '                                              V

Adjustment required: [^          _ID          i \d        r              \D\   M        ILL
                                  6 fe

_____

                                          **as my representative to act for me in the disposi-**

**I authorize (he A.F.S.C.M.E. Local        Signature of Employ-as
tion of this grievance**

Signature of Union Representative    - --^.>. k.                    Title.

Date Presented to Management Representative

Signature _____                    Title.

Disposition of Grievance:

_____

THIS STATEMENT OF GRIEVANCE IS TO BE MADE OUT IN TRIPLICATE. ALL THREE ARE TO BE
SIGNED BY THE EMPLOYEE AND/OR THE AFSCME REPRESENTATIVE HANDLING THE CASE.

ORIGINAL TO____._____...... - ..  .- ...  - . _....__....„ - _____  ─────

COPY_____:.._._.__..    . _ _ . .„ . . . . . -  .  ...  ............. ^.. .."  „ _ _ _ . . - _____ ──-...─────

COPY: LOCAL UNIO.'-J-;.'il EVANCE FILE          -              ;          -  ....

NOTE: ONE COPY OF THIS GRIEVANCE AND ITS'DISPOSITION TO BE KEPT IN GRIEVANCE
:  .      FILE OF LOCAL UNION.      .          .       .;  ,  :  - .  .  '      •  "•                    .

                                              <? Al. h.\!PLO YE E S              F29



DEFENDANT'S
EXHIBIT

**ruKJVI**
**^viyj**

—.—. A t^ULX  J> · I

U
..ME.O  EMPLOYEE

CLASSIFICATION    flii (

WORK LOCATION    Hi?                    IMMEDIATE SUPERVISOR

TITLE _____

**STATEMENT OF GRIEVANCE:**

List applicable violation: J24        A                    nif ( J *    IWrLe.rl   trM  ᵍ'        p/

Adjustment required:        J            i rl   TD  V          y)U-i»S      -T   TTK^
                    fe                  I/O

I authorize the A.F.S.C.M.E. Local /3i/3'353   as ₘy representative to acUor me in the disposition
of this grievance

Date / -/<? -  f? _____ Signature of F
Signature of Union Representative _/V;    mployee  _Carmelo Hayward_
                                    upl  C  Bursa _____  Title _President._

Date Presented to Management
Representative _O;

Signature _____                            Title.

Disposition of Grievance:

THIS STATEMENT OF GRIEVANCE IS TO BE MADE OUT IN TRIPLICATE. ALL THREE ARE TO BE
SIGNED BY THE EMPLOYEE AND/OR THE AFSCME REPRESENTATIVE HANDLING THE CASE.

ORIGINAL TO_____ _ _____:..'.] ...' '.'..;'._ . ._..._.. .... - _____

COPY_..___..._._..' .'..._''..:.....'   . ...    .................   ...___._¯_____._¯..¯——

COPY: LOCAL UNIO:-J-;iʳ<lEVANCE FILE    . . .  . .     ..•       '.      "    .   .   . ;  '            .

NOTE: ONE COPY OF THIS GRIEVANCE AND ITS DISPOSITION TO BE KEPT IN GRIEVANCE
.  . ;•-    FILE OF LOCAL UNION.    ,  .    /          .         .        .   .. ..

THE AM'CRICAN '                                                      F29

DEFENDANT'S
EXHIBIT
11-0

# OFFICIAL GRIEVANCE FOSi.

NAME OF EMPLOYEE •

CLASSIFICATION        _

WORK LOCATION

TT DEPARTMENT

.IMMEDIATE SUPERVISORT/⁷/;'.// /    .V£ i^

TITLE  *yyirt txi*

STATEMENT OF GRIEVANCE:

List applicable violation: V|<0 k. *Tin* u'. '? . I.  f    TU.

 - •   TKd a 'f

*f- "a.^ Ill* - ioLj^L*

*ML*

Cr              + ⁄

  *i V-T,*

    *nv* OK in                                     /-

Adjustment required:              VVtgJi *-e.*


*I* authorize the A.F.S.C.M.E. Local *t3b;* tion of      as my representative to act for me in the disposi-
this grievance

Date   /~~/ f? ' 7f

Signature of

Signature of Union Representative

Date Presented to Management Representative     ^\^\ i-ox-V;  i c\~*  \°(S ᵉ|

Signature _____;_____ Title.

