OFFICIAL GRIEVANCE FORM

#030899-CG2    402111

NAME OF EMPLOYEE  Carmelo Gagliardi   DEPARTMENT  Maint
CLASSIFICATION   aide
WORK LOCATION   MR 234   IMMEDIATE SUPERVISOR  Mike Seamon
TITLE.   aide

On Feb 25TH at 4:00 PM my supervisor come to work on Feb 26TH at 6:00 PM which is in violation of 5.0 & 5.4 section of the Contract.

To be paid for the addiountional hour at time and a stated in the contract. To be made whole

**STATEMENT OF GRIEVANCE:**

List applicable violation:   "
    VMX   fa

**I authorize the A.F.S.C.M.E. Local, tion of this grievance**

Dale  .7 -£- - fyf?     . Signature            Carmelo Gagliardi
                                                Title
djustment required:
        li///7    ^O

of Employee-^
Signature of Union Representative
Date Presented to Management Representative          as my representalive to act for me in the disposi-
                                                       i   i-

Disposition of Grievance:

THIS STATEMENT OF GRIEVANCE IS TO BE MADE OUT IN TRIPLICATE. ALL THREE ARE TO BE SIGNED BY THE EMPLOYEE AND/OR THE AFSCME REPRESENTATIVE HANDLING THE CASE

ORIGINAL TO
COPY

THE AMERICAN •j?-\l. EMPLOYEES



AFSCME LOCAL J^0O~

STEP /



# OFFICIAL GRIEVANCE FORM

NAME OF EMPLOYEE                                       DFPARTMFNT

CLASSIFICATION

WORK LOCATION    M R 3L?s A           IMMEDIATE SUPERVISOR

**TITLE**   g

**STATEMENT OF GRIEVANCE:**

ist applicable violation: _Q          X                  ^ •   Ok
     j( U)ftA roJjjt            ow  a

                                                                        0

Adjustment required; JK\J^uJ?  th      \flrx\A rU~ Uu.         X   h^u
PCuu ^  "fT^  W

                                        as my representative to act for me in the disposi-
**I authorize the A.F.S.C.M.E. Local Jk** tion
of this grievance

Date  /"^\S^ ~f ?_____  Signature of Employee                    Title

Signature  of  Union  Representative _____  Date  Presented  to

Management Representative _____ Signature _____
                                                                         Titlo
Disposition of Grievance:

THIS STATEMENT OF GRIEVANCE SS TO                        BE MADE OUT IN
TRIPLICATE. ALL THREE ARE TO BE                          SIGNED BY THE
EMPLOYEE AND/OR THE AFSCME                               REPRESENTATIVE
HANDLING THE CASE.

ORIGINAL TO.

COPY

COPY: LOCAL UNION GRIEVANCE FILE         .  \   .  .-

**NOTE: ONE COPY OF THIS GRIEVANCE AND ITS DISPOSITION TO BE KEPT IN GRIEVANCE
       FILE OF LOCAL UNION.**

THE AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES


PLAINTIFF'S EXHIBIT 12-C

# OFFICIAL GRIEVANCE FORM

NAME OF EMPLOYEE.  /*J   / v :*   DEPARTMENT  *Vh.fi, ClJ?*

CLASSIFICATION   V

WORK LOCATION TITLE   Q.S/)   IMMEDIATE SUPERVISOR

VV\<a.vvd/ • m -

**STATEMENT OF GRIEVANCE:**

List applicable violation:

.TiCcPw'-f r/        P                              UU.
                         78-/4t- •
                             v

Adjustment required:

I authorize the A.F.S.C.M.E. Local                as *my* representative to act for me in the disposi-
tion of this grievance

Date  hr^o /^ . /.99ᵍy           Signature
of

Signature of Union Representative                                 Title
                                                                  Title
Date Presented to Management Representative

Signature _____;_____

Disposition of Grievance: _____

THIS STATEMENT OF GRIEVANCE IS TO BE MADE OUT IN TRIPLICATE. ALL THREE ARE TO BE SIGNED BY THE EMPLOYEE AND/OR THE AFSCME REPRESENTATIVE HANDLING THE CASE.

