# OFFICIAL GRIEVANCEFORM

NAMF OF FMPI DYFE
                                     DEPARTMENT
              IMMEDIATE SIIPFRVISDR

CLASSIFICATION   _

WORK LOCATION  ._
                                            /f^ . fe/f- /~i

TITLE
                                    Ŧ
                                    TM _

STATEMENT OF GRIEVANCE:

List applicable violation:

---

*IS'/-*

Adjustment required:    *As*        *rt/  .A*

                                       as my representative to act for me in the disposi-
I authorize the A.F.S.C.M.E. Local tion of this grievance

Date   _.3-/ " ?<?_____ . Signature of Employee

Signature of Union Representative ——— .

Date Presented to Management Representative

Signature _____ '. ———
                                                Title

Disposition of Grievance:

THIS STATEMENT OF GRIEVANCE IS TO BE MADE OUT IN TRIPLICATE. ALL THREE ARE TO BE SIGNED BY THE EMPLOYEE AND/OR THE AFSCME REPRESENTATIVE HANDLING THE CASE.

ORIGINAL TO

COPY

COPY: LOCAL UNION GRIEVANCE FILE        ;        ' • ' • : , ' • • • ' . '    .

NOTE: ONE COPY OF THIS GRIEVANCE AND ITS DISPOSITION TO BE KEPT IN GRIEVANCE
        FILE OF LOCAL. UNION.

THE AMCR ‚ CAN-DEHAr : 0-.: ; FSTArF..: ;-‚.:‚:vv‚GVO-.‚-‚?AI. EMPLOYEES



\\rcry.-~                                    ^.OFFICIAL GRIEVANCE FORJV

NAME OF EMPLO                    ^v«iAv»rv«'O«rrif/T~r>.:>":"»                    '—'-*-V_L T

CLASSIFICATION                        .

                                                              DEPARTMENT

WORK LOCATION    M K 3.3/V        .IMMEDIATE SUPERVISOR.

TITLE_

STATEMENT OF GRIEVANCE;

List applicable violation: .          V\                    Ou t^'
D^L_ ol i\; t'ri/ j_ y            •/<?

                                                                    T

Adjustment required:    ^O

        •   T

I authorize (he          A.F.S.C.M.E. Local  /36 ^ ".^.S'^ as my representative to act for me in
the disposi
tion of this grievance                              ,,-,

Date  / "/ 9 " .^^ _____ Signature of Emplnyafi

Signature of Union Representative   Joseph a Sousa          Title

Date Presented to Management        Jan 19th 1999            Representative

Signature                                              Title.

Disposition of Grievance:

THIS STATEMENT OF GRIEVANCE IS TO BE MADE OUT IN TRIPLICATE. ALL THREE ARE TO BE
SIGNED BY THE EMPLOYEE AND/OR THE AFSCME REPRESENTATIVE HANDLING THE CASE.

ORIGINAL TO____„_____..... .... ... _...._..._._.__......._____ ____

COPY _                  .__...._... .   . ...   ...........  ....... ___._„_____.__....-____

COPY: LOCAL UNION -J^IEVANCE FILE

NOTE: ONE COPY OF THIS GRIEVANCE AND ITS DISPOSITION TO BE KEPT IN GRIEVANCE
  .   , FILE OF LOCAL UNION.-    .       .       -   .  , ' . -    . •• ..
        'THE .\ML'RiCA,\ •-'.•C'                                            F29

                                        EXHIBIT

# OFFICIAL GRIEVANCE FORM

#0-0999CG-2

402120

NAMEOFEMMYEE _Airman Gagliardi_

CLASSIFICATION _U_          DEPARTMENT _Maint._

WORK LOCATION _JM.R_ _23A_

TITLE _____          IMMEDIATE SUPERVISOR _Mike Seamon_

STATEMENT OF GRIEVANCE:

List     "Discrimination" - Everyone was called to work
on Sunday 1-17-99 in the morning - I wasn't called into work
until 12:45 PM - When I took an O/T call at 11:00 am, Mike
Seamon was at VT at 11:45 - I asked him why I wasn't called
into work. he said he would call me in about an hour.

Adjustment required : Want to be paid for the hours when the 1ST
employee was called to "work" at Double time -
         To be made whole

A2-202

iplicable violation

**I authorize the A.F.S.C ME Local / tion of this grievance**     ""      as ™ V representative to act for me in the disposi-

_1-19-91_

Da!e

ignature of Employee Signature of
Union Representative

Date Presented to Management Representative

Signature

_Carmel Gagliardi_

_____ a Sousa_     Title _President_

_Jan 19th 1999_

THIS STATEMENT OF GRIEVANCE IS TO BE MADE OUT IN TRIPLICATE. ALL THREE ARE TO BE
SIGNED BY THE EMPLOYEE AND/OR THE AFSCME REPRESENTATIVE HANDLING THE CASE.

