FILED

UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

2005 JAN 20  P 1: 42

U.S. DIS[TRICT COURT]
3:02CV478(EBB)
NEW HAVEN, CT

CARMELO GAGLIARDI,
        PLAINTIFF

        CIVIL ACTION NO.

v.

EAST HARTFORD HOUSING
AUTHORITY, and in their individual
and official capacities, ANDRE DUMAS,
JOHN ROGHN, ROBERT COUNIHAN
and ROBERT LINDBERK,
        DEFENDANTS      :      JANUARY 18, 2005

## MOTION FOR EXTENSION OF TIME
### *NUNC PRO TUNC*

Pursuant to Local Rule 9(b) of the Local Rules of Civil Procedure, the plaintiff, Carmelo Gagliardi, hereby respectfully moves for an extension of time of 30 days to oppose the Union defendants' Motion for Summary Judgment. The opposition was currently due on January 19, 2005.

The plaintiff requests that he be given up to, and including, February 19, to respond to the Defendants' Motion for Summary Judgment. An extension is requested because the former practice of Brewer & O'Neil, LLC, is in the process of being dissolved and the undersigned is currently moving to a new office, the move is not completed. Due to the move, the undersigned will not be able to properly prepare an opposition to the defendant's Motion.

Opposing counsel was contacted and Attorney Gagne has no objection to this extension. This is the Plaintiff's first request for an extension to file this Opposotion to the Union;s Summary Judgment Motion.

PLAINTIFF,

BY *[signature]*

Erin I. O'Neil
41-A New London Turnpike
Glastonbury, CT 06033
Fed. ct# 23073

## **CERTIFICATION**

This is to certify that the foregoing has been sent, postage pre-paid, on January 18, 2005 to all counsel and pro se parties of record:

Attorney Kevin Coles
Coles, Baldwin & Craft, LLC
1261 Post Road, P.O. Box 577
Fairfield, CT 06430


J. William Gagne
J. William Gagne & Associates
1260 Silas Deane Highway
Wethersfield, CT 06109

Clerk
US District Court
141 Church Street
New Haven, CT 06510

_____
Erin O'Neil