UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CARMELO GAGLIARDI,                    :
                    Plaintiff    :
                                      :
                                      :
         v.                           :    3:02-CV-478 (EBB)
                                      :
                                      :
EAST HARTFORD HOUSING                 :
AUTHORITY, ET AL.,                    :
                    Defendants :

**ORDER**

The above-referenced case is hereby STAYED until April 29, 2005, due to issues arising from the dissolution of Plaintiffs' counsel's law firm.

A copy of this Order shall be mailed to:

        Honorable Robert L. Holtzberg
        Judge, Superior Court, State of Connecticut
        One Court Street
        Middletown, Connecticut 06457


            SO ORDERED

            _____
            ELLEN BREE BURNS

            SENIOR UNITED STATES DISTRICT JUDGE


Dated at New Haven, Connecticut this ___ day of February, 2005