UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CARMELO GAGLIARDI,** | **CASE NO. 3:02-** |
| Plaintiff | **CV-478 (EBB)** |
| V. | |
| **EAST HARTFORD HOUSING AUTHORITY ET AL.,** | |
| Defendants | **FEBRUARY** 25,**2005** |

## NOTICE WITH REGARD TO STAY

The Defendant Robert Linberk, in his official capacity, and the American Federation of State, County and Municipal Employees, Local 1303-353 (should this Court determine that the Union is a party to the instant case)[1] hereby give notice that on February 17, 2005 via electronic order [attached], they were notified that the above referenced case is stayed until April 29, 2005. In following with such stay, the Defendants hereby give notice that they will file their Reply to Plaintiffs Objection to Union Defendants' Motion for Summary Judgment on or before April 29, 2005.

---

[1] AFSCME, Council 4, Local 1303-353 was never served, nor is the Union listed in the caption of the case. However, the Plaintiff testified at his deposition on December 5, 2003 that the Union is a defendant in the instant case. Despite deposition testimony that the Union was listed as a defendant in the original complaint, and just omitted in the Amended Complaint, the Union was never listed in any case caption, nor served.

DEFENDANTS, ROBERT LINBERK, AFSCME, COUNCIL 4, LOCAL 1303-353

By /s/ William Gagne

J. William Gagne, Jr.,Law Office of
J. William Gagne, Jr. & Associates,
P.C. 970 Farmington Avenue, Suite 207
West Hartford, CT 06107
Phone: (860)522-5049
Fax: (860)561-6204
Federal Bar No. ct02126

```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

CARMELO GAGLIARDI,
             Plaintiff


     v.                              3:02-CV-478 (EBB)


EAST HARTFORD HOUSING
AUTHORITY, ET AL.,
             Defendants

**ORDER**

The above-referenced case is hereby STAYED until April 29, 2005, due to issues arising from the dissolution of Plaintiffs' counsel's law firm.

A copy of this Order shall be mailed to:

> Honorable Robert L. Holtzberg
> Judge, Superior Court, State of Connecticut
> One Court Street
> Middletown, Connecticut 06457

SO ORDERED

ELLEN BREE BURNS

SENIOR UNITED STATES DISTRICT JUDGE

Dated at New Haven, Connecticut this __ day of February, 2005

## CERTIFICATION

      I hereby certify that a copy of the foregoing was mailed by U.S. Mail, first class, postage prepaid on February 25, 2005 to the following:

Erin O'Neil, Esquire
41 -A New London Turnpike
Glastonbury, CT 06033

Kevin Coles, Esquire Coles,
Baldwin & Craft, LLC 1261
Post Road P.O. Box 577
Fairfield, CT 06430

_____
J. William Gagne, Jr.