UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CARMELO GAGLIARDI | : | No. 3:02CV00478 (EBB) |
| VS. | : | |
| HOUSING AUTHORITY<br>EAST HARTFORD, ET AL | : | |
| | : | April 28, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Consistent with a court order by Judge Robert L. Holzberg on April 15, 2005, undersigned counsel respectfully requests that he be allowed to withdraw his appearance in the above-captioned case.

        Respectfully submitted:

        BY  /s/ James S. Brewer
        JAMES S. BREWER
        Federal Bar No. ct07019
        P.O. Box 330343
        West Hartford, CT 06133-0343
        Tel: 860-216-2876

## **CERTIFICATION**

A copy hereof was mailed, postage prepaid, on the above-mentioned date, to the following counsel of record:

Erin I. O'Neil-Baker
41-A New London Turnpike
Glastonbury, CT 06833

Alyssa S. Vigue
15 Knoll Lane
Simsbury, CT 06089

Catherine L. Creager
Coles, Baldwin & Craft
1261 Post Road
Fairfield, CT 06430

Kevin A. Coles
Coles, Baldwin & Craft
1261 Post Road
Fairfield, CT 06430

Sara Clinton Curtis
14 Priscilla Road
Norwalk, CT 06850

J. William Gagne, Jr.
970 Farmington Avenue
Suite 207
West Hartford, CT 06107


    /s/ James S. Brewer
JAMES S. BREWER