UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CARMELO GAGLIARDI

v.                        Case No. 3:02CV478 (EBB)

HOUSING AUTHORITY, ET AL

FILED
2005 OCT -5 A 7:31
U.S. DISTRICT COURT
NEW HAVEN, CT

ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Joan Glazer Margolis for the following purposes:

___ All purposes except trial, unless the parties consent to trial before the magistrate judge

___ A ruling on all pretrial motions except dispositive motions

___ To supervise discovery and resolve discovery disputes

___ A ruling on the following motions which are currently pending: Doc.# _____

_X_ A settlement conference

___ A conference to discuss the following: _____

___ Other: _____

SO ORDERED this 4th day of October, 2005, at New Haven, Connecticut.

ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT JUDGE