**UNITED STATE DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| CARMELO GAGLIARDI, | : | CIVIL ACTION NO. |
|     PLAINTIFF | : | 3:02CV478(EBB) |
| v. | | |
| EAST HARTFORD HOUSING AUTHORITY ET AL, | | |
|     DEFENDANTS | : | March 15, 2006 |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO EXTEND THE DATE IN WHICH THE CASE IS DISMISSED FOLLOWING SETTLEMENT

The plaintiff moves the court to extend the time for the dismissal of the plaintiff's complaint for 30 days for the reasons as follows: (1) The parties settled and reported the above action settled to the court on February 12, 2006 after substantial negotiations. (2) The court ordered that the plaintiff file a withdrawal on or before March 12, 2006 or the court would dismiss the action. (3) The parties have reduced the settlement agreement to writing but have not signed the agreement or have filed the withdrawal yet, despite good faith efforts to finalize the written agreement. (4) The parties continue to finalize the written settlement agreement.

In order to protect the rights of the plaintiff, the plaintiff hereby requests 30 days in which to finalize the written settlement agreement and file the appropriate withdrawal.

The undersigned has attempted to contact opposing counsel Attorney Kevin Coles to obtain his position as to this motion and has left a message with his office but, has been unable to speak to him regarding this motion.

PLAINTIFF,

BY_____

Erin I. O'Neil-Baker
41 A New London Turnpike
Glastonbury, CT 06033
Fed. ct# 23073
(860) 466-4278
Fax (860) 466-4279

## **CERTIFICATION**

This is to certify that the foregoing has been sent, postage pre-paid, on March 15, 2006 to all counsel and pro se parties of record:

Clerk
United States District Court
141 Church Street
New Haven, CT  06510

Kevin Coles
Coles, Baldwin & Craft, LLC
1261 Post Road
P.O. Box 577
Fairfield, CT 06430

_____
Erin I. O'Neil-Baker