**UNITED STATE DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| CARMELO GAGLIARDI, | : | CIVIL ACTION NO. |
| PLAINTIFF | : | 3:02CV478(EBB) |

v.

EAST HARTFORD HOUSING
AUTHORITY ET AL,
                    DEFENDANTS          :          April 11, 2006

**PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO EXTEND THE DATE IN WHICH**

**THE CASE IS DISMISSED FOLLOWING SETTLEMENT**

The plaintiff moves the court to extend the time for the dismissal of the plaintiff's complaint for 15 days for the reasons as follows: (1) The parties settled and reported the above action settled to the court on February 12, 2006 after substantial negotiations.  (2) The court ordered that the plaintiff file a withdrawal on or before April 12, 2006 or the court would dismiss the action.  (3) The parties have reduced the settlement agreement to writing but have not signed the agreement or have filed the withdrawal yet, despite good faith efforts to finalize the written agreement.  (4)  The parties continue to finalize the written settlement agreement. This second motion for an extension of time is required because Attorney Coles, the lead attorney in this case, has been out of the office due to an illness. The undersigned has been in contact with Attorney Creager who has assumed the responsibility of this file.   The parties expect to have this resolved within 15 days.  Therefore, the parties jointly request an extension of 15 days.

        In order to protect the rights of the plaintiff, the plaintiff hereby requests 15 days in which to finalize the written settlement agreement and file the appropriate withdrawal.

PLAINTIFF,

BY _____/jpc_

Erin I. O'Neil-Baker
41 A New London Turnpike
Glastonbury, CT 06033
Fed. ct# 23073
(860) 466-4278
Fax (860) 466-4279

## **CERTIFICATION**

This is to certify that the foregoing has been sent, postage pre-paid, on April 11, 2006 to all

counsel and pro se parties of record:

Clerk
United States District Court
141 Church Street
New Haven, CT  06510

Kevin Coles
Coles, Baldwin & Craft, LLC
1261 Post Road
P.O. Box 577
Fairfield, CT 06430

_____/jpc__
Erin I. O'Neil-Baker