UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CARMELO GAGLIARDI

v.  3:02cv478(EBB)

THE EAST HARTFORD HOUSING
AUTHORITY, ANDRE DUMAS,
JOHN ROGHN, ROBERT COUNIHAN,
JEFF ARNS, TERRY MADIGAN AND
ROBERT LINDBERK

<u>JUDGMENT</u>

Notice having been sent to counsel of record on February 13, 2006, pursuant to Local Rule 41(b), indicating that the above-entitled case would be dismissed if closing papers were not filed on or before March 12, 2006. On March 21, 2006, the Court granted a motion to extend time until April 12, 2006 to file closing papers and on April 18, 2006, the Court granted a second motion to extend time until April 27, 2006 to file closing papers.

No closing papers having been received and no further requests for continuance having been received, it is hereby,

ORDERED that the amended complaint on file herein, be and hereby is, dismissed pursuant to Local Rule 41(b), without costs to any party and without prejudice to the right of any party thereto to move within 30 days hereof, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at New Haven, Connecticut, this 4th day of May, 2006.

KEVIN F. ROWE, Clerk

By
    Melissa Ruocco
    Deputy Clerk

EOD: _____