Disposition of Grievance: _____


THIS STATEMENT OF GRIEVANCE IS TO BE MADE OUT IN TRIPLICATE. ALL THREE ARE TO BE
SIGNED BY THE EMPLOYEE AND/OR THE AFSCME REPRESENTATIVE HANDLING THE CASE.

ORIGINAL TO___,_._•_____..... … ….. . . _ . . _ _ . ......_____:_____.____

COPV

COPY: LOCAL UNION-..^lEYANCE FILE        '        '        :

NOTE: ONE COPY OF THIS GRIEVANCE AND ITS DISPOSITION TO BE KEPT IN GRIEVANCE
       FILE OF LOCAL UNION.                 . ...   \

f

NAME OF EMPLOY _Carmelo Gaglardi_    DEPARTMENT _maint_

CLASSIFICATION _aide_

WORK LOCATION _MR 23A_

_maint aide._    IMMEDIATE SUPERVISOR _Mike Seamon_

crimination - 12-24-98 Nick was advised to give up a vacation day to come to work - I was on vacation and I wasn't given the same opportunity I have a pending grievance for July 98 on same issue

Adjustment required: _to be made whole_

**STATEMENT OF GRIEVANCE:**

4'st applicable violation: . P is

'authorize    **C.M.ELocal**

# AL GRIEVANCE FORM

disposi-

tion of this grievance

Date

Signature of Union Representative    Signature of Employee    Carmelo Gaglardi

_Joseph a Derosa_    Title _President_

19th 1999

Date Presented to Management Rep
Signature

Title.

THIS STATEMENT OF GRIEVANCE IS TO BE MADE OUT IN TRIPLICATE. ALL THREE ARE TO BE SIGNED BY THE EMPLOYEE AND/OR THE AFSCME REPRESENTATIVE HANDLING THE CASE.

Deposition of Grievance:

ORiGINAL TO

COPY

COPY. LOCAL UNION .;,q,EVANCE FIL



DEFENDANT'S
EXHIBIT

11-G

8-26-04

\vsTjev,

# GRIEVANCE*FORM

NAME OF EMPLOYED _1_J2          UcJU                    DEPARTMENT

CLASSIFICATION     /I I,

WORK LOCATION    *M*                  .IMMEDIATE SUPERVISOR.          Jul

*R31A* TITLE -

STATEMENT OF GRIEVANCE:

List applicable violation:   _/l/1                                    -f L  .

                     _f/-y/?r.                              *r, ") /'i*

                                                                 tr

Adjustment required:

                                        as my representative to act for me in the disposi-

I authorize the A.F.S.C.M.E. Locaf *Jl*
tion of this grievance

Date   */*                 Signature of Fmplnyae

Signature of Union Representative                      Title *President*

'••j^-a-a.^ ^ ,c^ .   ^-*C*^-*AJ*^Date Presented to Management    \R^{HK} V S q ^

Representative . Signature _____          Title.

Disposition of Grievance:

THIS STATEMENT OF GRIEVANCE IS TO BE MADE OUT IN TRIPLICATE. ALL THREE ARE TO BE
SIGNED BY THE EMPLOYEE AND/OR THE AFSCME REPRESENTATIVE HANDLING THE CASE.