ORIGINAL TO_____._____-/- --  •-;- ----——•—-_____

COPY  ____._.__..   .----.--    -  •'•-   '....-.— ...-•...-•-.— —:_____-

COPY: LOCAL UNION GRIEVANCE FILE,

NOTE: ONE COPY OF THIS GRIEVANCE AND ITS DISPOSITION TO BE KEPT IN GRIEVANCE
        FILE OF LOCAL UNION.    , .                              •                            ,

LOCAL
402114

# OFFICIAL GRIEVANCE FORM

: 'NAME OF EMPLOYEF   GRIEVANCE  OF  UNION  1303-353        DEPARTMENT   MAINTENANCE

,/  CLASSIFICATION        MAINTENANCE_____

WORK LOCATION   HIGHLANDS_____IMMEDIATE SUPERVISOR ᴹᴵᴷᴱ SEAMON_____

.  TITLE     MAINTENANCE_____

**STATEMENT OF GRIEVANCE:**

List applicable violation-  HOUSING  AUTHORITY  IN   VIOLATION  OF  CONTRACT  INCLUDING BUT NOT  LIMITED  TO  ARTICLE  I  SECTION  I  ARTICLE  XVI  SECTION  16.0  THE  SUPERVISC MIKE  SEAMON  IS  NOT  ALLOWING  THE  UNION  PRESIDENT  TO  CONDUCT  UNION  BUSINESS  AS IT HAS  IN  THE  PAST.

Adjustment required:   (CEASE AND DESIST) ALLOW THE UNION TO CONDUCT ITS BUSINEE LIKE IT HAS FOR THE PAST 20 YEARS. (MAKE WHOLE)

**I authorize the A.F.S.C.M.E. Local** 1303-353 ₐₛ ₘy representative to act for me in the disposition of this grievance

Date  *A9v<?xcV\ YS^W^  Signature  of  Employee_____  Signature  of  Union Representative  _____        Title    PRESIDENT_____  Date  Presented  to  Management Representative _____

Signature _____^_____ Title

Disposition of Grievance: _____'   —''''•'   •___ _____-

THIS STATEMENT OF GRIEVANCE IS TO BE MADE OUT IN TRIPLICATE. ALL THREE ARE TO BE SIGNED BY THE EMPLOYEE AND/OR THE AFSCfViE REPRESENTATIVE HANDLING THE CASE

ORIGINAL TO.

COPY

COPY: LOCAL UNION .GRIEVANCE FILE

NOTE: ONE COPY OF THIS GRIEVANCE AND ITS DISPOSITION TO BE KEPT IN GRIEVANCE FILE OF LOCAL UNION.

THE AMERICAN FEDERATION OF STATE. COUNTY AND MUNICIPAL EMPLOYEES

# OFFICIAL GRIEVANCE FORM

NAME OF EMPLOYEE  BRIAN AYOTTE_____  DFPARTMFNT  MAINTENANCE .•

CLASSIFICATION   MAINTENANCE AIDE_____

WORK LOCATION   ELMS VILLAGE      IMMEDIATE SUPERVISOR,  MIKE SEAMON

TITLE   MAINTENANCE AIDE  _____

STATEMENT OF GRIEVANCE:

List applicable violation: HOUSING AUTHORITY IN VIOLATION OF CONTRACT INCLUDING BUT NOT LIMITED TO ARTICLE IX SECTION 9.3. GRIEVANT WAS CALLED IN FOR A NO HEAT CALL ON FEE 28th 1999 AT 126 COLUMBUS CIR.EXT. GRIEVANT COMPLETED THE THE NO HEAT CALL AND REQUESTED MECHANICS RATE OF PAY BUT WAS DENIED._____