ORIGINAL TO _____

COPY _____

Disposition of Grievance:



PLAINTIFF'S
EXHIBIT
12-k

EMPLOYEE  1

/lv-vwu* CLASSIFICATION

NAME OF fX

-..'• 4

DEPARTMENT

WORK LOCATION                          .IMMEDIATE SUPERVISOR

TITLE

STATEMENT OF GRIEVANCE:

List applicable violation: .06C.irtvu\>H>, Ti ev »  -  ft.(A  -t}uv)nytj  ^   UWir\it.A  (A  .5;.3o p. .fI 14 'Tku.Vb  I-I^q q - J  fr, (h n   . l/id-u'/x/  ..^ry u/^tjj. Tj^/: ^S" ^H^feTj^j JjJ / (,H.   u.  |.x/M-.v^/  VV^_  i f r C - O i   U  kXU^'r  tewcud-'A   .<<•>  ^ JL /.4

Adjustrn^nt required:.                    |    < j  7R)V  3"JT tonics  &T  TlvUj
            _h^_                          |

I authorize the A.F.S.C.M.E. Local /3(/3"353   -as my representative to actjor me in.the disposition of this grievance

Date  /  ~~/7  //_____ Signature of Employee.

Signature of Union Representative  '.Vrv> o.l«--C-^

Title President.

Date Presented to Management Representative Signature

_____ '.

Title

Disposition of Grievance:

THIS STATEMENT OF GRIEVANCE IS TO BE MADE OUT IN TRIPLICATE. ALL THREE ARE'TO BE SIGNED BY THE EMPLOYEE AND/OR THE AFSCME REPRESENTATIVE HANDLING THE CASE.

ORIGINAL TO.

COPY _____   ..._ ** ..   -  ...  ------ - .•-  -.-- ---_____ __—.•—

COPY: LOCAL UNION O^IEVANCE FILE' • • ' •                        :

NOTE: ONE COPY OF THIS GRIEVANCE AND ITS DISPOSITION TO BE KEPT IN GRIEVANCE
      FILE OF .LOCAL UNION.                              .        .                    ;

THE .•«MCP.                                                                F29

EXHIBIT

# OFFICIAL GRIEVANCE

NAME OF EMPLOYEE •

CLASSIFICATION __..

WORK LOCATION

TITLE    *Vvirt t/'*

j-'o 19

'_>:'i,.1 C

DEPARTMENT,

.IMMEDIATE SUPERVISOR'V.n /• li.f

---

STATEMENT OF GRIEVANCE:

List applicable violation: \Aok,T(n M    . i. t/  T*-i  C    .K-d    - /.PC,

;r  U?ft»-Hci    .    I - f.fl    /-, "    IX T

ii  rs

---

Adjustment required:    T?)   I)    .A -e.  I .t )

---

I authorize the A.F.S.C.M.E. Local   /.^Or>-,>,T3   as my representative to act for me in the disposi-
tion of this grievance

DaJe   / -~~/ f? ~ 7f _____
Signature of

Signature of Union Representative

Date Presented to Management

Representative

Signature

Title

Disposition of Grievance:

---

THIS STATEMENT OF GRIEVANCE IS TO BE MADE OUT IN TRIPLICATE. ALL THREE ARE TO BE
SIGNED BY THE EMPLOYEE AND/OR THE AFSCME REPRESENTATIVE HANDLING THE CASE.

ORIGINAL TO.

COPY _____.__..  ..._.......  .  ...  .:.........  .  …………….…  " _ _ .-.-.__._____.__-.--—

COPY: LOCAL UNIQ.'J-;.'i!EVANCE FILE • . , ; . • • • : . ' . • ' • . _    .    ..

NOTE: ONE COPY OF THIS GRIEVANCE AND ITS DISPOSITION TO BE KEPT IN GRIEVANCE
        FILE OF LOCAL UNION.

THE AMERICAN · DErIA r..i    ·.·.· .<?·II.  .MPLOYEES

EXHIBIT

OFFICIAL ^GKliñ VANLE Jb URM

*In tK\* pttWlc* tcrvicM

NAME OF EMPLOYEE.  R ,3 "^ /)_____ IMMEDIATE SUPERVISOR ^1 f'4/  ,

CLASSIFICATION ____  <>.((

WORK LOCATION

STATEMENT OF GRIEVANCE:              .                    .