ORIGINAL TO____„_____.. . . . . .    - V, - . _.-..__..".._ .'._____

COPY

COPY: LOCAL UNION-.IRiEVANCE FILE. '../.; •    .    .    .              •  _ •  •  '  .  •

NOTE: ONE COPY OF THIS GRIEVANCE AND ITS DISPOSITION TO              BE KEPT IN GRIEV
        FILE OF LOCAL UNION.        ='  ..  -      :        ..      '                    .  *

P29

June 29,1999

**EXECUTIVE** BOARC

President
Lois O'Cohnor
Local 478
State of CT-Sr::ii;

**Secretary**
Clarke      King
Local  1710  City
of Hartfnril

**Vice-President**
Roberl Durant, Jr.
Local 15B5 Slate of
CT-Corrections

Cynthia Egan
Local 749
State of CT-Judicial

Maureeii E. Gallii^lier
Local 1303 Milford
Menial Health Center

Gary Goiirley
Local 1522
City of Bridgeport

Thomas LeHoux Local
2930
TownofNewingliiii

William Moriarty
Local 353
City ofWatedmry

Nancv Newton Local
Shirley Williamson
Local 714
State of CT -
Social Services
Josoph C. Russo
Local 4fR
Executive Director
Michael Ferrucd, lr.
Local 818
Sebastian Stev^ns
Local 184 Metropolitan
Dist. Comm.

Joe Sousa                .
Pres. Local 1303-353
174 Oak Street
Manchester CT 06040


Dear Joe:

Enclosed please find a copy of all the paperwork for your recent mediation requests.
The grievances were sent to mediation on June 10, and acknowledged by the State
Board on June 15.                                                    ,

                    Sincerely,

                            *1*

                *td-*
                Neal Cunningham Staff
                Representative

NC/lb

Enclosure



DEFENDANT'S
EXHIBIT
11-S
8-2b-04

AFS'CME Connecticut Council 4, AFL-C1O                    .                    '

444 East Main Street ® New Britain, CT 06051 *m* 860-224-4000. e 203-776-1674 NIIVV i-IAVEN ® 860-224-3041 I-AX
e-mail: webmster@the-new-afscmect4.org a www.the-new-nfscmect4.org

. Carmelo Gagliardi ' ;D
Carmelo Gagliardi^ ; j
Carmelo Gagliardi 3
Carmelo Gagliardi *u.*
Carmelo Gagliardi *? &*
Carmelo Gagliardi/.
Carmelo Gagliardi -
Carmelo Gagliardi r

ST22SSL*2

# AFSCME

**C** **1**

402420

011999CG-

**DEFENDANT'S** :
**EXHIBIT**

i        \^

Sincerely,

Ms. Catherine J. Serino, Director
Board of Mediation and Arbitration - .
38 Wolcott Hill Road
Wethersfield,CT06109

Re:     East Hartford Housing Authority
And
Local 1303-353 of Council 4
AFSCME, AFL-CIO

"                    Request for Mediation

Dear Ms. Serino:                    .

In accordance with the collective bargaining agreement between the parties, the Union requests

mediation of the following grievances:

Carmelo Gagliardi 7
Carmelo Gagliardi • • ~j
Carmelo Gagliardi . r *".'.<*
Carmelo Gagliardi *'''*
Carmelo Gagliardi,
BillHebert Class Action

.".; Brian Ayotte    •• >

**C**

-B7-011999CG-l/^lvy" 7-
30199CG-I      ^
3199CG-2-W^ I'll
999CG-2         U\

//VL/OH999CG-7-

June 10, 1999
Overtime Equalization  *SF*
Improperly Compensated
Improperly Compensated
Denied OT/Discrimination
Denied OT/Discrimination
Improperly Compensated
Denied OT/Discrimination
Denied OT/Discrimination

[tf?030899CG-3        ^
,^030899CG-2    ^
|qfOl2599CG-3 ^
r90U29'9BH

/b/31099-Unton

TNC/b  ›u in advance for your cooperation.

w Cc:

Neal Cunningham
.Service Representative

Denied OT/Discrimination
Improper Leave Accrual
Improperly Compensated

Qaike King Local 1716 Oily ot Hartford

«tn. VIce-President
Robert Durant. |t. Local 1565 Slate of CT-Comctions

Cynthia Egan
**Local 7«**
Stale of CT-Judicial

Maurten E. Gallagher Local 1303 Milford Mental Heallh Center

Gary Courley

Local 1522
Cily of Bridgeport

Thomas Ledoux
Local 2930
Town of Newington

William Moriarty
Local 353
Cily of Walerburj'

Nancy Newton Local 3145
American Red Cross

Joseph a Russo Local 466
CilyofMiddlelown

Sebastian Stevens
Local 184 Metro poiilan Disl. Comin.