Adjustment req""-pH-. PAY GRIEVANT THE DIFFERENCE TN PAY (MAKE WHOLE.)_____

**1 authorize the A.F.S.C.M.E. Local** <u>1303-353</u> **as my representative to act for me in the** disposition of this grievance

Date CX" 7~~77 _____         Employee *Brian J Ayotte*   Title PRESIDENT

Signature of

Signature of Union Representative

Date Presented to Management Representative

PLAINTIFF'S EXHIBIT 12-F

Disposition of Grievance:

THIS STATEMENT OF GRIEVANCE IS TO BE MADE OUT IN TRIPLICATE. ALL THREE ARE TO E SIGNED BY THE EMPLOYEE AND/OR THE AFSCME REPRESENTATIVE HANDLING THE CAS

ORIGINAL TO.

COPY _____

COPY: LOCAL UNION GRIEVANCE FILE   •::'  '

NOTE: ONE COPY OF THIS GRIEVANCE AND ITS DISPOSITION TO BE KEPT IN GRIEVANC FILE OF LOCAL UNION.

NAME OF EMPLOYEE _Carmelo Gagliardi_   DEPARTMENT _Maint_
CLASSIFICATION _Aide_
WORK LOCATION _Mt 23 A_   IMMEDIATE SUPERVISOR _Mike Segmen_
TITLE _T Aide_

On 8-28-99 I was called out on a No Heat I was told that they couldn't get hold of a Mechanic at Mt 23 Replace Zone Valve

STATEMENT OF GRIEVANCE:
List applicable violation:

Adjustment required: I want to get paid at the mechanic's rate of paid I was paid at the maint aide rate of paid Made Whole.

I authorize the A.F.S.C.M.E. Local ____ as my representative to act for me in the disposition of this grievance

Signature of Employee _ZSf&t_

Signature of Union Representative ____

———————-Date Presented to Management ____

Representative Signature ____   ____ Title ____

Disposition of Grievance: ____

THIS STATEMENT OF GRIEVANCE IS TO BE MADE OUT IN TRIPLICATE. ALL THREE ARE TO BE SIGNED BY THE EMPLOYEE AND/OR THE AFSCME REPRESENTATIVE HANDLING THE CASE

ORIGINAL TO
COPY
COPY- LOCAL UNION GRIEVANCE FILE

NOTE: ONE COPY OF THIS GRIEVANCE AND ITS DISPOSITIONS TO BE KEPT IN GRIEVANCE FILE OF LOCAL UNION.

Title ____

PLAINTIFF'S
EXHIBIT

# OFFICIAL GRIEVANCE FORM

NAME OF EMPLOYEE   /O   $ &&£/a ret /   DEPARTMENT

CLASSIFICATION

WORK LOCATION .                    **IMMFDIATF SUPERVISOR**

TITLE _

STATEMENT **OF** GRIEVANCE: List applicable violation: __



Adjustment required:          *7~"   Ail          #7*

I authorize the A.F.S.C.M.E. Local tion of this grievance     as my representative to act for me in the disposi-

Date   *JP~/ '*

                               Signature of

Signature of Union Representative . Date

Presented to Management Representative                 Title.

Signature _____ ___

Disposition of Grievance:


THIS STATEMENT OF GRIEVANCE IS TO BE MADE OUT IN TRIPLICATE. ALL THREE ARE TO BE SIGNED BY THE EMPLOYEE AND/OR THE AFSCME REPRESENTATIVE HANDLING THE CASE

ORIGINAL TO.

COPY

COPY: LOCAL UNION GRIEVANCE FILE •

NOTE: ONE COPY OF THIS GRIEVANCE AND ITS DISPOSITION TO BE KEPT IN GRIEVANCI
        FILE OF LOCAL UNION.

THE .V,ICP.ICA,N'-'.[iEr1Ar:..::-.:;F f,T ^F. -J;'::., : v v,D ^-.'sOP.M. EMPLOYEES              F2<

**EXHIBIT**