List applicable violation:  *I3~'3* V ' ?fr -  i/ 1 0 U: -"h O

(J '-0 •} r<, ('P /,  ^r ^ ('/' -r .-- 1 v              K^

Adjustment required:   Tb  *b - L' V t ' 4 \ A   -JOY,  llu   koi(* K   lie/   CM Lo\ ^: VV! 0
    Inu / (  V^r ? i 0 i. c\  •  -  KJ4/^ y   f./ 3 Uo ./
    I     k

I authorize the A.F.S.C.M.E. Local              •>.>-J. as my representative to act for me in the disposi-

tion of this grievance

Date   / ~ /9  ~ff_____ Signature of F

Signature of Union Representative

Date Presented to Management Representative Signature              Title.

_____

Disposition of Grievance:

THIS STATEMENT OF GRIEVANCE IS TO BE MADE OUT IN TRIPLICATE. ALL THREE ARE TO BE
SIGNED BY THE EMPLOYEE AND/OR THE AFSCME REPRESENTATIVE HANDLING THE CASE.

ORIGINAL TO_____ __ _____........  .  .  ...._-·-._·-.___·-_____

COPY_              _  .__··„···    ·  ···  ...................••·:„__.—

_____.___···

COPY. LOCAL UNIOf-J^^IEVANCE FILE              :   '•'.•'  ·  ••:',.-.-.-.•• ..';..

NOTE: ONE COPY OF THIS GRIEVANCE AND ITS DISPOSITION TO BE KEPT IN GRIEVANCE
    FILE OF LOCAL UNION.  -.;•-.••  \. .-..''..'       •  -          .  . . ••'

THE AMERICAN '·. DI  'SO :C              '·M. r.MPLOYEES              F29
              ^·l

EXHIBIT

# ^OFFICIAL GRIEVANCE FORM

**AFSCME.** in the public service

"^V/    402124

NAME        EE _Cavm_

DEPARTMENT.

CLASSIFICATION .   _Cricke_

WORK LOCATION      R P.

.IMMEDIATE SUPERVISOR

TITLE

---

STATEMENT OF GRIEVANCE:

List applicable violation: (A                    />, (• (v j

..V                                  /  /'tuJ   li,v./ f    TO.^

_nud  fux_   -i  r

Adjustment required:      rv   nr.'i rl              12 _ks_

I authorize the A.F.S.C.M.E. Local /-Q.^"-,' tion of as my representative to act for me in the disposi-this grievance

Signatura of Employee.

Signature of Union Representative Qt:                    Tills

Date Presented to Management Representative _l        . 9,JVx \c\c\c\i

Signature _____            Title.

Disposition of Grievance:

---

THIS STATEMENT OF GRIEVANCE IS TO BE MADE OUT IN TRIPLICATE. ALL THREE ARE TO BE SIGNED BY THE EMPLOYEE AND/OR THE AFSCME REPRESENTATIVE HANDLING THE CASE.

ORIGINAL TO____._____..... ...  ...  ....._ ._-_-.'.__. ._-„_._! _____:—

COPY _     ' . - . • • ; . • ' • '       '          -   .   V  -•      _____._„....._

COPY: LOCAL UNION GRIEVANCE FILE.          '.

NOTE: ONE COPY OF THIS GRIEVANCE AND ITS DISPOSITION TO BE KEPT IN GRIEVANCE

'.".•.    FILE OF LOCAL UNION.   :      .    . .-'. .   - : - •      .   ; • ' - - . • • ; / •        . •

THE AME                                           I. r:>.!PLOY£ES                    F29



# OFFICIAL GRIEVANCE FORM

•1 ʲ"ᵛ o •* o r:

NAMEOFEMPLO YEE   *Carmelo Gaykcide*     4».;<c i <c0     *maint*

CLASSIFICATION   *Ciele*

WORK  LOCATION   *MR 23A*     _____  IMMEDIATE SUPERVISOR     *M.*.*

TITLE   ____ *Ciele.*

_____  -i^L_ as my representative to act for me in the disposi-

/£?     ,."     /1
Signature of Employee ^-- JJ**^*^^_s&7 ^^^

Signature of Union Representative     _____

Date Presented to Management Representative     7Tr>rx
Signature

Title.

Disposition of Grievance:  _____

_____

THIS STATEMENT OF GRIEVANCE IS TO BE MADE OUT IN TRIPLICATE. ALL THREE ARE TO BE
SIGNED BY THE EMPLOYEE AND/OR THE AFSCME REPRESENTATIVE HANDLING THE CASE.

ORIGINAL TO  _____

Adjustment required:   ^ *>  De Made inhole*

I authorize the A.F.S.C.M.E. Local *1303 -3*
tion of this grievance     COPY _____ _

Date     COPY: LOCAL UNION GRIEVANCE FILE     '

NOTE: ONE COPY OF THIS GRIEVANCE AND ITS DISPOSITION TO BE KEPT IN GRIEVANCE
,  ..     FILE OF LOCAL UNION.

-V.C/ N'L-'II'.'iP.M.  EMPLOYEES     F29

EXHIBIT