Shirlcy Williainsor.
Local 714 State of CT • Social Scr\'ir.is

Executive Directc
Micha«l Fanicri. 1

EXECUTIVE BOARD

President Lois O'Connor LocaU7B
Slats of CT-SCSU

**Secrttary**

AFSCME Connecticut Council 4, AFL-CIO  ,  ,
• - • r... v,,;,, Qhrooh a NI>W Britain, CT 06051 B 860-224-4000 • 203-776-1 674 Nliw H/WI-N      S60-224-3041 FAX



**AFSCME**

Tune 10  1 999

'1 •-. <£ 1 1 U

li| — ""       1 HI
JUH 1 1 1399 i
'1 i              'M
vai+iOLiL ! u L 3i ^

JU11C  Iv',  17,77
Ms. Catherine J. Serino, Director       '   . . Board of Mediation and
Arbitration 38 Wolcott Hill Road

Wethersfield, CT06109

EXECUTIVE BOAR

President Lais
O'Connor Local 478
Stale of CT-SCSU

Secretary
Clarke     King
Local 1716 City
of Hartford

Vice-President
Robert Durant. |r.
Local 1565 Stale of
CT -Corrections

Cynthia Egan
Local 749
Stale of CT-ludici

Maurecn E. Gallagl
Local 1303 Milford
Mental Health Center

Gary Gourley
Local **1522**
City of Bridgeport

Thomas Leclou.x
Local 2930 Town of
Newinotc

William Moriarty
Local 353
City of Walcrbury

Nancy Nexvlon Local
3145 American Red
Cr

Joseph C. Russo
Local 466
City of Middled

Sebastian Steven
Local 18-1
Metropolitan Dist,
Cormn.

Shirlny Willi.ira-
•Luoil/U Stale of
CT-Sudal St'rvii-i's

Executive  Dire
Michael  Fi-rnia
Lnc;il 81H

Re:

East Hartford Housing Authority
And
Local 1303-353 of Council 4
AFSCME, AFL-CIO

Request for Mediation

Dear Ms. Serino:

In accordance with the collective bargaining agreement between the parties, the Union requests
mediation of the following grievances:

| | | |
|---|---|---|
| Carmelo  Gagliardi | Overtime Equalization Improperly Compensated | 011999CG-1 |
| Carmelo  Gagliardi | Improperly Compensated Denied OT/Discrimination | 30199CG-1 |
| Carmelo  Gagliardi | Denied OT/Discrimination Improperly Compensated | 3199CG-2 |
| Carmelo  Gagliardi | Denied OT/Discrimination Denied OT/Discrimination | 011999CG-2 |
| Carmelo  Gagliardi | Denied OT/Discrimination Improper Leave Accrual | 011999CG-3 |
| Carmelo  Gagliardi | Improperly Compensated Improperly Compensated | 011999CG-4 |
| Carmelo  Gagliardi | Improperly Compensated Improperly Compensated | 011999CG-5 |
| Carmelo  Gagliardi | Preventing Conduct of Union Business Improperly Compensated | 011999CG-7 |
| Carmelo  Gagliardi | | 011999CG-8 |
| Carmelo  Gagliardi | | 011999CG-9 |
| Carmelo  Gagliardi | Thank you in advance for your cooperation. | 030899CG-3 |
| Carmelo  Gagliardi | | 030899CG-2 |
| Carmelo  Gagliardi | | 012599CG-3 |

Bill  Hebert  Class        " • . . . " . - -      Sincerely,
Action

Brian Ayotte         Neal Cunningham Service
                     Representative

1099-Union
030999BA-1



NC/bw
Cc:     John Roughan, Executive Director
        Robert A. Linberk, Staff Representative, Council 4

AFSCME Connecticut Council 4, AFL-CIO
444 East Main Street « New Britain, CT 06051 * 860-224-4000 «a 203-776-1674 NEW
HAVEN H 860-224-3041 FAX

.ore